IN THE UNITED STATES DISTRICT COURT OF PENNSYLVANIA
WESTERN DISTRICT

| | |
|---|---|
| ERIE COUNTY ENVIRONMENTAL COALITION, et al. | ) Civ. Act. No: 05cv59 ) ) **FOR INJUNCTIVE AND** ) **DECLARATORY** |
| Plaintiffs, | ) **RELIEF AND FOR** ) **CIVIL PENALTIES** |
| v. | ) *Electronic Filing* ) |
| MILLCREEK TOWNSHIP SEWER AUTHORITY, et al. | ) ) ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

Plaintiffs, Erie County Environmental Coalition, PennEnvironment, Inc. and The Gaia Defense League hereby move the Court to withdraw Plaintiffs' Amended Complaint filed electronically November 15, 2005. Plaintiffs mistakenly filed this document without leave of Court.

Respectfully submitted,

s/ Jennifer A. Murphy
Jennifer A. Murphy, Esquire
PA90851
Mid-Atlantic Environmental Law Center
4601 Concord Pike, P.O. Box 7474
Wilmington, DE 19803-0474
(302) 477-2182
(302) 477-2032 (fax)
jennifer.a.murphy@law.widener.edu
Attorney for Plaintiffs

1

CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document by electronic means utilizing the Court's CM/ECF system that will serve notice of electronic filing to Marc J. Shaw and Robert Ernest Gandley of MacDonald, Illig, Jones & Britton LLP, Attorneys for Defendants, on this 30th day of November, 2005.

 s/ Jennifer A. Murphy
Jennifer A. Murphy, Esquire
PA90851
Mid-Atlantic Environmental Law Center
4601 Concord Pike, P.O. Box 7474
Wilmington, DE 19803-0474
(302) 477-2182
(302) 477-2032 (fax)
jennifer.a.murphy@law.widener.edu
Attorney for Plaintiffs