# IN THE UNITED STATES DISTRICT COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| ERIE COUNTY ENVIRONMENTAL COALITION, et al. | ) **Civ. Act. No: 05cv59** <br> ) <br> ) **FOR INJUNCTIVE AND** <br> ) **DECLARATORY** |
| Plaintiffs, | ) **RELIEF AND FOR** <br> ) **CIVIL PENALTIES** |
| v. | ) *Electronic Filing* <br> ) |
| MILLCREEK TOWNSHIP SEWER AUTHORITY, et al. | ) <br> ) <br> ) |
| Defendants. | ) |

## **PROPOSED ORDER**

AND NOW, to-wit, this _____ day of _____, 2005 it is hereby ORDERED, ADJUDGED, and DECREED that:

THIS MATTER having come before the Court on Plaintiffs' Motion to Withdraw, that plaintiff shall be permitted to withdraw its Amended Complaint.

                                                                                            _____
                                                                                            Maurice B. Cohill, Jr.

Senior United States District Judge