IN THE UNITED STATES DISTRICT COURT OF PENNSYLVANIA
WESTERN DISTRICT

| | |
|---|---|
| ERIE COUNTY ENVIRONMENTAL COALITION, et al. | ) Civ. Act. No: 05cv59 ) ) **FOR INJUNCTIVE AND** ) **DECLARATORY** |
| Plaintiffs, | ) **RELIEF AND FOR** ) **CIVIL PENALTIES** |
| v. | ) *Electronic Filing* ) |
| MILLCREEK TOWNSHIP SEWER AUTHORITY, et al. | ) ) ) |
| Defendants. | ) |

## PROPOSED ORDER

AND NOW, to-wit, this **30th** day of **Nov.**, 2005 it is hereby ORDERED, ADJUDGED, and DECREED that:

THIS MATTER having come before the Court on Plaintiffs' Motion to Withdraw, that plaintiff shall be permitted to withdraw its Amended Complaint.

*/s/ Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
Senior United States District Judge