IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIE COUNTY ENVIRONMENTAL COALITION, PENNENVIRONMENT, INC. and THE GAIA DEFENSE LEAGUE,<br>    Plaintiffs<br><br>            v.<br>ERIE<br><br>MILLCREEK TOWNSHIP SEWER AUTHORITY AND MILLCREEK TOWNSHIP,<br>    Defendants | CIVIL ACTION NO. 05-59 |

**PROPOSED ORDER GRANTING PLAINTIFFS'
MOTION TO QUASH SUBPOENAS AND FOR PROTECTIVE ORDER**

Having considered plaintiffs' Motion for Protective Order and Defendant's response thereto, and having found good cause supporting the denial of depositions of the standing witnesses, IT IS HEREBY ordered, declared, and adjudged that:

1. The subpoenas served upon the ten (10) standing witnesses are quashed.

2. Plaintiffs have already produced affidavits that demonstrate standing and further discovery on this issue is therefore inappropriate.

_____
United States District Judge