# MacDonald Illig Jones & Britton LLP

ATTORNEYS AT LAW
100 STATE STREET, SUITE 700
ERIE, PENNSYLVANIA 16507-1459
814-870-7600
FAX 814-454-4647
www.mijb.com

Direct Dial 814-870-7607

E-Mail mshaw@mijb.com

T. WARREN JONES
EDWARD W. GOEBEL, JR.
 (ALSO PAT. ATTORNEY)
JAMES D. CULLEN
WILLIAM R. BROWN
ROGER H. TAFT
 (ALSO ADMITTED IN NY)
DAVID L. HOLLAND
W. PATRICK DELANEY
JAMES M. ANTOUN
JAMES R. WALCZAK
 (ALSO ADMITTED IN DC)
RUSSELL S. WARNER
MARCIA H. HALLER
JAMES E. SPODEN
 (ALSO ADMITTED IN IL)
DALE R. HUNTLEY
JOHN W. DRASKOVIC

JOHN J. MEHLER
MATTHEW W. McCULLOUGH
SUSAN FUHRER RIFFER
RICHARD T. PARKS
 (ALSO ADMITTED IN OH)
MARK J. SHAW
JOHN P. MIZNER
 (ALSO ADMITTED IN NY)
CRAIG R.F. MURPHEY
DANIEL M. MILLER
SHAUN B. ADRIAN
KIMBERLY A. OAKES
LISA SMITH PRESTA
STEVEN E. BECKMAN
THOMAS A. PENDLETON
JOHN A. LAUER

LAURA POPOFF STEFANOVSKI
BRUCE L. DECKER, JR.
WALTER E. DEACON, III
 (ALSO ADMITTED IN NY)
GREGORY P. ZIMMERMAN
 (ALSO ADMITTED IN NY)
ROBERT E. GANDLEY
CATHERINE MOODEY DOYLE
JON L. WOODARD
 (REG. PAT. ATTORNEY)
DAVID F. DIETEMAN
KATHLEEN HAYNE ROBERTSON
SCOTT T. STROUPE
MATTHEW W. FUCHS
 (ALSO ADMITTED IN NJ)
RYAN A. CHRISTY
DAWN ROOTH SCHULTZ
MARISSA A. SAVASTANA
JENNIFER BROSTMEYER HIRNEISEN

JONATHAN M. D'SILVA
 (REG. PAT. ATTORNEY)
MEREDITH SCHULTZ
MICHAEL P. THOMAS
—
HENRY A. MacDONALD
 (1920-1994)
WILLIAM F. ILLIG
 (1916-1989)
FREDERICK R. JONES
 (1931-1977)
JOHN E. BRITTON
 (1941-2004)
—
PETER G. SCHAAF
 (RETIRED)
JOHN D. WILSON
 (RETIRED)
JOHN J. STROH
 (RETIRED)
NORMAN H. STARK
 (RETIRED)

January 11, 2006

## VIA FACSIMILE

Jennifer A. Murphy, Esq.
Mid-Atlantic Environmental Law Center
4601 Concord Pike, P.O. Box 7474
Wilmington, DE 19803-0474

Re:   Erie County Environmental Coalition, et al. v.
      Millcreek Township Sewer Authority, et al.
      Civil Action No. 05-59 Erie
      United States District Court
      Western District of Pennsylvania

Dear Jennifer:

Please provide me with dates in February on which you and the following people would be available for their depositions at our Offices:

- Jimmy Dallas
- James Gwynn
- Stan Skrpszak
- H. P. Lim
- Audrey Weber
- Diane Daniels
- Kathy Pedler
- Martin Visnosky

MacDONALD ILLIG JONES & BRITTON LLP

January 11, 2006
Page -2-

I expect that each of these depositions will take about two hours or so. Consequently, I recommend you provide at lest three dates. Currently, my schedule is open for February, with the exception of the week of February 20, 2006.

Thank you.

        Very truly yours,

        MacDONALD, ILLIG, JONES & BRITTON LLP

        By_____
                Mark J. Shaw

MJS/tmb/931284
cc Via U.S. Mail:
    Millcreek Township Sewer Authority
    Millcreek Township