# MID-ATLANTIC ENVIRONMENTAL LAW CENTER

*Defending the Mid-Atlantic*

at Widener University School of Law
4601 Concord Pike, P. O. Box 7474, Wilmington, Delaware 19803-0474
302-477-2167 / Fax: 302-477-2032
www.maelc.org

Michael D. Fiorentino, Esq.
*Executive Director*

Kenneth T. Kristl, Esq.
*Of Counsel*
*Supervising Attorney*

James R. May, Esq.
*Of Counsel*

Jennifer A. Murphy, Esq.
*Staff Attorney*

January 17, 2006

**VIA OVERNIGHT MAIL**

Mark J. Shaw
McDonald, Illig, Jones & Britton LLP
100 State Street, Suite 700
Erie, PA 16507-1459

Re:   <u>Erie Co. Environmental Coalition v. Millcreek Township Sewer Authority</u>, No. 05-59E

Dear Mark:

    I am in receipt of your facsimile dated January 11, 2006 regarding your request for possible deposition dates for Plaintiffs' standing declarants. Plaintiffs request that prior to making such a request, Defendants review the standing declarations to determine whether such depositions are necessary. The declarations are included in this mailing along with the Supplemental Responses to Defendants' Interrogatories and Requests for Production. After such a review, Defendants should contact Plaintiffs regarding whether there are any gaps in the declarations prepared by the standing witnesses. In the absence of such gaps, Plaintiffs will consider any request for a deposition to be harassment because such depositions would be unnecessary and unduly burdensome considering the minimal standing requirements in environmental cases.

    Please contact me if there are any questions.

Sincerely,

Jennifer A. Murphy

Enclosures