Michael D. Fiorentino, Esq.
*Executive Director*

Kenneth T. Kristl, Esq.
*Of Counsel*
*Supervising Attorney*

James R. May, Esq.
*Of Counsel*

Jennifer A. Murphy, Esq.
*Staff Attorney*

# MID-ATLANTIC ENVIRONMENTAL LAW CENTER

*Defending the Mid-Atlantic*

at Widener University School of Law
4601 Concord Pike, P. O. Box 7474, Wilmington, Delaware 19803-0474
302-477-2167 / Fax: 302-477-2032
www.maelc.org

January 24, 2006

**VIA FACSIMILE**

Mark J. Shaw
McDonald, Illig, Jones & Britton LLP
100 State Street, Suite 700
Erie, PA 16507-1459
814-454-4647

Re:   Erie Co. Environmental Coalition v. Millcreek Township Sewer Authority, No. 05-59E

Dear Mark:

I am in receipt of your facsimile dated January 23, 2006 regarding your proposed deposition dates for Plaintiffs' standing declarants. My position remains regarding your continued insistence on deposing the standing declarants. However, in order to resolve this matter Plaintiffs are willing to stipulate that these witnesses will only be questioned for the purpose of standing. Additionally, if you find the declarant affidavits to be deficient in any way Plaintiffs would be willing to supplement such declarations with more information or accept interrogatories directed at the declarants. Please let me know of your intention so I can determine how to proceed.

Please contact me if there are any questions.

Sincerely,

Jennifer A. Murphy

Copy: Via U.S. Mail