# MacDonald Illig Jones & Britton LLP

ATTORNEYS AT LAW
100 STATE STREET, SUITE 700
ERIE, PENNSYLVANIA 16507-1459
814-870-7600
FAX 814-454-4647
www.mijb.com

Direct Dial 814-870-7607

E-Mail mshaw@mijb.com

January 25, 2006

**VIA FACSIMILE**

Jennifer A. Murphy, Esq.
Mid-Atlantic Environmental Law Center
4601 Concord Pike, P.O. Box 7474
Wilmington, DE 19803-0474

Re: Erie County Environmental Coalition, et al. v.
    Millcreek Township Sewer Authority, et al.
    Civil Action No. 05-59 Erie
    United States District Court
    Western District of Pennsylvania

Dear Jennifer:

Your proposed stipulation is not acceptable. We have the right to depose these witnesses regarding the statements they made in their Declarations. Accordingly, we are proceeding to notice these depositions. You should receive the Notices of Depositions shortly.

MacDONALD, ILLIG, JONES & BRITTON LLP

By _____
Mark J. Shaw

MJS/tmb/934228
cc Via U.S. Mail:
    Millcreek Township Sewer Authority
    Millcreek Township