IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIE COUNTY ENVIRONMENTAL COALITION, PENNENVIRONMENT, INC. and THE GAIA DEFENSE LEAGUE, <br> Plaintiffs <br><br> v. <br> ERIE <br><br> MILLCREEK TOWNSHIP SEWER AUTHORITY AND MILLCREEK TOWNSHIP, <br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. 05-59 |

## ORDER GRANTING PLAINTIFFS' MOTION TO QUASH SUBPOENAS AND FOR PROTECTIVE ORDER

Having considered plaintiffs' Motion for Protective Order and Defendant's response thereto, and having found good cause supporting the denial of depositions of the standing witnesses, IT IS HEREBY ordered, declared, and adjudged that:

1. The subpoenas served upon the ten (10) standing witnesses are quashed.

2. Plaintiffs have already produced affidavits that demonstrate standing and further discovery on this issue is therefore inappropriate.

*Maurice B. Cohill, Jr.*
United States District Judge

February 1, 2006