IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIE COUNTY ENVIRONMENTAL COALITION, PENNENVIRONMENT, INC. and THE GAIA DEFENSE LEAGUE,<br>    Plaintiffs<br><br>        v.<br><br>MILLCREEK TOWNSHIP SEWER AUTHORITY AND MILLCREEK TOWNSHIP,<br>    Defendants | CIVIL ACTION NO. 05-59 ERIE<br>ELECTRONICALLY FILED |

## ORDER OF COURT

AND NOW, THIS ____ day of February, 2006, upon consideration of the Defendants' Motion for Reconsideration, and Plaintiffs' response thereto,

IT IS ORDERED that the Motion for Reconsideration be and hereby is granted;

IT IS FURTHER ORDERED that this Court's February 1, 2006 Order be and hereby is vacated;

IT IS FURTHER ORDERED that Plaintiffs provide Defendants with dates and times that are prior to February 28, 2006 for which their standing witnesses will be available for deposition.

                                                                                                                          J.