IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIE COUNTY ENVIRONMENTAL COALITION, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 05-59Erie ) |
| MILLCREEK TOWNSHIP SEWER AUTHORITY, et al. | ) ) ) |
| Defendants. | ) ) |

## ORDER OF COURT

The Court has received defendants' Motion for Reconsideration of our Order dated February 1, 2006, which granted plaintiffs' Motion to Quash and for a Protective Order to prevent defendants from scheduling depositions of plaintiffs' standing witnesses.

Each standing witness has submitted a declaration in support of standing. We agree with the plaintiffs that requiring each of these standing witnesses to now be deposed would be unduly burdensome. Plaintiffs offered to answer interrogatories on this matter, but defendants refused. The Court can limit discovery if it is unduly burdensome or is obtainable from some other source that is more convenient, less burdensome, or less expensive. Fed. R. Civ. P. 26(b)(2); Fed. R. Civ. P. 45. AND NOW, to-wit, this 22nd day of February, 2006, defendants' motion be and hereby is DENIED.

_Maurice B. Cohill, Jr._
Maurice B. Cohill, Jr.
Senior United States District Judge