IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIE COUNTY ENVIRONMENTAL COALITION, PENNENVIRONMENT, INC. and THE GAIA DEFENSE LEAGUE,<br>    Plaintiffs<br><br>        v.<br><br>MILLCREEK TOWNSHIP SEWER AUTHORITY AND MILLCREEK TOWNSHIP,<br>    Defendants | CIVIL ACTION NO. 05-59 ERIE<br>ELECTRONICALLY FILED<br><br>JUDGE COHILL |

## JOINT MOTION TO
## AMEND CASE MANAGEMENT ORDER

Plaintiffs ERIE COUNTY ENVIRONMENTAL COALITION, PENNENVIRONMENT AND THE GAIA DEFENSE LEAGUE (hereinafter "Plaintiffs"), by their attorneys, Mid-Atlantic Environmental Law Center, and Defendants MILLCREEK TOWNSHIP SEWER AUTHORITY AND MILLCREEK TOWNSHIP (hereinafter "Defendants"), by their attorneys, MacDonald, Illig, Jones & Britton LLP, file this Joint Motion to Amend of Case Management Order and state the following in support thereof:

1. On June 23, 2005, the Court issued a Case Management Order.

2. In Paragraph 7 of that Order, the Court ordered that the parties file any dispositive motions on or before March 31, 2006.

3. In Paragraph 8 of that Order, the Court ordered Plaintiffs to file their pretrial narrative statement on or before March 21, 2006, if the parties do not file dispositive motions.

4.      The parties request that the Court amend Paragraph 8 of the Order to require Plaintiffs to file their pretrial narrative statement on or before April 7, 2006, if the parties do not file dispositive motions.

WHEREFORE, Plaintiffs and Defendants respectfully request that this Honorable Court grant this Joint Motion to Amend Case Management Order.

Respectfully submitted,

_s / Jennifer A. Murphy_
Jennifer A. Murphy
PA90851
MID-ATLANTIC ENVIRONMENTAL LAW CENTER
4601 Concord Pike, P.O. Box 7474
Wilmington, Delaware 19803-0474
(302) 477-2182
302-477-2032 (Facsimile)
jennifer.a.murphy@law.widener.edu

Attorneys for Plaintiffs
   Erie County Environmental Coalition,
   PennEnvironment, Inc. and The Gaia Defense League

_s / Mark J. Shaw_
Mark J. Shaw
PA50763
Robert E. Gandley
PA82524
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7607
(814) 454-4647 (Facsimile)
mshaw@mijb.com

Attorneys for Defendants
   Millcreek Township Sewer Authority
   and Millcreek Township

Dated:  March 8, 2006