IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIE COUNTY ENVIRONMENTAL | ) | |
| COALITION, PENNENVIRONMENT, | ) | |
| INC. and THE GAIA DEFENSE LEAGUE, | ) | |
|     Plaintiffs | ) | |
| | ) | |
|         v. | ) | CIVIL ACTION NO. 05-59 ERIE |
| | ) | ELECTRONICALLY FILED |
| MILLCREEK TOWNSHIP SEWER | ) | |
| AUTHORITY AND MILLCREEK | ) | JUDGE COHILL |
| TOWNSHIP, | ) | |
|     Defendants | ) | |

**AMENDED CASE MANAGEMENT ORDER**


      AND NOW, to-wit, this _____ day of March, 2006, upon consideration of the foregoing

Joint Motion to Amend Case Management Order,

      IT IS ORDERED that the Motion be and hereby is granted,

      IT IS FURTHER ORDERED that the first sentence of Paragraph 8 of the June 23, 2005

Case Management Order is amended as follows:

      "If the parties do not file motions for judgment on the pleadings, for summary
      judgment, or to dismiss, plaintiffs' pretrial narrative statement shall comply with
      Local Rule 16.1.4A and be filed on or before April 7, 2006."


                                _____

                                                  J.