IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIE COUNTY ENVIRONMENTAL COALITION, et. al.<br>  Plaintiffs | )<br>)<br>)<br>) |
| v. | ) CIVIL ACTION NO. 05-59 ERIE<br>) ELECTRONICALLY FILED |
| MILLCREEK TOWNSHIP SEWER AUTHORITY, et. al.,<br>  Defendants | )<br>)<br>) |

**PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT ON ALL CLAIMS**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and for the reasons set forth in the brief accompanying this motion, Plaintiffs, hereby move for summary judgment on all Claims of the Complaint.

Respectfully submitted,

s/ Jennifer A. Murphy
Jennifer A. Murphy, Esquire
PA90851
Matthew Sack, Legal Intern
Mid-Atlantic Environmental Law Center
4601 Concord Pike, P.O. Box 7474
Wilmington, DE 19803-0474
(302) 477-2182
(302) 477-2032 (fax)
jennifer.a.murphy@law.widener.edu
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

     I hereby certify that I filed the foregoing document by electronic means utilizing the Court's CM/ECF system that will serve notice of electronic filing to Mark J. Shaw, Esq., McDonald, Illig, Jones & Britton, LLP, Attorney for Defendants on this 31st day of March, 2006.

                                        /s/ Jennifer A. Murphy
                                        Jennifer A. Murphy
                                        PA90851
                                        Mid-Atlantic Environmental Law Center
                                        c/o Widener University School of Law
                                        4601 Concord Pike
                                        P.O. Box 7474
                                        Wilmington, DE  19803