# MILLCREEK TOWNSHIP SEWER AUTHORITY

MILLCREEK MUNICIPAL BUILDING
3608 WEST 26TH STREET
ERIE, PENNSYLVANIA 16506

Phone (814) 835-6721                                                                                     Fax (814) 835-6615

December 9, 2003

Mr. Anthony C. Oprendek, Compliance Specialist
Water Management
PA Dept. of Environmental Protection
230 Chestnut Street
Meadville PA  16335-3481

RE:   Kearsarge Area Sanitary Sewer Overflow

Dear Mr. Oprendek:

On November 28, 2003 the Millcreek Township Operations superintendent used his best judgment to prevent the flooding of basements and opened the Kearsarge bypass for a period of 7 minutes resulting in an estimated 14,000 gallons of sewage being discharged. An engineering report and chart has been attached for documentation. No other discharges occurred.

In accordance with the most recent COA, we have enclosed a check for $2,500.00 made payable to the "Commonwealth of Pennsylvania Clean Water Fund".

We note that the event occurred on the Friday after Thanksgiving and Township personnel had trouble making the proper call notification contacts. It is probable that the PA DEP was not notified of this event, however, the Erie County Health Department was notified. We will continue to work on improving the notification procedure.

Very truly yours,
Millcreek Township Sewer Authority

By: _____
George W. Riedesel, P.E., Manager

Cc:   Authority Board
      Township Supervisors
      William Steff, S.T.S.A.

COPY

MSA-MT 3010

**CTE ENGINEERS**

CONSOER TOWNSEND ENVIRODYNE ENGINEERS, INC.

155 West 8th Street

December 4, 2003

Erie, Pennsylvania

Mr. George W. Riedesel, P.E., Manager
Millcreek Township Sewer Authority
3608 W. 26th Street
Erie, PA 16506

Phone: (814) 453 4394

Re: **Kearsarge Sewage Pump Station
November 28, 2003 Overflow**

Fax: (814) 455 6596

Dear Mr. Riedesel:

On Friday, November 28, 2003, a representative of Consoer Townsend Envirodyne Engineers, Inc. was called to the Millcreek Township Sewer Authority's Kearsarge Sewage Pump Station by the maintenance staff. As you may know, the rains were persistent throughout Thursday and Friday and the station was receiving heavy inflow. In addition, we were informed upon arrival that the overflow bypass was opened for a brief time period, approximated by the maintenance staff to be 3 minutes in duration at 10:45 p.m. However, based on the information illustrated on the enclosed flow chart for the station, the time frame appears to be closer to 7 minutes with an average incremental flow of 2,000 gpm which results in an estimated discharge of 14,000 gallons.

Once we have completed a surcharge map of the tributary sewer system, we will chart the wet well level that causes basement flooding. That information should prevent any premature overflows.

Please call our office if you have any questions.

Very truly yours,
CONSOER TOWNSEND ENVIRODYNE ENGINEERS, INC.

*[signature]*

Craig H. Palmer, P.E.
Project Engineer

chp

Enclosure

cc: Gerald C. Allender, P.E., CTE Project Manager

MSA-MT 3011

AN AECOM COMPANY



MSA-MT 3012