# MILLCREEK TOWNSHIP SEWER AUTHORITY
MILLCREEK MUNICIPAL BUILDING
3608 WEST 26TH STREET
ERIE, PENNSYLVANIA 16506

Phone (814) 835-6721
Fax (814) 835-6615

May 15, 2002

Ms. Christina Nagy
Pa DEP
230 Chestnut St.
Meadville PA 16335

RE: Kearsarge Pump Station and Area Bypass

Dear Ms. Nagy:

This is to notify you that on April 14, 2002 there was a rain event that caused the pumping capacity of the Kearsarge Sewage Pump Station to be exceeded. This resulted in the necessity to bypass pump at the following locations and times:

- Kearsarge P.S.          1:30 PM to 5:00 PM
- 51st & Zimmerly         3:00 PM to 4:00 PM
- Larchmont               3:00 PM to 4:00 PM
- Church & Patton         2:00 PM to 4:00 PM

The volume by-passed at the Kearsarge Station was at such a low rate that it did not register on the bypass meter. Pumps at the other locations were run intermittently. All actions were supervised by Dick Bridger, Operations Superintendent, and were deemed necessary for the purpose of limiting the number of homes affected by sewage back-ups.

In accordance with the Order of Consent, we are estimating the total volume of the by-pass did **not** exceed 24,999 Gallons, corresponding to a penalty of $750.00. Enclosed please find a check for said amount to the Commonwealth of Pennsylvania Clean Water fund.

Please advise this writer if there are any questions. There were no other sewage discharges for the month of April 2002.

Very truly yours,
Millcreek Township Sewer Authority

By: _____
George W. Riedesel, P.E., Manager

Cc: Millcreek Supervisors
    R. Bridger
    Doug Ebert, ECHD
    Summit Twp Sewer Authy

MSA-MT 3018