# MILLCREEK TOWNSHIP SEWER AUTHORITY

MILLCREEK MUNICIPAL BUILDING
3608 WEST 26TH STREET
ERIE, PENNSYLVANIA 16506

Phone (814) 835-6721                                          Fax (814) 835-6615

March 11, 2002

Ms. Christina Nagy
PA DEP
230 Chestnut Street
Meadville PA 16335

RE: Kearsarge Pump Station and Area Bypass

Dear Ms. Nagy:

This is to notify you that on February 1, 2002 there was a rain event that caused the pumping capacity of the Kearsarge Sewage Pump Station to be exceeded. This resulted in the necessity to bypass pump at the following locations in the Kearsarge system:
- Kearsarge Pump Station
- 51st & Zimmerly
- Larchmont & Beaver
- Patton & Pershing (stand-by only)

The bypass meter at the Kearsarge Pump Station recorded flows being bypassed from 7 AM to 7 PM at the rate of 150 gpm for a total of 108,000 gallons. The pumps at 51st & Zimmerly and Larchmont & Beaver were set up from 5:30 AM to 11:30 AM and were only run intermittently. Patton & Pershing was not run.

All actions were supervised by Dick Bridger, Operations Superintendent, and were deemed necessary for the purpose of preventing sewage back-ups into people's homes.

In accordance with the Order on Consent, we are estimating the volume of the Bypass did **not** exceed 149,999 gallons, corresponding to a penalty of $2,250.00. Enclosed please find a check for said amount to the Commonwealth of Pennsylvania Clean Water Fund.

Please advise this writer if there are any questions. There were no other sewage discharges for the month of February 2002.

Very truly yours,
Millcreek Township Sewer Authority

By: _____

Cc: Millcreek Supervisors
R. Bridger
Doug Ebert, ECHD

MSA-MT 3020

COPY