conv system File: WQ, Sew, Corres Erie County

**MILLCREEK TOWNSHIP SEWER AUTHORITY**

MILLCREEK MUNICIPAL BUILDING
3608 WEST 26TH STREET
ERIE, PENNSYLVANIA 16506

Phone (814) 835-6721

Fax (814) 835-6615

August 27, 2001

RECEIVED

AUG 28 2001

ENVIRONMENTAL PROTECTION
NORTHWEST REGIONAL OFFICE

Mr. Doug Ebert
Erie County Health Department
606 West 2nd Street
Erie, PA 16507

Re: Raw Sewage Overflow
Shorehaven Pumping Station

Dear Mr. Ebert:

This letter is a follow up to the telephone report and fax to your office concerning the above referenced incident of August 16, 2001. Attached is a copy of the fax and a map showing the location of the pumping station.

At this time we believe an electrical power variation caused the pumps to shut down and for some unknown reason they did not restart. The station has auxiliary power, but since it is believed the power fluctuation was only of short duration, the automatic transfer switch was not activated. GPU recorded no outages in this time period nor did they receive any complaint calls from this area.

With respect to the probable discharge volume, we have been able to take metered flow records for similar dry days during this time period to better estimate the volume of sewage that may have been discharged. A more accurate estimate is approximately 10,000 gallons.

On Friday morning the Millcreek staff policed the area of discharge.

Some time ago, we had experienced problems with the motor control center portion of the electrical system. Despite being only about 10 years old, the manufacturer of the panel no longer is in this business resulting in difficulties getting service and repairs.

We have asked our consulting engineers to advise us on possible replacements and to generally check the pumps' performance.

Please advise if there might be any additional information we could provide.

Very truly yours,

MILLCREEK TOWNSHIP SEWER AUTHORITY

By: George W. Riedesel
George W. Riedesel, P. E.
Manager

cc: Christina Nagy/ PA DEP
Township Supervisors
Authority Members
Richard Bridger
Consoer Townsend Envirodyne

**Millcreek Township Sewer and Water Authorities**

3608 WEST 26TH STREET

ERIE, PENNSYLVANIA 16505

PHONE (814) 835-6721 FAX (814) 835-6615

RECEIVED

AUG 28 2001

ENVIRONMENTAL PROTECTION
NORTHWEST REGIONAL OFFICE

DATE: 8-17-01

NO OF PAGES: 1 (Including Cover Sheet)

TO: Joe Vogel, Erie County Health Dept. @ 451-6775

FROM: George Riedesel

SUBJECT: Raw sewage overflow into unnamed ravine between Shorehaven Dr. and Glenruadh Ave. to Lake Erie.

Station alarm in @ 8:18 pm
Alarm cleared @ 8:57 pm } 39 minutes of overflow

Best estimate of sewage flow at this time would be between 15,000 to 20,000 gallons.

REPLY REQUIRED: YES_____ NO_____

More complete report to be transmitted next week.

Please advise if anything else is necessary at this time.

DEP 00 63


DEP 00 64
PRESQUE ISLE BAY
ERIE
Shoreline Station
South Shore Meter
Manor Interceptor
VILLA MARIA
SCOTT PARK
YORKTOWN CTR
EBCO PARK
PENINSULA DRIVE
PRESQUE ISLE BLVD.
KELSO BEACH
BEACH HAVEN
MARSHALL DR.
CLIFTON DR.
LINDEN
PENINSULA