**Millcreek Township Sewer Authority**
3608 WEST 26TH STREET
P.O. BOX 8158
ERIE, PENNSYLVANIA 16505

PHONE (814) 835-6721

FAX (814) 835-6615

December 5, 2000

Ms. Christine Nagy
Penna. Dept. of Environmental Protection
230 Chestnut Street
Meadville PA 16335

      RE:    Kearsarge Pump Station Bypass

Dear Ms. Nagy:

    This is to notify your Department that on November 7, 2000 there was a mechanical seal failure on the piping system of the Kearsarge Pump Station Bypass. Please see attached notification and details provided to the Erie County Health Dept.

    Based on the fact that the accidental discharge was very minor, we have enclosed a penalty payment of $750.00 in accordance with our Consent order and Agreement.

    Please advise this writer if there are any questions. There were no other sewage discharges for the month of November 2000.

                              Very truly yours,
                              Millcreek Township Sewer Authority

                              By: _____
                                  George W. Riedesel, P.E., Manager

CC:    Millcreek Supervisors
        R. Bridger
        Doug Ebert, ECHD

COPY

MSA-MT 3021