# Millcreek Township Sewer Authority

3608 WEST 26TH STREET
P.O. BOX 8158
ERIE, PENNSYLVANIA 16505

PHONE (814) 835-6721                                                                FAX (814) 835-6615

January 6, 2000

Ms. Christina Nagy
Pennsylvania Dept. of Environmental Protection
230 Chestnut Street
Meadville  PA  16335

RE:    Kearsarge Pump Station Bypass

Dear Ms. Nagy:

    This is to notify your department that on December 14, 1999 the bypass at the Kearsarge Pump Station was activated beginning at 2:00 PM and closed at approximately 9:00 PM on the same day. Due to an intense localized rain event, the pumps could not keep up with apparent infiltration/inflow and wet well levels rose to reference levels that Township operators recognized would cause flooded basements if the bypass were not activated.

    We notified the Erie County Health Department by the attached fax.

    It appears that the meter monitoring the bypass flows malfunctioned and did not adequately record total volumes bypassed. Based on the time the bypass was open, how open the operator estimated it to be, and other engineering factors, we believe the gallonage discharged to be greater than 300,000 but less than 1,000,000 gallons. In accordance with our Consent Order and Agreement, we have enclosed a penalty payment of $3,750.00.

    Please advise this writer if there are any questions. There were no other sewage discharges for the month of December 1999.

Very truly yours,
MILLCREEK TOWNSHIP SEWER AUTHORITY


George W. Riedesel, P.E., Manager

Cc:    Authority Members
       Millcreek Supervisors
       R. Bridger
       Doug Ebert, ECHD
       T. Sennett

MSA-MT 3023