# Millcreek Township Sewer Authority
3608 WEST 26TH STREET
P.O. BOX 8158
ERIE, PENNSYLVANIA 16505

PHONE (814) 835-6721  FAX (814) 835-6615

August 4, 2000

Mr. Douglas Ebert
Erie County Health Department
606 West Second Street
Erie PA 16507

RE: Notification of Bypass Event

Dear Mr. Ebert:

Please be advised that on Thursday, August 3rd, due to extremely intense rain over a one-half hour period, it was necessary to pump sanitary sewage from the Millcreek Township Sewer System at the following locations between 3:00 AM and 6:30 AM.

1.) 51st Street & Zimmerly Road
2.) Patton & Pershing Roads

This was performed under the supervision of Richard Bridger, Operations Superintendent, for the purpose of preventing sewage back-ups into people's homes.

It is our understanding that your office will notify the appropriate PA DEP personnel.

Very truly yours,
Millcreek Township Sewer Authority

BY: _____
George W. Riedesel, P.E., Manager

Cc: Richard Bridger
    M.T.S.A. Members

MSA-MT 3022