IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIE COUNTY ENVIRONMENTAL COALITION, PENNENVIRONMENT, INC. and THE GAIA DEFENSE LEAGUE,<br>    Plaintiffs<br><br>    v.<br><br>MILLCREEK TOWNSHIP SEWER AUTHORITY AND MILLCREEK TOWNSHIP,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     CIVIL ACTION NO. 05-59 ERIE<br>      ELECTRONICALLY FILED<br><br>      JUDGE COHILL |

## **ORDER**

AND NOW, this _____ day of _____, upon consideration of Defendants' Motion for Summary Judgment and Plaintiffs' Response thereto, and it appearing that there are no genuine issues as to any material fact and that Defendants Millcreek Township Sewer Authority and Millcreek Township are entitled to judgment as a matter of law with respect to all claims in their Complaint,

IT IS ORDERED that Defendants' Motion for Summary Judgment is hereby GRANTED and that summary judgment is hereby entered in favor of Defendants Millcreek Township Sewer Authority and Millcreek Township and against Plaintiffs Erie County Environmental Coalition, PennEnvironment, Inc. and the Gaia Defense League with respect to all claims in their Complaint.

                                                                   _____
                                                                            J.