IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIE COUNTY ENVIRONMENTAL ) <br> COALITION, PENNENVIRONMENT, ) <br> INC. and THE GAIA DEFENSE LEAGUE, ) <br>     Plaintiffs ) <br> ) <br> v. ) <br> ) <br> MILLCREEK TOWNSHIP SEWER ) <br> AUTHORITY and MILLCREEK ) <br> TOWNSHIP, ) <br>     Defendants ) | CIVIL ACTION NO. 05 - 59 ERIE <br><br> JUDGE MAURICE B. COHILL, JR. <br><br> ELECTRONICALLY FILED |

**APPENDIX TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

Defendants MILLCREEK TOWNSHIP SEWER AUTHORITY and MILLCREEK TOWNSHIP, by their attorneys, MacDonald, Illig, Jones & Britton LLP, file this Appendix to Defendants' Motion for Summary Judgment, pursuant to Rule 56(c) of the Federal Rules of Civil Procedure and LR 56.1 of the Local Civil Rules of the United States District Court for the Western District of Pennsylvania.

I hereby certify that this Appendix contains true and correct copies of the following excerpts from deposition transcripts, deposition exhibits and pretrial discovery materials with respect to this case:

**Page**

Summons in a Civil Case, Civil Action No. 05-59 Erie,
United States District Court, Western District of Pennsylvania ......................................... App. 1-2

Notices, Environmental Protection Agency [FRL-3987-1],
Pennsylvania's General Permits Program Approval (8/22/91) ........................................... App. 3-6

NPDES Permit No. PA0026301, issued to Erie Sewer Authority
and City of Erie (10/31/01) ................................................................................................ App. 7-66

Drawing, Uncontrolled Stormwater Private Property ........................................................... App. 67

Drawing, Erie City Regional Interceptor ................................................................................ App. 68

Millcreek Ordinance No. 89-29 ......................................................................................... App. 69-86

Manor Drive Sewer Network ..................................................................................................... App. 87

Sewer Drawing, Millcreek Township ........................................................................................ App. 88

Sewer Drawing, Summit Township .......................................................................................... App. 89

M. Gill letter (6/21/91) ........................................................................................................ App. 90-91

M. Gill letter (3/27/01) ........................................................................................................ App. 92-98

Consent Order and Agreement (1/7/92) ............................................................................ App. 99-120

Alternative Selection Report (7/31/92) ............................................................................. App. 121-159

PADER letter (3/11/93) ....................................................................................................... App. 160-161

Consent Order and Agreement (10/31/03) ........................................................................ App. 162-184

Riedesel letter (6/29/04) ............................................................................................................ App. 185

Act 537 Special Study, Volume I ........................................................................................ App. 186-413

PADEP Department Internal Review Memo (9/28/04) ..................................................... App. 414-417

R. Gilson letter (9/30/04) ................................................................................................... App. 418-419

Part II Permit issued 1/17/06 ............................................................................................ App. 420-424

**Page**

Millcreek Ordinance 2002-23 ............................................................................................. 425-440

Millcreek Ordinance 2004-4 ............................................................................................... 441-459

Millcreek Resolution 2004-R-13 ........................................................................................ 460-468

Millcreek Resolution 2004-R-14 ........................................................................................ 469-470

Millcreek Rules and Regulations Governing the Sanitary Sewer System .......................... 471-525

Summary of inspections and enforcement ......................................................................... 526-541

Act 537 Special Study Addendum ..................................................................................... 542-599

R. Gilson letter (7/12/05) ........................................................................................................ 600

PADEP Internal Review Memo (7/7/05) ............................................................................ 601-602

Allender letter (6/28/05) ......................................................................................................... 603

PADEP Part II Construction Permit (9/26/05) ................................................................... 604-608

PADEP Internal Review and Recommendation (9/26/05) ................................................. 609-611

G. Riedesel letter (12/8/05) ................................................................................................ 612-613

R. Gilson letter (3/1/06) .......................................................................................................... 614

PADEP Amendment No. 2, Part II Permit No. 2583409 (3/1/06) ...................................... 615-619

Excerpts of Deposition of C. Pedler; deposition exhibits (2/28/06) ................................... 620-680

Erie Times-News article (10/29/03) ................................................................................... 681-682

Notice of Appeal on behalf of Summit Township Sewer Authority (12/1/03) ................... 683-689

Public Notice (5/26/04) ........................................................................................................... 690

Public Notice (5/23/05) ........................................................................................................... 691

Pennsylvania Bulletin notices (11/6/04, 7/30/05) .............................................................. 692-693

**Page**

G. Riedesel letter (12/5/00)..................................................................................................694

G. Riedesel letter (8/27/01)............................................................................................ 695-698

Project Study Area Map..................................................................................................699

Millcreek Sewer Authority written notification to
 Erie County Health Department (12/14/99)...................................................................700

M. Gill letter (12/28/90)................................................................................................ 701-703

Erie County Department of Health notification to PADEP (12/14/99).....................................704

Plaintiffs' Answers to Defendants' First Set of Interrogatories........................................... 705-721

August E. Maas, P.E. expert report (1/30/06)..................................................................... 722-733

Pennsylvania Bulletin notice of application (8/6/05).................................................................734

Pennsylvania Bulletin notice of PADEP permit issuance (10/8/05)...........................................735

Gerald C. Allender, P.E. expert report (1/30/06)................................................................ 736-740

Millcreek Township Sewer Authority Special Meeting Minutes;
Millcreek Township Sewer Authority Resolution 2003-08 (10/23/03).............................. 741-743

Respectfully submitted,


   s/Mark J. Shaw
Mark J. Shaw
PA 50763
Robert E. Gandley
PA 82524
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7607
(814) 454-4647 (facsimile)
mshaw@mijb.com (e-mail)

Attorneys for Defendants
  Millcreek Township Sewer Authority and
  Millcreek Township

5

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 31st, 2006, the foregoing Appendix to Defendants' Motion for Summary Judgment was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

                                              s/Mark J. Shaw
Mark J. Shaw
PA 50763
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7607
(814) 454-4647 (facsimile)
mshaw@mijb.com (e-mail)