# FINANCIAL SECURITY FORMS

## Letter of Credit

A letter of credit must be issued by a Federal- or Pennsylvania-chartered lending institution. In addition to customary requirements for a letter of credit, the document must state:

Obligor:      Name of contractor and address

Beneficiaries: Millcreek Township
Millcreek Township Sewer Authority
3608 West 26th Street
Erie, PA 16506-2037

Purpose:      Secure proper performance by the Obligor of all work in connection with effecting, altering, modifying or terminating a connection and constructing building sewers or mains for property known as _____.

Term:         Not less than one (1) year from date of issuance.

Should work required under the issued permit and applicable regulations not be completed and certified as completed within one year after the date of issuance, the letter of credit shall automatically be extended for an additional period of one year.

Exercise:     Upon written certification by Millcreek Township or the Millcreek Township Sewer Authority that work has not been performed in accordance with the issued permit and/or applicable regulations and standards, Millcreek Township and/or the Millcreek Township Sewer Authority, at its or their sole election and free from any claim by the obligor or the issuer, may demand and collect up to the full amount of the letter of credit.

Nonrenewal:   Should the issuer elect not to renew the letter of credit, it shall give the beneficiaries at least thirty (30) days' prior written notice of its election not to renew, in which event Millcreek Township and/or the Sewer Authority may, upon written demand and free from any claim by the obligor or the issuer, draw up to the full amount of the security.

## Restricted or Escrow Account

A restrictive or escrow account must expressly name Millcreek Township as owner (subject to proper performance and release of the security) or specifically assign to Millcreek Township the right to recover up to the full amount of the account as required to defray or reimburse expenses, attorneys' fees and other damages sustained as a consequence of the work and/or secure payment of sums due pursuant to the permit.

**MSA-MT 5164**

## MILLCREEK TOWNSHIP

## APPLICATION FOR PERMIT
## TO MAKE, ALTER OR TERMINATE CONNECTION
## TO THE SANITARY SEWER SYSTEM

Erie County Index No. (33) _____          Permit No. _____

     The undersigned hereby applies for a permit to make, alter, modify or terminate a connection to the Millcreek Township public sanitary sewer system. A plan of the premises subject to this application and showing the proposed connection, alteration or termination and the proposed sewer facilities is attached hereto and is made a part of this application. The undersigned promises and agrees that if a permit is issued, the proposed work shall be done in accordance with regulations of the Millcreek Township Sewer Use Ordinance, Rules and Regulations Governing the Sanitary Sewer System, construction standards of the Millcreek Township Sewer Authority and the terms of this application.

Permit Fee:   $_____          Tap-In Fee:  $_____          Other Fees:  $_____

Owner Name(s): _____

Owner(s) Address: _____

_____          Telephone: _____

Subject Property: _____

Subdivision: _____ Lot No.: _____

Street(s) Involved: _____

Intended Use of
Property After _____
Connection _____

Contractor Name: _____

Contractor Address: _____

_____          Telephone: _____

Address for Billing: _____

     A Plan of the proposed property and work is attached to this application. This application must be signed by the property owner unless the owner(s) has/have submitted to the Millcreek Township Sewer Authority a writing authorizing a third party to submit this application on owner's behalf *and* agreeing to be bound by all obligations on the permit.

Date: _____          _____

# APPLICATION FOR PERMIT
## TO MAKE, ALTER OR TERMINATE CONNECTION
## TO THE SANITARY SEWER SYSTEM

### PAGE 2 OF 2

PLAN OF SUBJECT PROPERTY AND PROPOSED WORK:

---

(FOR SEWER AUTHORITY USE ONLY)

Application _____ GRANTED _____ DENIED Date: _____

Contractor/Owner Financial Security on File? _____ YES _____ NO

Reason(s) for Denial: _____

_____

Work Authorized: _____

This permit is valid for one year from the above date of approval, and expires unless extended on request of the owner and for good cause shown.

Authority Representative: _____

(To be completed after connection and inspection)

Date of    Sewer Inspection _____    Drain Inspection _____

Connection Location: _____

Inspected Work _____ APPROVED _____ DISAPPROVED Reason(s): _____

**MSA-MT 5166**

Date: _____    Inspector Signature: _____

**App. 503**

## RELEASE AND ACKNOWLEDGMENT

The Undersigned(s) ("Owner") is/are the owner(s) of that property in Millcreek Township, Erie County, Pennsylvania commonly known as: _____, which is served by the Millcreek Township sanitary sewer system.

I/We have been advised by representatives of Millcreek Township and/or the Millcreek Township Sewer Authority that because of topography, grade or other unique circumstance beyond control of Owner, Millcreek Township and the Millcreek Township Sewer Authority, installation of a backwater valve at the property would help to protect the property against backups of sewage. Conditioned on this Release and Acknowledgment, Millcreek Township and/or the Millcreek Township Sewer Authority have offered to provide the following: _____

_____.

In consideration of the above, Owner hereby agrees as follows:

1. Owner shall be solely responsible for installation, cleaning and future maintenance of the backwater valve and all costs associated with installation, repair, operation and replacement of the valve except for the Township's and Authority's contribution defined above.

2. Owner shall be solely responsible for installation of the valve and its accessories.

3. Owner releases and waives any and all claims and causes of action of any nature against Millcreek Township and the Millcreek Township Sewer Authority which pertain to or arise from installation of the backwater valve, operation, maintenance, repair or replacement of the valve and potential damages to the floor of the building which might result from the absence of or maintenance of footer drains and/or a sump pump system.

Date: _____        _____ (SEAL)
                                         Owner Signature


Date: _____        _____ (SEAL)
                                         Owner Signature


Original in MTSA File
Copy to Owner

## MILLCREEK TOWNSHIP
## REQUEST FOR INSPECTION OF SEWER CONNECTIONS

The undersigned requests that Millcreek Township inspect the described property to determine whether any connections to the sanitary sewer system exist which violate the Sewer Use Ordinance. If the undersigned is not the owner, the written consent to and authorization of the owner is attached.

Property Address: _____

Record Owner(s): _____

Name of Requester(s): _____

Requester Address: _____

Requester's Phone #: _____    Requester's Fax #: _____

Person to Contact for Inspection: _____

Contact's Relationship if not Owner: _____

Contact's Phone #: _____    Contact's Fax #: _____

Requested Times/Days for Inspection: _____

Reason for Request: _____

Is a clean-out accessible on the property? _____ (If not, see below)

If clean-out is accessible, where is it located? _____

Is there a water source to the property? _____

If no water source, how will requester/owner provide water source? _____

Fees paid with Request:    $_____

Fee payment includes base fee plus: _____

Request Date: _____    _____
                                   Signature of Requester

Send Request with Fee Payment and Owner Authorization, if required, to:
   **Millcreek Township Sewer Authority**
   **3608 West 26th Street**
   **Erie, PA 16506-2037**

**MSA-MT 5168**

**App. 505**

# MILLCREEK TOWNSHIP

## OWNER'S AUTHORIZATION TO CONDUCT INSPECTION

Property Address: _____

Owner's Name(s): _____

Requester's Name: _____


TO:    Millcreek Township
       Millcreek Township Sewer Authority


      I understand that the above-named Requester will submit to you a written request that the above property, owned by the undersigned, be inspected to determine whether any unlawful connection(s) have been effected to the public sanitary sewer system. I/We acknowledge that an "unlawful" connection can include such things as discharge into the sanitary sewer system of storm waters, roof runoff, ground waters, surface drainage or subsurface drainage, as well as defective building sewers which allow infiltration of ground or storm waters into the sanitary sewer system.

      You are hereby authorized to enter upon my/our property for the purpose of conducting the requested inspection. The undersigned will be present to allow access into buildings on the property or will ensure that an authorized representative is present to do so. I/We understand that traps and clean-outs must be accessible at the time of the inspection so that the building sewer(s) can be inspected. If the traps and clean-out at the property is covered by carpeting, furniture or other items, these items will be removed to allow access for the inspection.

      I/We understand that damage can result from attempts to inspect if the traps and clean-outs are not present or accessible. If traps and clean-outs are not made accessible at the time of inspection, we release Millcreek Township and the Millcreek Township Sewer Authority from all claims relating to damage to carpeting or other items, including the building sewer, which result from reasonable conduct of the inspection in the circumstances.

      Signed at _____ this _____ day of _____.


                                  _____
                                               Owner


                                  _____
                                               Owner

OWNRAUTH/MLK/SEWER

**MSA-MT 5169**

**App. 506**

## MILLCREEK TOWNSHIP
## CERTIFICATION OF SANITARY SEWER CONNECTIONS

Subject Property: _____

Type of Building(s): _____

Name(s) of Owner(s): _____

Date of Inspection(s): _____

Inspector(s)'s Name: _____

The inspection of the property included:

    Downspouts (note # and locations) _____

    Floor drains (note # and locations) _____

    Camera images from the sewer main _____

All downspouts and floor drains were inspected except as follows (indicate reasons) _____

_____

_____ No connections to the sanitary sewer prohibited by the Sewer Use Ordinance were noted **OR**

_____ Connections to the sanitary sewer prohibited by the Sewer Use Ordinance were noted

    Detail re. unlawful connections: _____

    _____

    _____

Limitations, if any, on the inspection and this certification (with reasons): _____

_____

_____

Date: _____    _____

                           Name: _____

Original to Requester
Copy to Property Owner
Copy in Township File with Request and Authorization

(Notice of Intended Inspection)

Dear Sanitary Sewer Customer:

The Millcreek Township Sewer Authority and Millcreek Township are responsible for conducting inspections of the sanitary sewer system to prevent storm or "clean" water from entering and overloading the sanitary sewer system. "Clean" water generally is water that has not been contaminated and does not require treatment prior to discharge. Rainfall, ground or subsurface drainage, sump discharges and roof runoff are examples of "clean" water.

The Township's Sewer Use Ordinance prohibits connection of "clean" water discharges into the sanitary sewer system. Despite this, many connections of "clean" water to the sanitary sewer have been found. No sanitary sewer system can accommodate both sanitary sewerage and "clean" water. Unlawful connections to the sanitary sewer system have resulted in:

- Backup of sewage and flooding of basements.
- Substantial costs to rate payers of transporting and treating "clean" water.
- Discharges to protect against sewage backups that lead to fines paid by the system.
- Sanitary flows exceeding our system's allowed capacity and prompting surcharges.
- Expensive capital projects that cause rate increases to all users of the system.

The Township and Authority are committed to identifying and eliminating these unlawful connections. We recognize that many property owners may not even know that there is an unlawful connection of "clean" water to the sanitary sewer. Your area and your property have been identified as having significant potential for an unlawful connection.

In the near future, you will receive a call from Phil Cardella, the Township Sewer Inspector, to schedule an inspection. You may also call the Authority's office and speak with Jan Agnello (835-6721, ext. 326) to make an appointment for an inspection. Our ordinance requires owners to allow access to their property for inspections and we hope you will cooperate with these efforts. Mr. Cardella and other inspectors will have identification when they visit to inspect. If there is any need to verify that an inspector is an authorized representative, you may contact this office during normal business hours. It is important that there be access to the clean-out in your basement at the time of the inspection.

Thank you in advance for your cooperation. Others in your area are also being contacted. Please understand that the process of inspection takes time with our limited staff.

Very truly yours,

Dated: _____

INSPECLT/SEWER

_____
George W. Riedesel, P.E., Manager

(Followup if no response to request for inspection)

(Date)

Owner Name
Street Address
City, State, Zip

          Re:     Inspection of Sanitary Sewer Connections

Dear _____:

      Millcreek Township and the Millcreek Township Sewer Authority have reason to believe that your property may have a connection of "clean" or storm water to the sanitary sewer system.

      The Millcreek Township Sewer Use Ordinance requires that owners allow access by the Township and the Authority to properties so that inspections can be conducted. An owner's failure or refusal to allow access or inspections can lead to imposition of fines for each day of violation.

      Millcreek Township's Sewer Inspector has attempted to contact you to schedule an inspection, but no response to his request has been received. To avoid the need for proceedings under the ordinance, please contact Jan Agnello at this office (835-6721, ext. 326) to make an appointment for an inspection of your service lateral and connection. The business card for the inspector is enclosed. You may also try to reach him at his cell phone number. Access to the clean-out in your basement will be required at the time of the inspection.

      If we do not hear from you by _____ so that an inspection can be scheduled, we will have to begin enforcement proceedings regarding failure or refusal to allow access to your property. We hope you will make this unnecessary by responding promptly to this letter.

                              Very truly yours,

                              _____
                              George W. Riedesel, P.E., Manager

cc:    Richard Bridger
       Philip Cardella

INSP#2LT/SEWER                 **MSA-MT 5172**

(Letter re. inaccessible clean-out)

(Date)

Owner Name
Street Address
City, State, Zip

    Re:  Sanitary Sewer Inspection

Dear _____ :

   Recently, a Millcreek Township Sewer Inspector visited your home to inspect connections to the sanitary sewer system.  At that time, there was no access to the clean-out in your basement.

   Access to the clean-out is necessary for an inspection, and would also be necessary if you ever have a sewer problem.

   Please locate the clean-out and make it accessible for inspection.  Please then give me a call at 835-6721, extension 326 so that another appointment can be made to complete this inspection.  Your prompt attention will be appreciated.

