IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIE COUNTY ENVIRONMENTAL COALITION, PENNENVIRONMENT, INC. and THE GAIA DEFENSE LEAGUE, | ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 05 - 59 ERIE |
| MILLCREEK TOWNSHIP SEWER AUTHORITY and MILLCREEK TOWNSHIP, | ) ) ) ) | JUDGE MAURICE B. COHILL, JR. |
| Defendants | ) | ELECTRONICALLY FILED |

**APPENDIX TO
RESPONSIVE CONCISE STATEMENT OF DEFENDANTS
<u>MILLCREEK TOWNSHIP SEWER AUTHORITY AND MILLCREEK TOWNSHIP</u>**

Defendants MILLCREEK TOWNSHIP SEWER AUTHORITY and MILLCREEK TOWNSHIP, by their attorneys, MacDonald, Illig, Jones & Britton LLP, file this Appendix to Responsive Concise Statement of Defendants Millcreek Township Sewer Authority and Millcreek Township, pursuant to Rule 56(c) of the Federal Rules of Civil Procedure and LR 56.1 of the Local Civil Rules of the United States District Court for the Western District of Pennsylvania.

I hereby certify that this Appendix contains true and correct copies of the following docket entries and pretrial discovery materials with respect to this case:

**Page**

Docket Entries ................................................................................................................ App. 1-5

Notice Letter, Mid-Atlantic Environmental Law Center (12/9/04) .................................. App. 6-13

Environmental Protection Agency Interim Clean Water Act
Settlement Penalty Policy (3/1/95) ................................................................................. App. 14-39

Respectfully submitted,

  s/Mark J. Shaw
Mark J. Shaw
PA 50763
Robert E. Gandley
PA 82524
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7607
(814) 454-4647 (facsimile)
mshaw@mijb.com (e-mail)

Attorneys for Defendants
 Millcreek Township Sewer Authority and
 Millcreek Township

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2006, the foregoing Appendix to Responsive Concise Statement to Plaintiffs' Motion for Summary Judgment on All Claims was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

        s/Mark J. Shaw
Mark J. Shaw
PA 50763
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7607
(814) 454-4647 (facsimile)
mshaw@mijb.com (e-mail)