IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIE COUNTY ENVIRONMENTAL COALITION, PENNENVIRONMENT, INC. and THE GAIA DEFENSE LEAGUE,  Plaintiffs | ) ) ) ) ) | |
| v. | ) | CIVIL ACTION NO. 05-59 |
| ERIE | ) | |
| MILLCREEK TOWNSHIP SEWER AUTHORITY AND MILLCREEK TOWNSHIP,  Defendants | ) ) ) ) ) | |

**PROPOSED ORDER GRANTING PLAINTIFFS'
MOTION TO AMEND PLAINTIFFS' SUMMARY JUDGMENT FILING**

Having considered plaintiffs' Motion to Amend and Defendant's response thereto, and having found good cause supporting amendment, IT IS HEREBY ordered, declared, and adjudged that:

1. Plaintiffs may file an Appendix in Support of its Motion for Summary Judgment in accordance with L.R. 56.1 within (3) days of this Order.

2. Plaintiffs may file a Concise Statement in Support of its Motion for Summary Judgment in accordance with L.R. 56.1 within (3) days of this Order.

_____
United States District Judge