**Subject:** Defendants' Joint Concise Statement
**From:** "Jennifer A. Murphy" <Jennifer.A.Murphy@law.widener.edu>
**Date:** Mon, 24 Apr 2006 15:00:00 -0400
**To:** Mark Shaw <mshaw@mijb.com>

Mark-

Attached is the Joint concise statement for your Summary Judgment. The formatting may need some work, particularly in places where I have responded with a lengthy answer. Of particular concern is No. 357 where I have put in all the text but it is not visible completely on the screen.

Additionally, I am wondering if you would consider responding to a Plaintiff Concise Statement of Facts for Thursday even though the decision regarding the Amendment of Plaintiffs' Motion for Summary Judgment has yet to be made.

Thank you,
Jennifer

| Joint_Concise_Statement_of_Material_Facts_(Table)-1.DOC | **Content-Type:** application/msword |
| --- | --- |
| | **Content-Encoding:** base64 |