**Subject:** Re: Defendants' Joint Concise Statement
**From:** "Mark Shaw" <mshaw@mijb.com>
**Date:** Tue, 25 Apr 2006 14:22:51 -0400
**To:** <Jennifer.A.Murphy@law.widener.edu>

Jennifer,

Thank you for your response. I have been told that we have worked out the formatting problems. Do you need to review it before we file it on Thursday?

With respect to Plainitffs Concise Statement of Facts, we intend to oppose your motion. Consequently, we cannot at this time agree to respond to your Concise Statement until the Court rules on your motion.

If you have any questions, please do not hesitate to contact me.

Mark

---

Mark J. Shaw
MacDonald, Illig, Jones & Britton LLP
100 State Street, Suite 700
Erie, PA 16507-1459
Direct: (814) 870-7607
Fax: (814) 454-4647
Email: mshaw@mijb.com

-------This e-mail contains information belonging to MacDonald, Illig, Jones & Britton LLP which may be privileged, confidential and/or exempt from disclosure under applicable law, and is intended for the use of the addressee only. If you are not the intended recipient, you are notified that any disclosure, copying, distribution or other use of the contents of this e-mail is strictly prohibited. If you received this e-mail in error, please notify me immediately at (814) 870-7607 (collect) for retrieval of this information.

>>> "Jennifer A. Murphy" <Jennifer.A.Murphy@law.widener.edu> 04/24/06 3:00 PM >>>
Mark-

Attached is the Joint concise statement for your Summary Judgment. The formatting may need some work, particularly in places where I have responded with a lengthy answer. Of particular concern is No. 357 where I have put in all the text but it is not visible completely on the screen.

Additionally, I am wondering if you would consider responding to a Plaintiff Concise Statement of Facts for Thursday even though the decision regarding the Amendment of Plaintiffs' Motion for Summary Judgment has yet to be made.

Thank you,
Jennifer

*** eSafe scanned this email for malicious content ***
*** IMPORTANT: Do not open attachments from unrecognized senders ***