        Very truly yours,

        _____

        Janice K. Agnello
        Executive Assistant

**MSA-MT 5173**

CLNOUT/SEWER

(Notice where apparent violation noted other than from inspection)

(Date)

Owner Name
Street Address
City, State, Zip

Re:     Unlawful Connection to Sanitary Sewer

Dear _____:

It has come to the attention of Millcreek Township and the Millcreek Township Sewer Authority that your property may have a connection of storm or "clean" water to the sanitary sewer system. The Township's Sewer Use Ordinance prohibits and declares unlawful connections of ground, subsurface or surface drainage or of roof runoff or sump discharges to the sanitary sewer system. The ordinance also authorizes actions to terminate unlawful connections and imposes fines for each day of a violation.

Rather than pursuing enforcement proceedings, we request that you call Jan Agnello in this office at 835-6721, ext. 326 to schedule an inspection of your service lateral and connection. Access to the clean-out in your basement will be required at the time of inspection.

If an inspection should determine that there is no unlawful connection, no further action would be needed. If inspection discloses existence of an unlawful connection, we would provide you with detail of how you can eliminate that connection without legal proceedings being needed.

If we do not hear from you within 15 days after the date of this letter, we will have no choice but to begin actions to enforce the ordinance. We look forward to hearing from you.

Very truly yours,

_____
George W. Riedesel, P.E., Manager

cc:    Richard Bridger
       Philip Cardella

**MSA-MT 5174**

INDVINSP/SEWER

(Letter to accompany enforcement notice)

(Date)

Owner Name
Street Address
City, State, Zip

Re:    Unlawful Connection to Sanitary Sewer

Dear _____ :

It has been determined by Millcreek Township and the Millcreek Township Sewer Authority that your property has a connection of ground or storm water to the sanitary sewer system. Millcreek's Sewer Use Ordinance prohibits such connections, imposes fines for each day of a violation and authorizes measures to terminate the connections.

I am enclosing with this letter an Enforcement Notice citing you with violation of the ordinance. The notice provides detail as to the violation and how it can be rectified.

Before taking action that might lead to imposition of substantial fines, we would like to work with you to assist you in terminating the unlawful connection. To rectify the violation, you must make repairs within 60 days after the date of this letter that will terminate the unlawful connection to the sanitary sewer and redirect ground or storm water in another way that complies with Township ordinances.

Please contact Jan Agnello in this office at 835-6721, ext. 326 when you know that the work will be done, so that an inspector can be present to monitor the disconnection and other work. If work is done without inspection and ends up not meeting standards, additional work would be required. If the unlawful connection is not disconnected within 60 days, fines for each day of violation as recited in the enforcement notice can be imposed. You may contact the Township's Inspector, Phil Cardella (873-4449), or Mrs. Agnello may be able to offer suggestions as to how the unlawful connection can be terminated.

Thank you in advance for your cooperation in this matter.

Very truly yours,

_____
George W. Riedesel, P.E., Manager

cc:    Richard Bridger
        Philip Cardella

ENFLTR/SEWER

**MSA-MT 5175**

App. 512

**TOWNSHIP OF MILLCREEK**
3608 West 26th Street
Erie, PA 16506-2037

# ADMINISTRATIVE ENFORCEMENT NOTICE
## (REMEDIAL ACTION REQUIRED)

Notice Date: _____          Index No. _____

TO: _____, Owner

of property known as _____.

YOU HAVE VIOLATED SECTION _____ OF THE MILLCREEK TOWNSHIP SEWER USE ORDINANCE (ORDINANCE NO. 2004-4, AS AMENDED.

DATE OF YOUR VIOLATION: _____.
YOU VIOLATED THE ORDINANCE BY _____
_____.

YOU ARE HEREBY DIRECTED TO TAKE THE FOLLOWING ACTION ON OR BEFORE _____ TO REMEDY THE VIOLATION AND AVOID IMPOSITION OF A FINE FOR VIOLATION: _____
_____
_____.

YOU MUST OBTAIN A PERMIT IF WORK WILL BE DONE TO A SEWER CONNECTION. ALL WORK MUST BE INSPECTED, AND NOTICE MUST BE GIVEN TO THIS OFFICE SO AN INSPECTION CAN BE SCHEDULED. IF YOU BELIEVE YOU HAVE REMEDIED THE VIOLATION, PLEASE CONTACT THE UNDERSIGNED AT 833-1111 ON MONDAY THROUGH FRIDAY FROM 8 A.M. UNTIL 4:30 P.M. EXCEPT ON TOWNSHIP HOLIDAYS.

IF YOU DO NOT REMEDY THE VIOLATION BY THE DATE SET FORTH ABOVE, A CIVIL ACTION FOR ENFORCEMENT AND FOR JUDGMENT FOR FINES AND COSTS WILL BE FILED IN THE OFFICE OF THE DISTRICT JUSTICE. FINES PRESCRIBED FOR THE VIOLATION ARE $600.00 FOR EACH DAY THE VIOLATION CONTINUES. IN ANY ENFORCEMENT ACTION, THE TOWNSHIP IS ALSO ENTITLED TO RECOVER ATTORNEYS' FEES.

_____
Signature of Code Enforcement Officer

Title: _____

ENFNOT/MLK/SEWER

**MSA-MT 5176**

**App. 513**

## AUTHORIZATION AND CONSENT

Property Address: _____

The Undersigned(s) is/are the owner(s) of the above property and will be referred to in this document as the "Owner".

Owner has been advised by Millcreek Township and/or the Millcreek Township Sewer Authority (collectively referred to as "Millcreek") that one or more discharges of storm water from the above Property have been connected to the sanitary sewer system, in violation of Millcreek regulations.

Owner understands that this violation can be rectified only by termination of the unlawful connection(s).

Owner has advised Millcreek that Owner is nor or may not be able to afford the costs of repairs necessary to terminate the unlawful connection(s).

Owner authorizes Millcreek and its employees or contractors to:

1.  Enter onto the Property and into the building(s) on the Property served by the sanitary sewer, to conduct inspections to identify any unlawful connection(s) to the sanitary sewer system and determine how such connection(s) can best be terminated; and

2.  Obtain proposals or quotations from one or more plumbing firm(s) for the work needed to terminate the unlawful connection(s).

Owner understands that Millcreek will then advise Owner of the work believed to be necessary and of the cost proposals it has received.  Owner then will have the right either to retain a firm to do the needed work directly for Owner or to then enter into a written contract with Millcreek under which Millcreek would secure a firm to provide the work and submit to Owner an assessment for such costs.  If Owner later decides that Millcreek should have the work done and assess Owner for its costs, Owner understands that a lien would be filed against the Property if the assessment was not paid within 30 days.  Owner also understands that interest accrues on unpaid assessments at the rate of ten percent (10%) per year.

Date: _____        _____
                                 Owner Signature

Date: _____        _____
                                 Owner Signature        **MSA-MT 5177**

**App. 514**

## CONSENT TO REPAIRS AND ASSESSMENT

Property Address: _____

     The Undersigned(s) is/are the owner(s) of the above property and will be referred to in this document as the "Owner".

     Owner on _____ signed an Authorization and Consent which authorized Millcreek Township and the Millcreek Township Sewer Authority (collectively "Millcreek") to inspect Owner's Property and secure proposals or quotations for work to terminate unlawful connections from the Property to Millcreek's sanitary sewer system.

     Millcreek's investigation determined that one or more unlawful connections exist at the Property. Millcreek has discussed with Owner the results of its investigation and has advised Owner of the proposals or quotations received from plumbing firms to do that work necessary to terminate the unlawful connection(s). A copy of the quotation or proposal of the firm which Owner is satisfied is most reasonable in price and quality of work is attached to this Consent.

     Owner does not have the financial ability to pay in full the costs of the needed work.

     Owner understands that if Millcreek secures performance of the needed work at the Property, Owner is responsible for costs of the work as it benefits the Property and rectifies a violation of Millcreek regulations. Owner has been advised that if an assessment for the costs of the work is not paid in full within 30 days after the assessment date, a lien would be filed against the property and interest on the unpaid assessment would accrue at the rate of 10% per year.

     With this knowledge, Owner hereby agrees that Millcreek should retain the plumbing firm whose proposal is attached to this Consent to perform work necessary to terminate the unlawful connection(s) at the Property to the sanitary sewer. Owner understands that upon completion of the work and its payment to the retained firm, Millcreek will issue its assessment for said costs to Owner. If Owner does not pay the assessment in full within 30 days after its date, interest on the unpaid amount will accrue at 10% per year from the assessment date and Millcreek Township shall have authority to file a municipal lien for such costs in the Erie County Court of Common Pleas which shall be a lien against Owner's Property until paid in full.

Date: _____          _____
                                  Owner Signature

Date: _____          _____
                                  Owner Signature

(Notice that no unlawful connection detected in inspection)




(Date)




Dear

Thank you for your cooperation in allowing an inspection of your property's sewer connections.

I write to confirm that Millcreek Township's inspection on _____ disclosed no indication of any connections to the sanitary sewer system which violate the Township's Sewer Use Ordinance.

Thank you again for your cooperation.

Sincerely,


_____


Copy for property file

# DEVELOPER AGREEMENT

THIS AGREEMENT made and entered into the _____ day of February, 2004

BETWEEN:

DEVELOPER, INC., a Pennsylvania Business Corporation whose principal office is located at 0000 Street, Millcreek Township, Erie County, and Commonwealth of Pennsylvania, hereinafter referred to as "Developer"

AND

MILLCREEK TOWNSHIP SEWER AUTHORITY, an Authority created under and by virtue of the Municipality Authorities Act of 1945, as amended, with its principal office located in the Township of Millcreek, County of Erie and State of Pennsylvania, hereinafter referred to as "Authority".

WITNESSETH:

WHEREAS, the Developer is the owner of land in Millcreek Township known generally as the ____ Subdivision located at 0000 Street, which is further identified as part of land identified by deed recorded at the Erie County Recorder of Deeds in record book 000 on page 0000 and also as Erie County Index No. 33-000-000-000.00 and as Millcreek Map Parcel No. 000-000; and

WHEREAS, the Developer has submitted design plans to the Authority for approval of sanitary sewers to be installed in ____ Street, (the "Sewer Extension"), to serve the development known as the ____ Subdivision and the developer agrees to construct the Sewer Extension in accordance with the Authority's requirements; and

WHEREAS, the Developer has received conditional approval from the Supervisors of Millcreek Township for the final plan of the ____ Subdivision by letter from the Engineer of Millcreek Township; and

WHEREAS, the Developer has obtained permit approval for the Sewer Extension from the Pennsylvania Department of Environmental Protection.

NOW THEREFORE, in consideration of their intent to be legally bound hereby and other good and valuable consideration, the parties hereto agree as follows:

**MSA-MT 5180**

**App. 517**

1.

Sewer Extension - the term Sewer Extension as used herein shall mean all the sanitary sewer pipe and manholes, and any fittings and connections related thereto. It shall also include, where applicable, all pumping stations, force mains, electrical equipment, fencing, valves and any facilities related thereto. Any and all sanitary sewer facilities proposed for construction by Developer which are to become part of the Millcreek Township Sanitary Sewer System are herein defined as the Sewer Extension.

2.

Developer further agrees that said construction shall be in compliance with the Authority's General Specifications for Sewer Main Installation, and the Township of Millcreek Specifications covering backfill, which are incorporated herein by reference, and that such construction shall be subject to inspection and approval by Authority or its agents. The safety of all persons present at and in the vicinity of the site of the work performed pursuant to this Agreement shall be the responsibility of Developer and any contractor employed by Developer, and it shall not be the responsibility of Authority or the Township of Millcreek. Developer and any contractor employed by Developer shall ensure that during the progress of the work there is compliance with the regulations of the Occupational Safety and health Administration relating to "Excavations, Trenching and Shoring," 29 C.F.R. {{1926.650 through 1926.653, and the regulations of the Pennsylvania Department of Labor and Industry relating to "Excavations and Construction," 34 PA. Code {{33.271 through 33.319. Authority shall have the right, but not the obligation, to inspect the work site for compliance with such regulations. The undertaking of inspections by the Authority's engineers or authorized representatives of the Authority shall not be construed as supervision of actual construction nor make the engineers or the Authority responsible for providing a safe place or safe conditions for the performance or work under this agreement or contract by contractor, or contractors' employees or those of the suppliers or subcontractors. It is the sole responsibility of the contractor to provide a safe place and safe conditions for the performance of work and the sole responsibility of the contractor to enforce suitable rules, including all rules promulgated pursuant to the Occupational Safety and Health Act, 29 U.S.C. §651 *et seq.* and implementing regulations, for the safe prosecution of the work and for the safety and health of the workers employed on the project.

3.

Developer further understands and agrees that it will assume all costs and expenses in connection with the construction of the Sewer Extension, including but not limited to the cost of all labor, material, equipment, charges and fees of any kind.

If any portion of the Sewer Extension is constructed within a state right-of-way, Developer agrees to restore the area within the state right-of-way according to the requirements of PennDOT, and further Developer agrees to warranty such restoration for a period of two years.

It is specifically understood and agreed that Developer hereto shall restore the surface of any public or private property, or way through which this Sewer Extension shall be constructed to the condition that existed prior thereto, and at its own expense.

**MSA-MT 5181**

**App. 518**

It is specifically understood and agreed that Developer hereto shall contact any Property Owners in at least 48 hours in advanced of any planed disruption of any utility services or road closings. It is also agreed that Developer shall contact Millcreek Township and the Millcreek Township School District regarding said road closings.

It is recognized and understood that Developer may employ a contractor for the purpose of actually constructing the Sewer Extension but, it is also specifically understood and agreed that such employment shall not in any way absolve Developer of any of its obligations under this Agreement.

4.

Developer also agrees to protect and hold harmless the Authority and the Township of Millcreek, and their agents and employees from any and all costs and expenses occasioned by the repair, replacement or maintenance of the Sewer Extension due to defective materials and/or workmanship for a period extending eighteen (18) months beyond the date of its acceptance by the Authority.

5.

Upon completion of the work of construction and final inspection and acceptance by Authority, ownership of the Sewer Extension shall vest in the Authority and all right, title and interest of Developer therein shall cease and terminate; it being the intention of the Developer to convey title to the Authority and to dedicate the Sewer Extension to public use, and the approval and acceptance by the Authority shall be deemed to be acceptance of said dedication. The Developer, upon completion of the construction of the Sewer Extension, agrees to dedicate the rights-of-way in which the Sewer Extension is constructed, by recording a dedication map at the Erie County Recorder of Deeds, after said map has been approved and signed by the Supervisors of Millcreek Township.

6.

If any portion of the Sewer Extension is not constructed within a dedicated right-of-way, Developer agrees upon completion to provide the Authority with an executed Deed of Grant conveying ownership of the Sewer Extension and a twenty (20) foot wide easement, in which the Sewer Extension and appurtenances are constructed for the purpose of operating and maintaining the Sewer Extension. Thereafter, no connection to the Sewer Extension or any house branch shall be made at any time by Developer or any other party or person without first obtaining consent in writing from the Authority and/or Township of Millcreek.

7.

Developer also understands and agrees not only to construct at its own expense the Sewer Extension, but also agrees to pay to the Authority at the time of execution of this Agreement, a Developer Fee for the privilege of tapping into the existing sanitary sewage system, which fee includes services to be furnished by Authority, including design review, inspection, testing and asbuilt plan preparation.

The Developer Fee referred to above is calculated at $3.50 per lineal foot of gravity sanitary sewer constructed, $2.00 per lineal foot of forcemain constructed, and $50.00 per service connection as follows:

FROM MH 0+00 TO MH 4+28 (Example)

| 428 | lineal feet @ $3.50 per foot = | $1,498.00 | |
|---|---|---|---|
| 5 | service connection @ $50.00 ea.= | $ 250.00 | |
| | | $1,748.00 | $1,748.00 |

FROM MH 0+00 TO MH 4+28 (Example)

| 428 | lineal feet @ $3.50 per foot = | $1,498.00 | |
|---|---|---|---|
| 200 | Lineal feet @ $2.00 per foot = | $ 400.00 | |
| 3 | service connection @ $50.00 ea.= | $10,000.00 | |
| | Total Developer Fee: | $11,898.00 | |

In the event the expenses incurred by the Authority as a direct result of construction of the Sewer Extension exceed the fee above, the Developer agrees to pay the additional expenses to the Authority.

8.

Developer also agrees to pay any Tapping Fees that may be due on Developer 's property from previous sewer extensions. This Tapping Fee must be paid to the Authority as part of this Agreement.

9.

It is specifically understood and agreed between the parties hereto that Developer shall construct all of the proposed Sewer Extension in a continuous manner and shall minimize construction delay to the greatest extent possible.

**MSA-MT 5183**

**App. 520**

10.

It is specifically understood and agreed between the parties hereto that Developer shall upon completion of the project, prepare an asbuilt drawing plan. The Authority's inspectors will indicate on the Developer's original sewer design plans and engineer's cut sheets the actual field measurements and will turn over copies of all asbuilt records and measurements to Developer. It will be the responsibility for the Developer to prepare an asbuilt design plan on reproducible drawing media. All inverts and manhole rim elevations shall be field verified by the Developer and indicated on the plans. If any sewer lines, laterals, or manhole locations deviate from the original plans, it will be the responsibility of the Developer to have the changes accurately shown on the asbuilt drawings. All drawings shall show sewer line stationing of all manhole and lateral connections. All drawings will be "D" size (36" x 24") and will be at 1" = 50' scale. The Sewer Authority will maintain all asbuilt records of all sewers and sewer connections installed at the time of initial sewer construction.

11.

Developer agrees to obtain all permits applicable to the construction of the Sewer Extension.

12.

It is understood and agreed between the parties hereto that Millcreek Township will operate the Sewer Extension under a separate agreement between Millcreek Township and the Authority.

13.

In the event that Developer undertakes to construct the sewer extension as contractor, or, if Developer contracts with a third party for construction of all or part of the herein-described sewer extension, Developer agrees to indemnify and hold harmless Authority and the Township of Millcreek from any and all claims for personal injury of any person whether or not an employee of Developer, Authority or the Township of Millcreek, arising out of or related to the construction of the sewer system which is the subject of this Agreement, whether or not the injured party alleges and proves that the loss is attributable in whole or part to any act of omission or commission, breach of duty or negligence on the part of Authority and/or the Township of Millcreek, said indemnity shall hold Authority and the Township of Millcreek harmless from any and all suits, costs, expenses of defense, including attorney fees, judgments and costs, even if it is alleged that said Authority and/or Township were active or passively negligent.

**MSA-MT 5184**

**App. 521**

14.

Developer or Contractor agrees to take out, pay for and maintain until completion of the work required by this Agreement, comprehensive broad term public liability insurance and contractual liability insurance. The contractual liability insurance shall insure Developer against liability to Authority and the Township of Millcreek under the provisions of paragraph 13 of this Agreement. A standard certificate of insurance form must be provided to Authority prior to the start of construction. No exclusions shall be indicated on the certificate under public liability coverage. Additional insurance coverage's such as auto liability, excess liability and workers' compensation, including the amounts of coverage provided, shall also be indicated on Developer's certificate of insurance. The comprehensive broad form public liability insurance shall be at least in the amount of $3,000,000 each occurrence for bodily injury, $1,000,000 any one account of property damage, the aggregate limit of not less than $3,000,000. Developer agrees that like insurance requirements, except the contractual liability insurance requirements apply to all contractors connected with the work described herein. Prior to commencement of the work which is the subject of this Agreement, Developer and all contractors shall provide Authority with proof of compliance with the insurance provisions of this Agreement, satisfactory to Authority.

15.

This Agreement is binding on all the heirs, successors and assigns of all parties to this Agreement.

16.

It is agreed by the parties hereto that with respect to any controversy arising in relation to or out of this Agreement, that the laws of Pennsylvania shall apply.

17.

The Developer hereto agrees to indemnify, protect and hold harmless the Authority, its members and employees from any and all claims, lawsuits and other liability including costs of defense arising from construction of the Sewer Extension. Developer shall require the same indemnification from any and all contractors employed by Developer in construction of the Sewer Extension.

18.

Developer is specifically aware of the provisions of Ordinance No. 2004-4 of the Township of Millcreek, enacted March 30, 2004, which inter-alia, prohibits the introduction of any storm water, surface drainage, ground drainage, roof runoff, or subsurface drainage into the public sanitary sewer system. Developer warrants to the Authority that any and all construction done under the within Developer Agreement, whether done by Developer or by Developer's subcontractors or assigns, shall be in compliance with said Ordinance No. 2004-4; Developer hereby agrees to indemnify Authority and the Township of Millcreek for the actual cost of correcting any construction done by Developer, its subcontractors and assigns, in violation of the aforesaid Ordinance No. 2004-4, the Millcreek Township Public and Private Improvements Code or the Rules and Regulations Governing the Millcreek Township Sanitary Sewer System.

**MSA-MT 5185**

page 6

**App. 522**

19.

The Authority agrees to use its best efforts to charge and collect tapping fees from the owners of properties along the Sewer Extension who request a connection. The Developer agrees to indemnify and hold harmless the Authority from all costs and expense including costs of defense, by reason of any cause of action or claim brought against the Authority to prevent collection of tapping fees. The tapping fees will be collected by the Authority in accordance with the Authority's procedures and existing laws. The amount of the tapping fees to be collected will be determined by dividing the cost and fees of the Sewer Extension by the total property frontage benefited by the Sewer Extension. However, no tapping fee will be charged for any service to the property owned by the Developer as of the date of this Agreement. Any tapping fees collected by the Authority will be refunded to the Developer for a period of ten (10) years following completion of the Sewer Extension.

IN WITNESS WHEREOF, the parties hereto have hereunto set their hands and seals the day and year first above written.

DEVELOPER

_____
SIGNATURE / TITLE

WITNESS:

_____

MILLCREEK TOWNSHIP SEWER AUTHORITY

_____
CHAIRMAN

ATTEST:

_____
SECRETARY

DEVAGRT/MLK/SEWER

**MSA-MT 5186**

**App. 523**

# XII.  CONSTRUCTION STANDARDS

Performance standards for building and branch sewers are as set forth in Part 3.

Standards for traps and clean-outs are as set forth on the attached drawing.

Additional and updated standards for materials and construction shall be established by amendment of these Rules and Regulations.

**MSA-MT 5187**

**App. 524**

# SANITARY SEWER BUILDING CONNECTIONS
# SEWER TRAP AND CLEANOUT ASSEMBLY



## OUTSIDE BUILDING OR MOBILE HOME



## INSIDE BUILDING

**MSA-MT 5188**

**App. 525**

# AUTHORITY INITIATED I/I AREAS (3/29/2006)

Group headers (left to right across status columns): Enforcement Pending · Enforcement Repaired · Enforcement Suspended · No Problems Found · Inspections In Process · Township Repair

| ADDRESS | STREET | NAME | 1ST INSPECT | TV INSPECT | ENFORCEMT | REPAIR | NO VIOLATION | NOTES | PLUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 5023 | Amherst Road | | 1/27/2003 | | 5/25/2004 | | Langdon/Wms | Sump pump connect to floor drain (Langdon/Wms) | |
| 3005 | Atlantic Avenue | Kukuda | 11/11/2003 | | 1/6/2005 | 4/11/2005 | | Outside drain/wait for nice weather-concrete | |
| 1250 | Beaver Drive | Johnson | 5/27/2005 | 6/7/2005 | | | no major at this time | heavy pipe corrosion & some sags in line | 6/15/2005 |
| 1225 | Beaver Drive | | 1/21/2003 | illegal connection - reinspect 5/2 - no problem ? | | | | Illegal connection - reinspect 5/2 - no problem ? | |
| 4058 | Brooks Street | | 9/8/2003 | | | 9/24/2003 | | Footers tied into sanitary | |
| 4669 | Budd Drive | | 4/22/2003 | | | 4/25/2003 | | Sump pump connect to sanitary | |
| 3818 | Canterbury Drive | | 5/21/2002 | | | 9/30/2002 | | Sump pump connect to sanitary | |
| 1604 | Charles Street | Gruver/Sharrow | 3/4/2005 | | | | | Reminder Letter 2/8/06 (Needs to find c/o) | 3/16/2005 |
| 1623 | Charles Street | Yamma | 2/14/2005 | 2/23/2005 | | | | | |
| 1630 | Charles Street | Przybyszewski | 3/28/2005 | 4/6/2005 | | | | | |
| 1633 | Charles Street | Moon | 5/23/2005 | 6/8/2005 | | | 6" VCP Repair | Township to make Repair | |
| 1636 | Charles Street | Fanne Mae/Hamil | 2/15/2005 | 4/7/2005 | 4/13/2005 | | no problem found | Sheriff's Sale - Bank - Hammel/Hagmann | Jim Brozell |
| 1651 | Charles Street | Craciun | 3/4/2005 | 3/17/2005 | | 5/10/2005 | suspended action | plumber could not locate minor problem | |
| 1659 | Charles Street | Hess | 3/22/2005 | | | | no problem found | | |
| 1663 | Charles Street | Krizanik | 3/22/2005 | | | | no problem found | | |
| 1664 | Charles Street | Pellegrino | 2/21/2005 | 3/9/2005 | 2/25/2005 | 6/20/2005 | no tv yet | Reminder Letter 2/8/06 (C/O Located or Installed) sump pump connected to sanitary-Motsch | 3/23/2005 |
| 1704 | Charles Street | Stiller | 3/3/2005 | 3/3/2005 | | | no problem found | | |
| 1710 | Charles Street | Dylewski | 3/10/2005 | 5/19/2005 | | | no problem found | | |
| 1711 | Charles Street | Stinson | 3/18/2005 | 4/13/2005 | | 4/22/2005 | no problem found | except a lot of roots in clay portion of lateral some sags in pipe | 5/24/2005 |
| 1714 | Charles Street | Montagna/Orton | 4/19/2005 | 4/28/2005 | | | no problem found | | |
| 1718 | Charles Street | Oblinski | 3/4/2005 | 4/21/2005 | | | no problem found | newer construction - pvc pipe | |
| 1721 | Charles Street | Perfetto | 3/7/2005 | 4/13/2005 | | | inconclusive | cleaned lines then retelevised | |
| 1728 | Charles Street | Danylko | 3/10/2005 | 3/23/2005 | | | sags in pipe - no enforcement | | |
| 1729 | Charles Street | Rutkowski | 3/1/2005 | 3/17/2005 | | | no problem found | no problem found 6/16/05 | |
| 1738 | Charles Street | Thompson | 2/21/2005 | 2/23/2005 | | | dirty lines/must clean | | |
| 2046 | Charleston Avenue | | | | | | | | |
| 1741 | Charles Street | Nichilo | 2/28/2005 | 3/3/2005 | | | no problem on old tape | | |
| 2046 | Charleston Avenue | Pizzat | 10/27/2004 | 10/25/2004 | 10/28/2004 | | | c/o goes to trap - owner advised not correct | |

# AUTHORITY INITIATED I/I AREAS (3/29/2006)

| ADDRESS | STREET | NAME | 1ST INSPECT | TV INSPECT | ENFORCEMT | REPAIR | NO VIOLATION | NOTES | PLUMBER |
|---|---|---|---|---|---|---|---|---|---|
| | | | Enforcement Pending | Enforcement Repaired | Enforcement Suspended | No Problems Found | | Inspections In Process | Township Repair |
| 1523 | Church Street | Kloecker | 4/20/2005 | 6/23/2005 | | | no problem found | sags in pipe - no enforcement | |
| 1609 | Church Street | Feister | 4/5/2005 | 5/25/2005 | | | no problem found | | |
| 1610 | Church Street | Ricchiuti | 4/15/2005 | 5/12/2005 | | | no problem found | | |
| 1617 | Church Street | DiCara | 3/11/2005 | 4/13/2005 | | | no problem found | some sags in pipe | |
| 1618 | Church Street | Yaple | 6/9/2005 | 6/14/2005 | | | no problem found | | |
| 1625 | Church Street | Estock | 4/19/2005 | 4/27/2005 | 5/5/2005 | | | | |
| 1636 | Church Street | Cohick | 5/26/2005 | | | | | sags in pipe | 4/25/2005 |
| 5420 | Clinton Street | DiLoreto | 10/13/2004 | 10/21/2004 | 10/28/2004 | 12/20/2004 | | Reminder Letter 2/8/06 (TV Inspection) | |
| 5526 | Clinton Street | Mansfield | 10/20/2004 | 11/3/2004 | 11/3/2004 | 8/11/2005 | | Ketsel Repaired & Needs Inspected? | |
| 5541 | Clinton Street | Hartwig | 11/15/2004 | 11/24/2004 | 11/24/2004 | Mar-05 | | #NAME? getting estimates -J & S Plumbing did repair | Omni Plumbing Grieshober |
| 3204 | Colonial Avenue | | 3/21/2001 | | | 3/27/2001 | | Footers tied into sanitary | |
| 3028 | Court Avenue | Blackman | 10/13/2005 | 11/3/2005 | | | no problems found | | |
| 3104 | Court Avenue | Costlow | 10/3/2005 | 10/20/2005 | | | No Problems Found | | |
| 5602 | Crowell Street | Huston | 3/31/2005 | 6/15/2005 | | 6/28/2005 | no problem found | | |
| 5603 | Crowell Street | Dinges/Fox | 3/22/2005 | 4/6/2005 | 4/13/2005 | 4/12/2005 | | needs to find cleanout - 4/11 sent letter / Pilewski Plumbing | Pilewski |
| 4902 | Dixson Drive | Gannoe | 12/6/2004 | 12/22/2004 | 12/22/2004 | | Suspended Action | Langer - not conclusive | |
| 4903 | Dixson Drive | Gomez | 1/7/2005 | 1/26/2005 | 2/7/2005 | | Suspended Action | Township Retelevised - 12/15/05 | |
| 4910 | Dixson Drive | Pundt | 12/22/2004 | 12/21/2004 | 12/22/2004 | | Suspended Action | No Response Lately (RAR 2/10/06) | |
| 4918 | Dixson Drive | Bizzaro-daughter | 2/9/2005 | 2/17/2005 | 2/25/2005 | | | | |
| 5002 | Dixson Drive | Bender | 11/29/2004 | 11/30/2004 | 12/3/2004 | | Suspended Action | | |
| 5010 | Dixson Drive | Fischer | 12/6/2004 | 4/27/2005 | 5/5/2005 | | Suspended Action | Goes Out High | |
| 5011 | Dixson Drive | Swanson | 11/30/2004 | 5/12/2005 | | | no problem found | Goes out high | |
| 5102 | Dixson Drive | Martin | 12/7/2004 | 3/3/2005 | | | no problem found | some sags in pipe - no enforcement | |
| 5103 | Dixson Drive | Chludzinski | 12/6/2004 | 12/15/2004 | | | Suspended Action | | |
| 5110 | Dixson Drive | Bizjak | 12/3/2004 | 5/5/2005 | 6/24/2005 | 2/9/2005 | cannot find cleanout | Working on Problem (12/15/05) | Don Murray |
| 5111 | Dixson Drive | Roesch | 11/29/2004 | 12/14/2004 | 12/16/2004 | | | Completed | |
| 5120 | Dixson Drive | Brown | 12/3/2004 | 5/5/2005 | | | no problem found | Goes out high | |
| 5121 | Dixson Drive | Meyer | | 5/5/2005 | | | no problem found | Goes out high | |
| 5130 | Dixson Drive | Morschauser | 12/16/2004 | | | | | trying to find outside cleanout/goes out high needs to repair sump-done-now clean mh | 4/11/2005 |
| 5131 | Dixson Drive | Rapp | 12/10/2004 | 3/23/2005 | | 4/21/2005 | has check valve | some sags in pipe - no enforcement | |
| 5140 | Dixson Drive | Smith | 12/8/2004 | 1/5-2/7/05 | 2/10/2005 | 4/15/2005 | Suspended Action | some sags in pipe - no enforcement lateral to dirty to see clearly | |

## AUTHORITY INITIATED I/I AREAS (3/29/2006)

| ADDRESS | STREET | NAME | 1ST INSPECT | TV INSPECT | ENFORCEMT | REPAIR | NO VIOLATION | NOTES | PLUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 5141 | Dixson Drive | Langer | 11/29/2004 | 12/8/2004 | | | no problem found | need to repair c/o - done & retelevised 2/11/05 | |
| 2003 | Enfield Lane | Trudnowski | 12/1/2004 | 5/19/2005 | | 6/27/2005 | | Goes Out High- sump pump goes to sanitary | Self (Trudnowski) |
| 2004 | Enfield Lane | Culbertson | 12/13/2004 | 5/4/2005 | | 7/7/2005 | | Goes Out High | Chris Carlin |
| 2008 | Enfield Lane | Crankshaw | 1/24/2005 | 4/27/2005 | 5/12/2005 | | | Goes Out High - Township to make Repair | Jim Brozell |
| 2011 | Enfield Lane | Brabender | 12/22/2004 | 6/1/2005 | | | | Goes Out High | |
| 2012 | Enfield Lane | Weigold | 2/4/2005 | 5/18/2005 | | | 6" VCP Repair | Goes Out High | |
| 2021 | Enfield Lane | Conley | 1/12/2005 | 3/31/2005 | | | no problem found | some sags in pipe - no enforcement | |
| 2022 | Enfield Lane | Briggs | 12/2/2004 | 5/4/2005 | | 6/20/2005 | no problem found | Goes out high | |
| 2029 | Enfield Lane | Kaye | 12/6/2004 | 5/5/2005 | 5/5/2005 | 6/29/2005 | goes out high | Langer Plumbing | Al Kurtz |
| 2030 | Enfield Lane | Wiler | 1/11/2005 | 12/15/2004 | 12/16/2004 | 4/12/2005 | repair complete | | Jack Langer / Self (Wiler) |
| 2033 | Enfield Lane | Munn | 12/1/2004 | 2/16/2005 | 2/17/2005 | | | Goes out high | |
| 2034 | Enfield Lane | Bricker | 12/13/2004 | 1/20/2005 | | | No Problem Found | | |
| 2037 | Enfield Lane | Duska | 12/13/2005 | 1/27/2005 | 2/2/2005 | 2/8/2005 | no problem found | Carlin did repair | |
| 2038 | Enfield Lane | Marchini | 11/29/2004 | 12/7/2004 | 12/13/2004 | | suspended action | Carlin performed repair and replaced BWW | Chris Carlin |
| 2047 | Enfield Lane | Noble | 12/3/2004 | | | | BWW Program | needs to find c/o | Bill Morewood |
| 2048 | Enfield Lane | Saylor | 12/17/2004 | 2/16/2005 | 2/17/2005 | 8/9/2005 | Bill Morewood Repaired | | |
| 5306 | Exeter Road | Jobes | 5/9/2005 | 6/15/2005 | 6/24/2005 | | suspended action can't find cleanout | | |
| 5419 | Exeter Road | Prylinski | 5/17/2005 | | 6/24/2005 | | | Reminder Letter 2/8/06 (TV Inspection) | 5/19/2005 |
| 3823 | Falmouth Road | | 11/6/2000 | 3/27/2000 | | 12/24/2000 | | | |
| 307 | Glenwadh Avenue | | 3/27/2000 | | | 1/21/2001 | | Sump pump connect to sanitary | |
| 1701 | Gore Road, West | | 1/31/2002 | | | 4/1/2002 | | Sump pump connect to sanitary | |
| 612 | Garloch Drive | | 4/14/2004 | | | 11/4/2004 | | Footers tied into sanitary | |
| 1825 | Hartley Lane | | 4/7/2000 | | | 4/13/2000 | | Sump pump & footer drains to sanitary | |
| 4824 | Hilltop Road | | 2/11/2001 | | | 5/8/2001 | | Downspouts to sanitary | |
| 1204 | Holiday Drive | | 8/17/2000 | | | 9/15/2000 | | Sump pump to sanitary | |
| 4413 | Homestead Drive | | 1/30/2001 | | | 2/16/2001 | | Sump pump to sanitary | |
| 2703 | | | | | | | | Sump pump to sanitary | |
| 412 | Indiana Drive | Wilkinson | 1/24/2005 | 1/26/2005 | 2/7/2005 | | | serious back up problem | |
| 420 | Indiana Drive | Pett | 3/7/2005 | 3/9/2005 | | | no problem found | | |
| 612 | Indiana Drive | Magorien | 3/29/2005 | 5/17/2005 | 5/24/2005 | | sump pump-fixed | | Ed Ketsel |
| 2927 | Loveland Avenue | | 4/27/2001 | | | 6/1/2001 | | Ketsel Fixed Second Repair? Needs Inspected? Sump and down spouts to sanitary | |
| 3109 | Loveland Avenue | | 8/9/2001 | | | 9/21/2001 | | Footers tied into sanitary | |
| 5409 | Lucky Lane | Bujalski | 12/16/2005 | | | | | | |

Enforcement Pending   Enforcement Repaired   Enforcement Suspended   No Problems Found   Inspections In Process   Township Repair

## AUTHORITY INITIATED I/I AREAS (3/29/2006)

Column category labels (across the top): Enforcement Pending · Enforcement Repaired · Enforcement Suspended · No Problems Found · Inspections In Process · Township Repair

| ADDRESS | STREET | NAME | 1ST INSPECT | TV INSPECT | ENFORCEMT | REPAIR | NO VIOLATION | NOTES | PLUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 430 | Marshall Drive | | 3/3/2002 | | | 4/26/2002 | | Sump pump to sanitary | |
| 3104 | McKee Road | | 7/31/2002 | | | 7/31/2002 | | Illegal connection | |
| 5121 | Mill Street | | 1/8/2005 | 1/26/2005 | | | dirty line+ | | |
| 633 | Mineo Drive | Grannis/Realtor | 12/15/2000 | | | 5/7/2001 | | Sump pump to sanitary | |
| 5414 | Patton Street | Rimdzius | 10/17/2005 | | | | will call when caps are open | | |
| 5430 | Patton Street | Timon | 4/15/2005 | 6/8/2005 | | | no problem found | | |
| 5437 | Patton Street | Koch | 3/10/2005 | 3/30/2005 | 4/13/2005 | | | Working on Problem 1/24/06 | |
| 5438 | Patton Street | DiTomo | 4/19/2005 | | | | no problem found | | |
| 5448 | Patton Street | Burkhardt | 3/8/2005 | 4/20/2005 | 4/13/2005 | 4/21/2005 | no problem after repair | everything repaired 2004 - all okay / repaired floor drain | |
| 5456 | Patton Street | Laskowski | 3/21/2005 | 4/7/2005 | 3/29/2005 | 7/26/2005 | | Ed Kestel plumbing | Ed Kestel |
| 5464 | Patton Street | Mahoney | 3/11/2005 | 3/18/2005 | 4/13/2005 | 6/15/2005 | | Working on Problem 1/11/06 | Ed Kestel |
| 5465 | Patton Street | Sallach | 3/15/2005 | 3/30/2005 | | | | | |
| 5472 | Patton Street | Spronatti | 5/3/2005 | 5/26/2005 | 5/5/2005 | | no problem found / 6/2-re tv repair | | |
| 5475 | Patton Street | Blackburn | 4/15/2005 | 4/28/2005 | | | | suspended enforcement action 6/8/2005 | |
| 4724 | Perkins Street | Shaw | 1/25/2005 | | | 2/4/2005 | | repaired sump pump & replaced clean out / Enforcement suspended | Herman |
| 5104 | Perkins Street | Lepper | 11/16/2004 | 11/18/2004 | 12/8/2004 | 2/4/2005 | Plumber revideo | Enforcement suspended | |
| 1505 | Pershing Avenue | Sickler | 3/8/2005 | 3/17/2005 | 4/21/2005 | 12/20/2005 | no problem found / inconclusive | | |
| 1506 | Pershing Avenue | Veraldi | 3/10/2005 | 3/31/2005 | | 11/1/05 | 12/20 tv repair | | |
| 1516 | Pershing Avenue | Jasinski | 4/11/2005 | 4/21/2005 | | | water in trap | sags in pipe - no enforcement | |
| 1521 | Pershing Avenue | Jacquel | 4/28/2005 | 4/28/2005 | 4/28/2005 | 12/20/2005 | can't find cleanout | Working on Problem 1/3/06 / some sags in pipe | |
| 1524 | Pershing Avenue | Duncan | 5/3/2005 | 6/1/2005 | 6/3/2005 | | | | |
| 1602 | Pershing Avenue | Soltys | 5/3/2005 | 5/19/2005 | | | no problem found | | |
| 1603 | Pershing Avenue | Zimmerman | 4/19/2005 | 5/4/2005 | 5/12/2005 | 11/22/2005 | no problem found | | |
| 1610 | Pershing Avenue | Montagna | 5/6/2005 | 5/12/2005 | | | | | |
| 1613 | Pershing Avenue | Fuller | 9/28/2005 | 10/14/2005 | 11/30/2005 | 2/14/2006 | | | |
| 1618 | Pershing Avenue | Hartline | 4/20/2005 | 4/28/2005 | 5/5/2005 | 7/26/2005 | | Chris Carlin plumbing / sump pump to sanitary | |
| 1619 | Pershing Avenue | Zaunegger | 4/15/2005 | 4/27/2005 | 4/20/2005 | 5/4/2005 | | Chris Carlin repaired | |
| 1625 | Pershing Avenue | Green | 3/15/2005 | 4/21/2005 | 5/17/2005 | 11/1/2005 | | Chris Carlin plumbing | |
| 1626 | Pershing Avenue | Richter | 4/15/2005 | | 5/12/2005 | | | | Mike Dwyer |
| 1631 | Pershing Avenue | Rogers | | | 3/16/2005 | 1/13/2006 | 12/19 - tv repair | | |
| 1645 | Pershing Avenue | Winschel | 5/6/2005 | 5/26/2005 | 6/3/2005 | | | Bankruptcy - Home Vacant | |
| 1650 | Pershing Avenue | VanDyke | 4/28/2005 | 5/18/2005 | | 6/3/2005 | no problem found | 2nd Repair fixed outside | |
| 1661 | Pershing Avenue | Reynolds | 9/13/2005 | 11/2/2005 | 2/3/2006 | | no problem found | | |
| 4919 | Roslindale Avenue | | 4/8/2002 | | | 5/1/02 | | Footers tied into sanitary | |

## AUTHORITY INITIATED I/I AREAS (3/29/2006)

Category bands across columns: Enforcement Pending · Enforcement Repaired · Enforcement Suspended · No Problems Found · Inspections In Process · Township Repair

| ADDRESS | STREET | NAME | 1ST INSPECT | TV INSPECT | ENFORCEMT | REPAIR | NO VIOLATION | NOTES | PLUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 940 | Ruth Avenue | Shouse | 5/9/2005 | 6/21/2005 | | | no problem found | | |
| 1010 | Ruth Avenue | Maguire | 5/20/2005 | 6/15/2005 | | | no problem found | | |
| 1018 | Ruth Avenue | Fiorelli | 6/1/2005 | 6/16/2005 | 6/24/2005 | | | Working on Problem 12/22/05 | |
| 1023 | Ruth Avenue | | 6/4/2004 | 6/16/2005 | | 6/1/04 | | Sump pump overflow to sanitary | |
| 5240 | Schwartz Drive | | 4/13/2004 | | | 7/12/2004 | | Footers tied into sanitary | 5/19/2005 |
| 1106 | Southview Drive | Kneidinger | 10/28/2004 | 11/4/2004 | 11/11/2004 | | | Inspect remaining street Spring 2006 | |
| 1207 | Southview Drive | Cogley | 1/31/2005 | 2/8/2005 | | | | Miller Drain cleaned lines-revideoed | |
| 1208 | Southview Drive | Lupichuk | 1/19/2005 | 3/30/2005 | 4/13/2005 | 5/25/2005 | | sump pump goes into sanitary- re-tv - 5/25 repaired | Chris Carlin |
| 1217 | Southview Drive | Gioba | 1/11/2005 | 1/27/2005 | | | none at this time | | |
| 1218 | Southview Drive | Cavanagh | 1/27/2005 | 3/23/2005 | | | no problems | difficult to deal with | |
| 1227 | Southview Drive | Kemess | 12/1/2004 | 12/8/2004 | | | | | |
| 1228 | Southview Drive | Weber | 1/18/2005 | 2/2/2005 | 2/8/2005 | 11/22/2005 | Longo Plumbing | completed repair of broken line/infiltration | Longo |
| 1237 | Southview Drive | Osearo | 5/20/2004 | 6/7/2004 | 2/7/2005 | 3/1/2005 | Dwyer Plumbing | Reminder letter 8/1/05 | Reminder |
| 1240 | Southview Drive | Hermann | 11/4/2004 | 2/8/2005 | 6/8/2004 | 10/20/2005 | | Reminder letter 8/1/05 | Bill Morewood |
| 1252 | Southview Drive | Pratt | 11/10/2004 | 2/8/2005 | 2/8/2005 | 10/5/2005 | | Televising Again | |
| 1304 | Southview Drive | Miller | 11/10/2004 | 12/14/2004 | 2/8/2005 | | | difficult to deal with | |
| 1305 | Southview Drive | Danowski | 12/10/2004 | 11/18/2004 | 2/10/2005 | 10/20/2005 | suspend enforcmt | going to clean and relelvise | Mike Dwyer |
| 1314 | Southview Drive | Almahmoodi | 12/15/2005 | 2/7/2005 | 2/8/2005 | | | | |
| 1315 | Southview Drive | Bove | 11/2/2004 | 1/21/2005 | 2/8/2005 | 9/26/2005 | no problems | re-tv 3/18/05 | Dwyer |
| 1325 | Southview Drive | Laughlin | 10/27/2004 | 11/3/2004 | 2/8/2005 | 2/14/2006 | no problems | difficult to deal with | Jackson |
| 1105 | Spring Valley Drive | Sorenson | 2/7/2003 | | | 4/8/2003 ? | | Sump pump to sanitary / Footers tied into sanitary | |
| 1119 | Spring Valley Drive | Roll | 2/21/2003 | 6/1/2005 | | | | plumber opened c/o | 5/25/2005 |
| 1139 | Spring Valley Drive | Onuschak | 5/16/2005 | 1/16/2006 | 2/3/2006 | | no problem found / can't find cleanout / no problem found | | |
| 1154 | Spring Valley Drive | Leemhuis | 5/24/2005 | 6/2/2005 | | | | | |
| 1166 | Spring Valley Drive | Kraus | 5/6/2005 | 5/25/2005 | 6/3/2005 | | | Working on Problem 12/22/05 | |
| 1169 | Spring Valley Drive | Colussi | 5/11/2005 | 6/1/2005 | 6/24/2005 | | | Working on Problem 1/16/06 | |
| 1178 | Spring Valley Drive | Daley | 5/23/2005 | | 5/26/2005 | | | sump pump connected to floor drain | |
| 1179 | Spring Valley Drive | Dzuricky | 6/2/2005 | 6/29/2005 | 7/8/2005 | | | Working on 2nd Problem | |
| 1189 | Spring Valley Drive | DeMarco | 5/22/2005 | | | 3/25/2003 | | Footers tied into sanitary | Motsch |
| 1190 | Spring Valley Drive | Blatt | 5/23/2005 | 6/8/2005 | 6/15/2005 | | | Motsch Working on Problem? | Motsch |
| 1199 | Spring Valley Drive | Mingarell | 1/24/2004 | | | 3/25/2003 | | Footers tied into sanitary | Motsch |
| 1205 | Spring Valley Drive | | | | | | | | |

## AUTHORITY INITIATED I/I AREAS (3/29/2006)

Column groupings above the table: Enforcement Pending · Enforcement Repaired · Enforcement Suspended · No Problems Found · Inspections In Process · Township Repair

| ADDRESS | STREET | NAME | 1ST INSPECT | TV INSPECT | ENFORCEMT | REPAIR | NO VIOLATION | NOTES | PLUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 1206 | Spring Valley Drive | Wynne | 2/24/2003 | | | 3/1/03 | | Footers tied into sanitary | |
| 1222 | Spring Valley Drive | Campbell | | | | | | Chris Carlin repaired? - Needs Inspected? | |
| 1225 | Spring Valley Drive | Graham | 5/23/2005 | 6/21/2005 | | | | | |
| 1234 | Spring Valley Drive | Fries | 5/9/2005 | 5/25/2005 | | | no problem found | | |
| 1235 | Spring Valley Drive | Pelkowski | 5/3/2005 | 5/19/2005 | | | no problem found | | |
| 1245 | Spring Valley Drive | Easly | 11/12/2004 | 11/22/2004 | 11/24/2004 | | | NonResponsive Working of Problem 12/15/05 | Chris Carlin |
| 1105 | St. Ann Drive | Wakulin | 2/10/2003 | 5/18/2005 | | 2/14/2003 | Footers tied into sanitary | | |
| 1154 | St. Ann Drive | Pakela | 4/27/2005 | 5/26/2005 | 5/26/2005 | 12/15/2005 | | | |
| 1166 | St. Ann Drive | Grady | 5/3/2005 | 6/2/2005 | | | no problem found | | |
| 1178 | St. Ann Drive | Maier | 5/6/2005 | 6/16/2005 | | | no problem found | | |
| 1201 | St. Ann Drive | Rahner | 5/10/2005 | 6/14/2005 | | | no problem found | | |
| 1234 | St. Ann Drive | Zalas | 6/3/2005 | 5/26/2005 | 6/24/2005 | 9/12/2005 | | Working on Problem 1/3/06 Bill Morewood Plumbing | |
| 1240 | St. Ann Drive | DiStefano | 5/10/2005 | 6/16/2005 | 6/3/2005 | 7/29/2005 | 4 to 6 Connection | | |
| 1243 | St. Ann Drive | Kostef | 5/20/2005 | 6/8/2005 | 6/24/2005 | | | Goeliner | Ed Ketsel |
| 1248 | St. Ann Drive | | 5/20/2005 | | 6/15/2005 | 8/11/2005 | | | |
| 1237 | St. Mary Drive | Ferretti | 5/24/2005 | 1/25/2006 | 2/3/2006 | | c/o found & repaired | reinspect in fall | |
| 316 | Stuart Way | | 1/27/2003 | | | 3/12/2003 | | Sump pump to sanitary | |
| 4914 | Tramariac Lane | | 4/7/2000 | | | 11/20/2000 | | Downspouts to sanitary | |
| 5202 | Washington Avenue | Perkins Church | 3/29/2001 | | | 6/11/2001 | | Footers tied into sanitary | Chris Carlin |
| 5440 | Washington Avenue | | 5/3/2005 | 5/5/2005 | | | no problem found | | |
| 3511 | West 11th Street | | 6/18/2002 | | | 11/1/02 | Can't get into cleanout ? | | |
| 3423 | West 12th Street | Powell | 8/10/2004 | | | | | Outside drains to sanitary | |
| 3425 | West 12th Street | Phillips | 7/27/2005 | | | | can't find cleanout | | |
| 3501 | West 12th Street | McMaster | 7/24/2004 | | | | No problem found | | |
| 3529 | West 12th Street | Horvath | 7/28/2004 | 5/5/2005 | | | | Chris Carlin televised w Phil | |
| 4040 | West 12th Street | | 9/27/2002 | | | 10/30/2002 | | Parking lot drain to sanitary - Rocco's Tavern | |
| 3233 | West 22nd Street | | 10/10/2000 | | | 11/17/2000 | | Faulty sanitary piping | |
| 2706 | West 24th Street | | 3/14/2000 | | | 4/13/2000 | | Downspouts to sanitary (outside) | |
| 3045 | West 25th Street | | 3/21/2003 | | | ? | | Footers tied into sanitary | |
| 2802 | West 35th Street | | 7/13/2004 | | | 8/3/2004 | | Sump pump to sanitary | Spaeder |
| 2030 | West 51st Street | Borowicz | 1/3/2005 | 2/9/2005 | 2/25/2005 | 4/16/2005 | tv'd 6/22/05 to verify | lines to dirty to tv - portion of line sunk/broken | |

App. 531

# AUTHORITY INITIATED I/I AREAS (3/29/2006)

Enforcement Pending  Enforcement Repaired  Enforcement Suspended  No Problems Found  Inspections In Process  Township Repair

| ADDRESS | STREET | NAME | 1ST INSPECT | TV INSPECT | ENFORCEMT | REPAIR | NO VIOLATION | NOTES | PLUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 2052 | West 51st Street | Heglund | 12/7/2004 | 12/16/2004 | | | | | |
| 2061 | West 51st Street | Corsi | 12/3/2004 | 12/21/2004 | 12/22/2004 | 4/15/2005 | suspend action | | |
| 1165 | West 54th Street | Pietruszak | 5/24/2005 | | | | | shower stall over cleanout | |
| 1301 | West 54th Street | | 5/20/2003 | | | ? | | Sump pump to sanitary | |
| 1767 | Zimmerly Road | | 2/11/2004 | 2/2/2005 | | | | | |
| 2030 | Zimmerly Road | Mikolajczyk | 12/17/2004 | 1/5/2005 | | 2/25/2004 | | Outside drains to sanitary | |
| 2104 | Zimmerly Road | Schreiber | 12/13/2004 | 2/9/2005 | | | dirty lines | | |
| 2130 | Zimmerly Road | Bizzaro | 1/7/2005 | | 2/25/2005 | | no problem found  down spouts | Goes Out High (Enforcement suspended 9/1/05) | |
| 3627 | Zuck Road | | 8/6/2003 | | | 2/2/2004 | | Footers tied into sanitary | |
| 4220 | Zuck Road | | 4/3/2001 | | | 8/2/2001 | | downspouts to sanitary | |
| | Zuck Road | | 7/9/2004 | Cutri/Agost | | 8/10/2004 | | Mobile Home Park - multiple violations | |
| | Zuck Road | | 7/9/2004 | Foht | | 8/10/2004 | | Mobile Home Park - multiple violations | |

App. 532

THIS PAGE INTENTIONALLY LEFT BLANK

## KEARSARGE I/I INVESTIGATION (Late 2005 / Early 2006)

| ADDRESS | STREET | NAME | 1ST INSPECT | TV INSPECT | ENFORCEMT | REPAIR | NO VIOLATION | NOTES | PLUMBER |
|---|---|---|---|---|---|---|---|---|---|
| | | | Enforcement Pending | | | Enforcement Repaired | | Enforcement Suspended | |
| | | | | | | | No Problems Found | Inspections In Process | Township Repair |
| 5905 | Bryant Street | Robertson | 12/2/2005 | | | | | needs to move bush | |
| 5811 | Crowell Street | Guelcher | | | | | | | |
| 5814 | Crowell Street | Watson | 10/13/2005 | 11/9/2005 | 1/10/2006 | | | | |
| 5822 | Crowell Street | Decker | | | | | | | |
| 5915 | Glade Drive | Domodossola | 10/18/2005 | 12/14/2005 | 2/16/2006 | | | No Problem Found | |
| 5916 | Glade Dr | Giles | 9/29/2005 | 11/8/2005 | | | | No Problem Found | |
| 5921 | Glade Dr | Dascanio | 9/30/2005 | 11/8/2005 | | | | No Problem Found | |
| 5922 | Glade Dr | Caputo | 10/14/2005 | 11/1/2005 | 11/29/2005 | | | No Problem Found | |
| 5922 | Glade Drive | Caputo | | | | | | | |
| 5930 | Glade Drive | Potter | 10/31/2005 | | | | | | |
| 5933 | Glade Drive | Stubenhofer | 10/18/2005 | 12/20/2005 | 1/10/2006 | | | can't find cleanout | |
| 5936 | Glade Drive | Tischenko | 10/17/2005 | | | | | | |
| 5943 | Glade Drive | Stubenhofer | 10/18/2005 | | 1/10/2006 | | | Township to Repair 6" VCP Lateral | |
| 5946 | Glade Drive | Coleman | 12/2/2005 | | | | | no lights in basement/spring | |
| 5947 | Glade Dr | Nielsen | 10/18/2005 | 11/17/2005 | | | | No Problem Found | |
| 5950 | Glade Dr | Lakeshore Comm. | | | | | | | |
| 5953 | Glade Drive | Helsley | 12/16/2005 | 1/31/2006 | | | | No Problem Found | |
| 5955 | Glade Drive | Guthrie | | | | | | No Problem Found | |
| 5957 | Glade Drive | Penberthy | 10/18/2005 | 11/10/2005 | | | | No Problem Found | |
| 5958 | Glade Drive | Schall | 10/24/2005 | 12/7/2005 | | | | No Problem Found | |
| 5959 | Glade Drive | Covatto | 10/24/2005 | 11/8/2005 | | | | No Problem Found | |
| 5967 | Glade Drive | Lancaster | | | | | | No Problem Found | |
| 5968 | Glade Drive | Gam | 10/27/2005 | | | | | | |
| 5976 | Glade Drive | Sokol | 11/21/2005 | | | | | | |
| 5977 | Glade Drive | Ruscitto | 11/21/2005 | 2/16/2006 | | | | can't find cleanout | |
| 5980 | Glade Drive | Dixson | 10/20/2005 | 12/15/2005 | | | | no access/old house | |
| 6002 | Glade Drive | Moyak | 11/7/2005 | 2/1/2006 | | | | can't find cleanout-found - no problem found | |
| 6003 | Glade Drive | Gunther | 11/7/2005 | 12/1/2005 | | | | No Problem Found | |
| 6010 | Glade Drive | Vickey | 12/1/2005 | | | | | No Problem Found | |
| 6013 | Glade Drive | May | 10/19/2005 | 11/1/2005 | 1/10/2006 | | | | |
| | | | 11/18/2005 | 1/5/2006 | 2/3/2006 | | | No Problem Found | |

# KEARSARGE I/I INVESTIGATION (Late 2005 / Early 2006)

| | | | | | Enforcement Pending | Enforcement Repaired | Enforcement Suspended | No Problems Found | Inspections In Process | Township Repair |
|---|---|---|---|---|---|---|---|---|---|---|
| ADDRESS | STREET | NAME | 1ST INSPECT | TV INSPECT | ENFORCEMT | REPAIR | NO VIOLATION | NOTES | | PLUMBER |
| 6016 | Glade Drive | Nelson | 10/20/2005 | | | | | can't find cleanout | | |
| 6023 | Glade Drive | Wheeler | 12/16/2005 | | | | | | | |
| 6026 | Glade Drive | Clark | 11/14/2006 | 1/11/2006 | 2/3/2006 | | TENANT | | | |
| 6031 | Glade Drive | Dolak | 11/7/2005 | 1/24/2006 | | | | Township to Repair 6" VCP Lateral | | |
| 6034 | Glade Drive | Haight | 11/4/2005 | | | | | can't find c/o - or will install | | |
| 6043 | Glade Dr | Etter | 10/20/2005 | 11/3/2005 | | | | No Problem Found | | |
| 6044 | Glade Drive | Naculich | 11/4/2005 | 1/11/2006 | | | | | | |
| 6055 | Glade Drive | Samler | 10/21/2005 | 1/11/2006 | 2/3/2006 | | | | | |
| 6056 | Glade Drive | Bucheral | 10/11/2005 | 3/14/2006 | | | | needs to move a tree | | |
| 6065 | Glade Dr | Long | 11/4/2005 | | | | | No Problem Found | | |
| 6073 | Glade Drive | Kiehlmeier | 10/11/2005 | 11/15/2005 | | | | | | |
| 6074 | Glade Drive | Aulenbacher | 11/18/2005 | 12/15/2005 | | | Tenant | under trailer | | |
| 6104 | Glade Drive | Hamilton | 11/29/2005 | | | | | | | |
| 6107 | Glade Drive | Weschler | 10/28/2005 | | | | | | | |
| 6119 | Glade Drive | O'Connell | 11/30/2005 | 1/4/2006 | 2/3/2006 | | | Township to Repair 6" VCP Lateral | | |
| 6120 | Glade Drive | Cornman | | | | | | | | |
| 6123 | Glade Drive | Cirillo | 11/29/2005 | 1/10/2006 | | | | No Problem Found | | |
| 1403 | Kuntz Road | Sanford | 10/28/2005 | | | | | | | |
| 1411 | Kuntz Road | Buckeye | 10/28/2005 | | | | | new const - hold spring | | |
| 1421 | Kuntz Road | Buckeye | 10/28/2005 | | | | | new const - hold spring | | |
| 1503 | Kuntz Road | Johnson | 12/9/2005 | 1/24/2006 | | | | new const - hold spring | | |
| 1509 | Kuntz Road | Sayre | 11/30/2005 | 1/5/2006 | | | | No Problem Found | | |
| 1515 | Kuntz Road | James | 12/16/2005 | 2.7.2006 | | | | No Problem Found | | |
| 1519 | Kuntz Road | Vavala | 11/30/2005 | 1/4/2006 | | | | No Problem Found | | |
| 1525 | Kuntz Road | Howard | | | | | | dirty lines-cleaned - no problem found | | |
| 1528 | Kuntz Road | Pilzga | | | | | | | | |
| 1534 | Kuntz Road | Robson | 10/18/2005 | 12/7/2005 | 1/10/2006 | | | | | |
| 1537 | Kuntz Road | Sanford | 10/28/2005 | | | | | new const. - hold 4 spring | | |
| 1542 | Kuntz Road | Jenkins | 11/7/2005 | 11/23/2005 | | | | No Problem Found | | |
| 1543 | Kuntz Road | Amoroso | | | | | | | | |
| 1552 | Kuntz Road | Solop | 1/6/2006 | 2/7/2006 | | | | No Problem Found | | |

KEARSARGE I/II INVESTIGATION (Late 2005 / Early 2006)

| ADDRESS | STREET | NAME | 1ST INSPECT | TV INSPECT | ENFORCEMT | REPAIR | NO VIOLATION | NOTES | PLUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 1561 | Kuntz Road | George | 10/25/2005 | 12/1/2005 | | | | No Problem Found | |
| 1562 | Kuntz Road | Chatt | 10/25/2005 | 11/3/2005 | | | | No Problem Found | |
| 1571 | Kuntz Road | Wolchik | 10/26/2005 | 11/9/2005 | | | | out of town 12-1/install c/o | |
| 1572 | Kuntz Road | Morgan | | | | | | No Problem Found | |
| 1580 | Kuntz Road | Horn | 11/29/2005 | 1/10/2006 | | | | No Problem Found | |
| 1601 | Kuntz Road | Romesburg | 12/5/2005 | 1/19/2006 | 2/3/2006 | | | | |
| 1602 | Kuntz Road | Anthony | | | 2/3/2006 | | | | |
| 1610 | Kuntz Road | Carmichael | 12/5/2005 | 1/16/2006 | | | | No Problem Found | |
| 1613 | Kuntz Road | Romesburg | | | | | | No Problem Found | |
| 1614 | Kuntz Road | Harris | | | | | | | |
| 1616 | Kuntz Road | Sherred | 11/7/2005 | 1/4/2006 | | | | | |
| 1625 | Kuntz Road | Barricks | 1/6/2006 | 3/3/2006 | | | | dirty lines - re done 3/1/06 - no problem found | |
| 1628 | Kuntz Road | Martin | 2/10/2006 | 2/20/2006 | | | | No Problem Found | |
| 1636 | Kuntz Road | Glaspell | | | | | | No Problem Found | |
| 1642 | Kuntz Road | Utt | 1/6/2006 | 1/18/2006 | | | | | |
| 1650 | Kuntz Road | Chapman | 11/18/2005 | 1/5/2006 | | | | dirty lines | |
| 1655 | Kuntz Road | Detachi | | | | | | dirty lines | |
| 1671 | Kuntz Road | Sisco | 1/9/2006 | 1/26/2006 | | | | No Problem Found | |
| 1677 | Kuntz Road | Piszker | 1/9/2006 | 2/20/2006 | | | | No Problem Found | |
| 1683 | Kuntz Road | Tipton | 10/19/2005 | | | | | reschedule/camera broke | |
| 1691 | Kuntz Road | Albert | 10/20/2005 | 2/6/2006 | | | | No Problem Found | |
| 1697 | Kuntz Road | Marx | 10/18/2005 | 11/17/2005 | | | | No Problem Found | |
| 1701 | Kuntz Road | Clabbatz | 10/3/2005 | 11/10/2005 | | | | No Problem Found | |
| 1707 | Kuntz Road | Parker | 10/4/2005 | 11/8/2005 | | | | No Problem Found | |
| 1722 | Kuntz Road | Gibbs | 11/14/2005 | 1/16/2006 | | | | No Problem Found | |
| 1724 | Kuntz Road | Nieratko | 11/14/05 | 1/10/2006 | | | | No Problem Found | |
| 1725 | Kuntz Road | Corritore | 10/17/2005 | 11/9/2005 | | | | No Problem Found | |
| 1726 | Kuntz Road | Spracklen | | | 11/29/2005 | | | | |
| 1728 | Kuntz Road | Pitto | 11/18/2005 | 11/22/2005 | | | | | |
| 1741 | Kuntz Road | Kuhn | 10/31/2005 | | | | | | |
| 1746 | Kuntz Road | Menuto | | | | | | under porch/or crawl space | |
| 1801 | Kuntz Road | Bish | 10/27/2005 | 12/13/2005 | | | | pipe dirty-clean-reschedule | |

App. 536

KEARSARGE I/I INVESTIGATION (Late 2005 / Early 2006)

| | | | Enforcement Pending | Enforcement Repaired | Enforcement Suspended | No Problems Found | | Inspections In Process | Township Repair |
|---|---|---|---|---|---|---|---|---|---|
| ADDRESS | STREET | NAME | 1ST INSPECT | TV INSPECT | ENFORCEMT | REPAIR | NO VIOLATION | NOTES | PLUMBER |
| 1802 | Kuntz Road | Orbanek | 10/18/2005 | 11/23/2005 | | | | No Problem Found | |
| 1805 | Kuntz Road | Thomas | 9/29/2005 | 11/2/2005 | | | | some sags in line | |
| 1807 | Kuntz Road | Fairchild | 11/21/2005 | 1/6/2006 | | | | No Problem Found | |
| 1809 | Kuntz Road | Miller | 10/24/2005 | 12/1/2005 | | | | No Problem Found | |
| 1811 | Kuntz Road | Miller | 10/19/2005 | 11/15/2005 | | | | No Problem Found | |
| 1812 | Kuntz Road | Spitman | 11/8/2005 | 2/28/2006 | | | | No Problem Found | |
| 1822 | Kuntz Road | Pithers | 11/18/2005 | 12/13/2005 | | | | No Problem Found | |
| 5414 | Patton Street | Rimidzius | 10/17/2005 | 2/8/2006 | 3/1/2006 | | | No Problem Found | |
| 5415 | Patton Street | Scarpelli | 10/19/2005 | 11/3/2005 | | | | No Problem Found | |
| 5422 | Patton Street | Hampy | 10/17/2005 | 11/2/2005 | | | | No Problem Found | |
| 5423 | Patton Street | Sambuchino | 10/17/2005 | 11/2/2005 | | | | No Problem Found | |
| 5431 | Patton Street | Overberg | 10/5/2005 | 11/2/2005 | 1/10/2006 | | | No Problem Found | |
| 5904 | Pinecrest Drive | Morrissey | 1/13/2006 | 1/26/2006 | | | | No Problem Found | |
| 5905 | Pinecrest Drive | Pasko | 1/13/2006 | 2/23/2006 | 2/7/2006 | | | No Problem Found | |
| 5930 | Pinecrest Drive | Dipko | 2/24/2006 | 3/1/2006 | | | | No Problem Found | |
| 5931 | Pinecrest Drive | Shreve | 10/17/2005 | | | | | c/o near tree-in Florida until April | |
| 5936 | Pinecrest Drive | Lombardo | 11/28/2005 | 2/22/2006 | | | | No Problem Found | |
| 5937 | Pinecrest Drive | Nicotra | 10/31/2005 | 11/21/2005 | | | | No Problem Found | |
| 5942 | Pinecrest Drive | Frantz | 10/21/2005 | 2/22/2006 | | | | No Problem Found | |
| 5948 | Pinecrest Drive | Sanford | | | | | | No Problem Found | |
| 5951 | Pinecrest Drive | Junker | 1/9/2006 | | | | | can't find cleanout | |
| 5954 | Pinecrest Drive | Laniewicz | 1/9/2006 | 2/1/2006 | | | | No Problem Found | |
| 5960 | Pinecrest Drive | Fiorelli | | | | | | | |
| 5965 | Pinecrest Drive | Loring | 10/25/2005 | 12/15/2005 | | | | No Problem Found | |
| 5966 | Pinecrest Drive | Cree | 11/17/2005 | 11/22/2005 | | | | Enforcement Disregarded - Problem in Main | |
| 5970 | Pinecrest Drive | Kensinger | 1/13/2006 | 11/22/2005 | 1/10/2006 | | | No Problem found | |
| 5971 | Pinecrest Drive | Sauers | 1/13/2006 | 2/20/2006 | | | | No Problem Found | |
| 5973 | Pinecrest Drive | Oborski | 1/23/2006 | 1/31/2006 | | | | No Problem Found | |
| 5974 | Pinecrest Drive | DeAngelo | | | | | | | |
| 5978 | Pinecrest Drive | Van Maele | 1/13/2006 | 1/26/2006 | | | | No Problem Found | |

## KEARSARGE I/I INVESTIGATION (Late 2005 / Early 2006)

| | | | Enforcement Pending | Enforcement Repaired | Enforcement Suspended | No Problems Found | Inspections In Process | Township Repair |
|---|---|---|---|---|---|---|---|---|
| ADDRESS | STREET | NAME | 1ST INSPECT | TV INSPECT | ENFORCEMT | REPAIR | NO VIOLATION | NOTES | PLUMBER |
| 5979 | Pinecrest Drive | Stickell | 1/27/2006 | 2/2/2006 | | | | No Problem Found | |
| 5982 | Pinecrest Drive | Zack | 2/15/2006 | 2/21/2006 | | | | No Problem Found | |
| 5983 | Pinecrest Drive | Spiegel | 1/6/2006 | | | | | No Problem Found | |
| 5985 | Pinecrest Drive | Polanski | 1/6/2006 | 2/21/2006 | 3/6/2006 | | | No Problem Found | |
| 5910 | Washington Avenue | Pizga | 11/28/2005 | 1/12/2006 | | | | No Problem Found | |
| 6005 | Washington Avenue | Kendrath | 12/9/2005 | 1/24/2006 | 2/3/2006 | | | No Problem Found | |
| 6015 | Washington Avenue | Eckman | 10/27/2005 | 11/1/2005 | | | | No Problem Found | |
| 6023 | Washington Avenue | Matthew | | | | | | | |
| 6103 | Washington Avenue | Storm | | | | | | | |
| 6111 | Washington Avenue | McAlpine | | | | | | | |
| 1502 | Winslow Drive | Ellis | 11/14/2005 | 12/1/2005 | | | | No Problem Found | |
| 1513 | Winslow Drive | Feldman | 12/9/2005 | 1/11/2006 | | | | No Problem Found | |
| 1522 | Winslow Drive | Welther | 12/9/2005 | | 2/3/2006 | | | | |
| 1523 | Winslow Drive | Phillips | 11/28/2005 | 12/13/2005 | | | | no admittance/required boots | |
| 1532 | Winslow Drive | Desanti | 10/21/2005 | 12/7/2005 | | | | No Problem Found | |
| 1533 | Winslow Drive | Diloreto | 1/23/2006 | 1/31/2006 | | | | No Problem Found | |
| 1542-1544 | Winslow Drive | Lombardozzi | 11/4/2005 | | | | | No Problem Found | |
| 1545 | Winslow Drive | Delio | 10/26/2005 | 11/15/2005 | 1/10/2006 | | | | |
| 1552 | Winslow Drive | Kiser | 11/21/2005 | 12/6/2005 | 1/10/2006 | | | No Problem Found | |
| 1553 | Winslow Drive | Carrol | 11/30/2005 | 1/17/2006 | | | | | |
| 1604 | Winslow Drive | Bocianowski | 10/12/2005 | 2/9/2006 | 3/1/2006 | | | No Problem Found | |
| 1611 | Winslow Drive | Barron | 11/9/2005 | 1/10/2006 | 1/10/2006 | 3/8/2006 | | Floor spill repaired and sump pump installed | Chris Carlin |
| 1616 | Winslow Drive | Post | 11/3/2005 | 1/5/2006 | | | | No Problem Found | |
| 1619 | Winslow Drive | Wagner | | | | | | | |
| 1622 | Winslow Drive | Davis | | | | | | | |
| 1625 | Winslow Drive | Swain | 11/28/2005 | 2/1/2006 | | | | No Problem Found | |
| 1628 | Winslow Drive | Sisti | 11/18/2005 | 11/23/2005 | | | | No Problem Found | |
| 1634 | Winslow Drive | Dimatto | | | | | | | |
| 1641 | Winslow Drive | Woddell | 10/19/2005 | 12/14/2005 | | | | No Problem Found | |
| 1644 | Winslow Drive | Redfoot | 10/25/2005 | 12/6/2005 | | | | Township to Repair 6" VCP Lateral | |

KEARSARGE I/I INVESTIGATION (Late 2005 / Early 2006)

Enforcement Pending    Enforcement Repaired    Enforcement Suspended    No Problems Found    Inspections In Process    Township Repair

| ADDRESS | STREET | NAME | 1ST INSPECT | TV INSPECT | ENFORCEMT | REPAIR | NO VIOLATION | NOTES | PLUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 1650 | Winslow Drive | Santore | 11/18/2005 | 1/5/2006 | | | | | |
| 1651 | Winslow Drive | Wisniewski | 1/23/2006 | 2/8/2006 | | | | | |
| 1658 | Winslow Drive | Heverly | 11/21/2005 | 1/12/2006 | | | | No Problem Found | |
| 1659 | Winslow Drive | Trudnowski | 11/28/2005 | 2/16/2006 | 3/6/2006 | | | No Problem Found | |
| 1664 | Winslow Drive | Jackson | 11/28/2005 | 2/14/2006 | 3/1/2006 | | | | |
| 1665 | Winslow Drive | Wright | 11/28/2005 | | | | | | |
| 1670 | Winslow Drive | Orourke | 11/2/2005 | 2/15/2006 | 3/1/2006 | | | blind/will help in spring | |
| 1671 | Winslow Drive | Fox | | | | | | | |
| 1676 | Winslow Drive | Schwenk | 10/20/2005 | 11/17/2005 | 1/10/2006 | | | Floor spill repaired and sump pump installed | Chris Carlin |
| 1677 | Winslow Drive | Bachmaier | 2/6/2006 | 2/15/2006 | 1/10/2006 | 3/7/2006 | | No Problem Found | |
| 1684 | Winslow Drive | Nutter | | | | | | | |
| 1685 | Winslow Drive | Parker | | | | | | | |
| 1692 | Winslow Drive | Altman | 10/17/2005 | 11/1/2005 | 1/10/2006 | | | | |
| 1105 | Southview Drive | Melaragno | | | | | | | |
| 1119 | Southview Drive | Mraz | | | | | | | |
| 1120 | Southview Drive | Chrzanowski | | | | | | | |
| 1135 | Southview Drive | Goldberg | | | | | | | |
| 1140 | Southview Drive | Tavana | | | | | | | |
| 1147 | Southview Drive | Narus | | | | | | | |
| 1150 | Southview Drive | Simmonds | | | | | | | |
| 1157 | Southview Drive | O'Brian | | | | | | | |
| 1160 | Southview Drive | Durst | | | | | | | |
| 1167 | Southview Drive | Tompkins | | | | | | | |
| 1170 | Southview Drive | Labenne | | | | | | | |
| 1177 | Southview Drive | Dowd | | | | | | | |
| 1210 | Beaver Drive | Nowak | | | | | | | |
| 1220 | Beaver Drive | Kazin | | | | | | | |

# KEARSARGE I/I INVESTIGATION (Late 2005 / Early 2006)

Enforcement Pending   Enforcement Repaired   Enforcement Suspended   No Problems Found   Inspections In Process

| ADDRESS | STREET | NAME | 1ST INSPECT | TV INSPECT | ENFORCEMT | REPAIR | NO VIOLATION | NOTES | PLUMBER (Township Repair) |
|---|---|---|---|---|---|---|---|---|---|
| 1225 | Beaver Drive | Petsch | | | | | | | |
| 1230 | Beaver Drive | Harf | | | | | | | |
| 1235 | Beaver Drive | Persianoff | | | | | | | |
| 1240 | Beaver Drive | Comstock | | | | | | | |
| 1245 | Beaver Drive | Bolash | | | | | | | |
| 1106 | Spring Valley Drive | Friedman | | | | | | | |
| 1118 | Spring Valley Drive | Lupo | | | | | | | |
| 1119 | Spring Valley Drive | Knobloch | | | | | | | |
| 1130 | Spring Valley Drive | Ciacchini | | | | | | | |
| 1142 | Spring Valley Drive | Boros | | | | | | | |
| 1149 | Spring Valley Drive | Mainzer | | | | | | | |
| 1159 | Spring Valley Drive | Mahon | | | | | | | |
| 1217 | Spring Valley Drive | Dill | | | | | | | |
| 1244 | Spring Valley Drive | Finnecy | | | | | | | |
| 1255 | Spring Valley Drive | Teed | | | | | | | |
| 5525 | Larchmont Drive | Niedzielski | 10/27/2004 | 11/1/2004 | 11/3/2004 | 4/28/2005 | | working w/plumber - Chris Carlin - retelevised after repair ok | |
| 5526 | Larchmont Drive | Cuneo | 6/3/2005 | 6/22/2005 | | | | Sags in Pipe - No Problem Found | |
| 5536 | Larchmont Drive | Skrypczak | | | | | | | |
| 5544 | Larchmont Drive | Montagna | | | | | | | |
| 5547 | Larchmont Drive | Kline | | | | | | | |
| 5556 | Larchmont Drive | Krauza | | | | | | | |
| 5561 | Larchmont Drive | Skutsky | | | | | | | |
| 5566 | Larchmont Drive | Pendleton | | | | | | | |
| 5575 | Larchmont Drive | Hedderick | | | | | | | |
| 5576 | Larchmont Drive | Dennen | 5/27/2005 | 6/7/2005 | | | | | |
| 5586 | Larchmont Drive | Ieusue | | | | | | | |
| 5586 | Larchmont Drive | Dowling | | | | | | | |
| 5606 | Larchmont Drive | Tibbits | 7/5/2005 | 1/25/2006 | 2/3/2006 | | | No Problem Found | |
| 5620 | Larchmont Drive | Confer | | | | | | | |
| 5621 | Larchmont Drive | Mezler | | | | | | | |
| 5630 | Larchmont Drive | | | | | | | | |

## KEARSARGE I/I INVESTIGATION (Late 2005 / Early 2006)

Enforcement Pending

Enforcement Repaired

Enforcement Suspended

No Problems Found

Inspections In Process

Township Repair

| ADDRESS | STREET | NAME | 1ST INSPECT | TV INSPECT | ENFORCEMT | REPAIR | NO VIOLATION | NOTES | PLUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 5633 | Larchmont Drive | Bartlet | | | | | | | |
| 5640 | Larchmont Drive | DeSante | 6/3/05 | 6/7/2005 | 6/24/2005 | 9/1/2005 | | | |
| 5702 | Larchmont Drive | Nicoson | | | | | | | |
| 5712 | Larchmont Drive | Deiner | 5/23/2005 | 6/2/2005 | | | no problem found | | |
| 5713 | Larchmont Drive | Skogsholm | | | | | | | |
| 5722 | Larchmont Drive | Trullio | | | | | | | |
| 5729 | Larchmont Drive | Vilushis | | | | | | | |
| 5730 | Larchmont Drive | Brugger | | | | | | | |
| 5738 | Larchmont Drive | Kubinski | | | | | | | |
| 5741 | Larchmont Drive | Ferretti | | | | | | | |
| 5742 | Larchmont Drive | Sedwick | | | | | | | Ed Ketsel |
| 5750 | Larchmont Drive | Drop | | | | | | | |

MSA MT 2843

KEARSARGE PUMP STATION
STORAGE & PUMPING STATION UPGRADE
ACT 537 SPECIAL STUDY ADDENDUM

## TABLE OF CONTENTS

|  | Page |
|---|---|
| **Update Summary** | i |
| **Introduction** | 1 |
| General | 1 |
| **Discussion** | 1 |
| Overflow Events | 1 |
| July 31 | 1 |
| Sept 9 | 2 |
| Sept 17 | 3 |
| Dec 23 & 31 | 3 |
| Other Observations | 4 |
| K-3 or Summit Meter | 4 |
| Discharge Meter Reading | 4 |
| Pump Capacity | 4 |
| Erie City Connection | 5 |
| Bypass Plug Dislodgement | 5 |
| **Results** | 6 |
| Overflow Events | 6 |
| July 31 | 6 |
| Sept 9 | 7 |
| Sept 17 | 9 |
| Dec 23 & 31 | 10 |
| Other Observations | 11 |
| Erie Connection | 11 |
| Sewer Meter K-3 | 12 |
| Discharge Meter Calculation | 12 |
| Bypass Plug Dislodgement | 12 |
| **Conclusion** | 13 |
| Overflow Events | 13 |
| July 31 | 13 |
| Sept 9 | 13 |
| Sept 17 | 14 |
| Special Study Addendum Alternatives | 14 |
| **Recommendation** | 15 |
| Event Selection | 15 |
| Concept Selection | 16 |
| Tank Selection | 17 |
| **"Special Study" Plan Conformance** | 17 |
| **Appendices** | |

# TABLES

Table 1        July 31        Bypass                        Page 6a

Table 2        July 31        Storage                       Page 6b

Table 3        Sept 9         Bypass                        Page 8a

Table 4        Sept 9         Storage (Original)            Page 8b

Table 5        Sept 9         Storage (Deduct for           Page 9a
                                 inflow due to
                                   displaced plug)

Table 6        Sept 17        Overflow & Storage            Page 10a

Table 7        Dec 23         Overflow & Storage            Page 10b

Table 8        Dec 31         Overflow & Storage            Page 10c

Table 9        Sept 9         Storage (Deduct for           Page 11c
                                 influx & add
                                   5,500 gpm pumping

# FIGURES

| Figure | Description | Page |
|--------|-------------|------|
| 1 | CITY INFLUENT DATE MANOR & BOYER | 5a |
| 2 | FLOW RATE INCREASES AVAILABLE AT MANOR/BOYER | 11a |
| 3 | MILLCREEK FLOW SEPT 9, 2004 AT MANOR | 11b |
| 4 | JULY 31 KEARSARGE METERED EFFLUENT vs. METERED INFLUENT | 12a |
| 5 | SITE MAP – TANK SIZE IMPACT | 17a |

# UPDATE SUMMARY

The purpose of this update is to detail the changes in the facilities necessary to provide capacity to eliminate existing and future station overloads. The update does not include changes in cost estimates, proposed funding, user charges, implementation schedule and environmental review documentation.

The original study called for continued review of facility sizing during the design and review processes. Overflow events observed during that period revealed that facility sizing was not sufficient to protect against extreme future events. The update describes the increase in storage sizing and forward flow capabilities determined to be necessary to protect against those events.

The comment period is to extend from May 23, 2005, to June 22, 2005. A copy of the article is enclosed.

The changes detailed in the update include an upsized peak flow storage facility from 0.5 MG to 2.3 MG based on projected flows and facility requirements to have managed the September 9, 2004 storm induced flows. That storm had a 40 to 60-year recurrence factor. The storage pumping capacity will be increased to 4,500 gpm also.

The storage requires a 112 ft. diameter footprint vs. the original 80 ft. and has dictated that the tank center be relocated 60 ft. south and that the Authority purchase additional property to accommodate the tank.

Several additional trees will be required to be removed, one a 100 ft. high sycamore. The tank height will be 33 ft. and will not be provided with a roof vs. the original tank at 25 ft. with a roof. The 100-year floodplain, wetlands, and utility separation distances will be complied with.

The forward flow peak will remain the same (4,500 gpm), but the pump speed will be allowed to increase speed in an emergency which will allow them to pump 5,000 gpm. Manual operation may allow greater flows.

The enclosed study reflects the latest changes to adapt the concept to changes in anticipated loadings and design limitations.

**MSA-MT 2847**

**App. 546**

# KEARSARGE PUMP STATION

## STORAGE & PUMPING CAPACITY UPDATE

### ACT 537 SPECIAL STUDY ADDENDUM

### (Revised May 17, 2005)

## INTRODUCTION

In July of 2004 a report was submitted to the PA DEP which was considered a Special Study update for the township's Act 537 Plan. The update was specifically prepared for the Kearsarge pump station to address problems with overflows from the station. The recommendations of the study were based upon past observations at the pump station which did not include any major storms during the period of the study and was forced to utilize incomplete information for overflows in the period prior to the study. Utilizing that information the study recommended that storage be constructed of approximately ½ million gallons for collecting excess flows and that forward pumping capacity of 4,500 gpm be provided.

An update to the study was submitted in August, 2004, which was requested by the PA DEP to address the fact that a larger storage may be necessary. This update was submitted after an overflow event on July 31, 2004, which did indicate that storage volumes greater than the 500,000 gallons may be necessary. The update revised the study recommendation to specify a minimum storage of 500,000 gallons and that further assessment would be made of storms observed through the design period. On September 30, 2004 the PA DEP approved the Act 537 Special Study with the minimum 500,000 gallon storage provision. This report addresses five overflow events that have occurred since the time the report was submitted in July.

## DISCUSSION

### Overflow Events

Three events would have demanded storage greater than 500,000 gallons. They are those associated with the storms of July 31, September 9, and September 17, 2004. The remaining two events occurred in December (the 23rd and 31st) and, although they were much lesser events and do not impact recommendations, the observations impact the results of the earlier events. Thus all are discussed in this update in order of occurrence.

July 31, 2004 Overflow Event

This overflow was the result of a twenty-nine hour rain event beginning on July 30 at approximately 2:00 p.m. and continuing through until 7:00 p.m. the following day.

**App. 547**

1

**MSA-MT 2848**

Several different rainfall gauges were consulted to determine the amount of rain. The following description incorporates a consensus of the meters confirmed by observations.

Rainfall between 2:00 p.m. and 11:00 p.m. of July 30 approximated a total of ½-inch of precipitation. Between 11:00 p.m. and 5:30 a.m. another estimated 2-inches of rain fell. The intensity of the rain then decreased to approximately ½-inch from the period 5:30 a.m. to 3:00 p.m. Then for the period of 3:00 p.m. to 7:00 p.m. rainfall levels reached 1-1/4-inches. Total rainfall recorded by the Summit, McDowell, Landfill, and City rain gauges were between 2-inches to 3.5-inches with the majority of the rain falling between 12:00 a.m. and 5:30 a.m. The highest intensity rainfall occurred at midnight and then again at 5:00 a.m. These two events were followed by a third event at approximately 6:00 p.m. on July 31. This last storm was not observed near the lake nor did it seem to be nearly as extreme at any of the stations located on the north side of the lake ridge. Observations in the vicinity of the top of the ridge and south indicated rainfall of approximately 1-inch during the period 3:00 p.m. to 7:00 p.m. Extreme street flooding was noted throughout the Kearsarge area during this event.

The storm event included no hourly precipitation that would be greater than a one-year recurrence frequency storm but combined it is estimated that it was a five-year frequency storm for a twelve-hour duration and ten years over twenty-four hours. The overflow volumes occurred over two time frames. The first beginning at the time of the second peak flow recorded at McDowell at about .8-inch of rain over an hour period and at Greengarden in the City at approximately .56-inch of rain over that hour. The NOAA weather station at the airport recorded about ½-inch of rain within that time frame. The overflow began at approximately 5:30 a.m. and continued until approximately 1:30 p.m. when the bypass was turned off. Little rainfall continued over the next four hours until approximately 6:00 p.m. when the third event began. The overflow was again opened at 7:00 p.m. and it continued open until 2:30 a.m. Most rain had stopped by 7:00 p.m. It is postulated that the earlier drenching of the soil with the high intensity rainfall around midnight saturated the soils and when the second storm began at approximately 5:00 a.m., the soil storage had been exceeded and sump pumps, which are believed connected to the sanitary sewer system, began pumping to protect basements from storm water which resulted in an overload of the sanitary system. The first storm was controlled at the station. The second overflow event at 7:00 p.m. required pumps to be placed at two different manholes in the system to prevent flows from backing up and entering basements. Total bypass flows for the entire period are estimated at 2.295 MG including flows discharged from manholes.

September 9, 2004 Overflow Event

This was created by a storm event associated with residuals of a hurricane. The overflow event began at 2:00 a.m. on September 9th when the bypass was first opened and continued for 20 plus hours. The bypass was closed around 12:15 a.m. on September 10. The rain first began about 5:00 p.m. on September 8. By 11:00 p.m. 1-inch of rain had fallen and increased in intensity throughout the early morning hours.

MSA-MT 2849

App. 548

The best rainfall information available was the Summit Township meter with approximately 1-inch of rain falling between the period 10:30 p.m. and midnight on September 8 and approximately 1-inch of rain falling between the period 12 midnight and 1:00 a.m. Another .4-inch of rain fell between the period of 1:00 a.m. and 2:00 a.m. It is concluded that in the period of 5:00 p.m. and 5:00 a.m., a twelve-hour period, between 4-1/2 and 5-inches of rain fell. A 4-inch rainfall over a twelve-hour period is given as a recurrence frequency of 30 years. A 4-1/2-inch at 50 years and a 5-inch at 70 years. The one-hour was approximately a 1-year storm while the 2-hour was about a 5-year recurrence and the 3-hour was about a 10-year recurrence.

During this storm three pumps were sent into the system operating at three different manholes in order to pump sewer levels down to keep levels at or below basement elevations. Total flows bypassed during this event are estimated at 6.0 MG. Of that number, 800,000 gallons had been discharged from the system manholes and 600,000 gallons was originally believed due to flooding of manholes caused by backed up stream waters caused by a downed tree (at approximately 4:15 AM flow inexplicably increased above influent sewer surcharge capacity). This latter volume was later attributed to a cross connection with the stream and estimated at 1,260,000 gallons.

September 17, 2004 Overflow Event

This overflow was again the result of a rain attributed to the residual impact of a hurricane. The rain event began with relatively heavy rain at approximately 6:00 a.m. on September 17, 2004. The rain event averaged about 1-1/2-inches over about a ten-hour period with the majority of the rain falling in the first two hours (approximately 0.5-inch in the first hour and 0.3-inch in the second hour). Three rain gauges were checked for information and all three agreed rather well. The actual rainfall intensities are all less than one-year frequency occurrences. This rainfall event was not a major event.

Overflow at the station began at approximately 10:55 a.m. Unlike other storms this storm began with relatively small flows and it was not until the majority of the rain stopped that flows hit higher levels (complications involved in the assessment included power failures). The overflow volume or bypass volume is estimated at 1.9 MG between the period 10:00 a.m. and 11:30 p.m. Nearly half the bypass volume occurred in the period 5:00 p.m. to 8:30 p.m. during which time only about .15-inch of rain fell. The rain entirely stopped at 7:00 p.m.

December 23 and 31, 2004 Overflow Events

On December 23, 2004, there was an overflow due to rainfall of ½-inch over a six-hour period. This event began at about 11:00 AM . The overflow peaked at 1:00 PM at flows of 5,800 gpm but was not stopped until 3:00 PM.

The event on December 31, 2004, was first reported at 9:30 AM and was associated with a snow melt with some rain (1/2-inch over twelve hours). The bypass began at 8:45 AM when the bypass was opened  six turns with flows of 4,500 gpm. The bypass was opened

**App. 549**

3

**MSA-MT 2850**

to ten turns at 10:30 AM with flows at 5,000 gpm. The meter began to malfunction but at 11:50 PM flows began to recede reaching 4,500 gpm at 11:55 with only two pumps operating. At 3:00 PM the bypass was closed to three turns but flows remained above the station capacity until 7:00 PM. An investigation during that period revealed an old bypass plug had been dislodged and stream waters were back flowing into the pump station. Flows approximating 1,000 gpm were estimated to be entering through the cross connection with about 1 foot of head. The writer observed that condition at 3:30 PM. At that time stream levels were at the crown of the 20-inch ID pipe supporting the old flap gate. That gate was approximately 4-inches agape at the bottom allowing stream waters entry into the Beaver Run gravity sewer just prior to its entry into the pump station. The inflow is downstream from the sewer flow meter K-1. Thus, that meter's results were not impacted by the inflow. Investigations the following Monday, once stream flows receded, found the concrete plug, placed in the overflow at the wing wall, to have been dislodged.

**Other Observations**

K-3 or Summit Meter

During the assessment of these storms' impacts on the Kearsarge pump station, it was determined that the information being provided for the meter that measures the influent flow at the station from Summit Township termed the "Beaver Run Relief Sewer" was being calculated based upon an 18-inch diameter sewer rather than the actual 24-inch diameter sewer.

Discharge Meter Reading

Because of high flow indications, elongated discharge periods, and the extreme    and rapid changes in station discharge rates, it was decided to again calibrate the Kearsarge meter by performing drawdown tests. Drawdown tests were completed on September 30, 2004. The results are found in Appendix A. Those tests indicated that the actual meter reading should have been 135% of the given meter reading. Previous attempts at calibration through drawdown had indicated the percentage to have been between 120% and 125%. Overflow volumes given above have been corrected for the newly calculated meter calibrations. Since the overflow values and calculated storage needs for the three storms described above exceed the earlier storms' values, there is no need to correct the earlier results. The design storm will most likely be one of the three recent events recorded in July and September.

Pump Capacity

Pump #1 motor failed toward the end of the September 9th overflow event. As a result the motor was removed and rewound and a new standby motor was ordered (the motor is now on hand). The pump motor was repaired, returned, and installed prior to the September 17th storm event. During the drawdown tests pump #1 was observed to be

**App. 550**