**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ERIE COUNTY ENVIRONMENTAL COALITION, et. al.,<br>    Plaintiffs | )<br>)<br>) |
| | ) |
| v. | )CIVIL ACTION NO. 05-59 ERIE<br>)ELECTRONICALLY FILED |
| MILLCREEK TOWNSHIP SEWER AUTHORITY, et. al.,<br>    Defendants | )<br>)JUDGE COHILL<br>) |

**APPENDIX TO PLAINTIFFS'**
**REPLY BRIEF**

Plaintiffs file this Appendix to Plaintiffs' Reply Brief for Summary Judgment, pursuant to Rule 56(c) of the Federal Rules of Civil Procedure and LR 56.1 of the Local Civil Rules of the United States District Court for the Western District of Pennsylvania.

I hereby certify that this Appendix contains true and correct copies of the following excerpts from pretrial discovery materials, standing affidavits, and DEP's website with respect to this case:

<u>PL APP Pg.</u>

| | |
|---|---|
| Letter to Mr. Anthony Oprendek, Pennsylvania Department of Environmental Protection from George W. Reidesel, Millcreek Township Sewer Authority, dated October 14, 2004. | 1 |
| Letter to George W. Reidesel, Millcreek Township Sewer Authority from Gerald Allender, CTE Engineers, dated October 14, 2004. | 2-4 |
| Letter to George W. Reidesel, Millcreek Township Sewer Authority from Gerald Allender, CTE Engineers, dated October 14, 2004. | 5-6 |
| Letter to Mr. Anthony Oprendek, Pennsylvania Department of Environmental Protection from George W. Reidesel, Millcreek Township Sewer Authority, dated August 13, 2004. | 7 |

| | |
|---|---|
| Letter to Millcreek Township Sewer Authority from Gerald Allender, CTE Engineers, dated August 12, 2004. | 8 |
| Letter to Millcreek Township Sewer Authority from Gerald Allender, CTE Engineers, dated August 12, 2004. | 9-11 |
| Letter to Millcreek Township Sewer Authority from Gerald Allender, CTE Engineers, dated August 12, 2004. | 12-14 |
| Letter to Mr. Anthony Oprendek, Pennsylvania Department of Environmental Protection from Millcreek Township Sewer Authority, dated June 14, 2004. | 15 |
| Letter to George W. Reidesel, Millcreek Township Sewer Authority from Gerald Allender, CTE Engineers, dated June 14, 2004. | 16-18 |
| Letter to Mr. Anthony Oprendek, Pennsylvania Department of Environmental Protection from George W. Reidesel, Millcreek Township Sewer Authority, dated April 13, 2004. | 19 |
| Letter to George W. Reidesel, Millcreek Township Sewer Authority from Gerald Allender, CTE Engineers, dated March 24, 2004. | 20-24 |
| Letter to George W. Reidesel from Gary Snyder, Assistant Operations Superintendent, dated March 20, 2004 | 25 |
| Letter to Mr. Anthony Oprendek, Pennsylvania Department of Environmental Protection from George W. Reidesel, Millcreek Township Sewer Authority, dated December 9, 2003 | 26 |
| Letter to Mr. Anthony Oprendek, Pennsylvania Department of Environmental Protection from George W. Reidesel, Millcreek Township Sewer Authority, dated December 4, 2003 | 27-28 |
| Letter to Mr. Anthony Oprendek, Pennsylvania Department of Environmental Protection from George W. Reidesel, Millcreek Township Sewer Authority, dated October 14, 2003 | 29 |
| Letter to George W. Reidesel, Millcreek Township Sewer Authority from Gerald Allender, CTE Engineers, dated October 6, 2003. | 30-33 |
| Letter to Ms. Christine Nagy, Pennsylvania Department of Environmental Protection from George W. Reidesel, Millcreek Township Sewer Authority, dated June 13, 2002 | 34 |
| Letter to Ms. Christine Nagy, Pennsylvania Department of Environmental Protection from George W. Reidesel, Millcreek Township Sewer Authority, dated May 15, 2002 | 35 |

| | |
|---|---:|
| Letter to Ms. Christine Nagy, Pennsylvania Department of Environmental Protection from George W. Reidesel, Millcreek Township Sewer Authority, dated March 11, 2002 | 36 |
| Letter to Ms. Christine Nagy, Pennsylvania Department of Environmental Protection from George W. Reidesel, Millcreek Township Sewer Authority, dated December 5, 2000 | 37 |
| Letter to Ms. Christine Nagy, Pennsylvania Department of Environmental Protection from George W. Reidesel, Millcreek Township Sewer Authority, dated January 6, 2000 | 38 |
| Letter to Mr. Douglas Ebert, Pennsylvania Department of Environmental Protection from George W. Reidesel, Millcreek Township Sewer Authority, dated August 4, 2000 | 39 |
| Stan Skrypzak's Declaration in Support of Standing | 40-41 |
| Jimmy Dallas' Declaration in Support of Standing | 42-44 |
| James Gwinn Declaration in Support of Standing | 45-47 |
| Cathy Pedler's Declaration in Support of Standing | 48-50 |
| Martin E. Visonsky's Declaration in Support of Standing | 51-52 |
| Jesse T. Davis, III's Declaration in Support of Standing | 53-55 |
| Paul F. Burroughs Declaration in Support of Standing | 56-59 |
| H.P. Lim's Declaration in Support of Standing | 60-61 |
| Audrey S. Weber's Declaration in Support of Standing | 62-63 |
| Defendants' Response to Interrogatory No. 9, Excerpt | 64-66 |
| 1992 Consent Order and Agreement between the Commonwealth and Millcreek Township, Excerpt. | 67-69 |
| 2003 Consent Order and Agreement between the Commonwealth and Millcreek Township, Excerpt. | 70-75 |
| Letter to Mr. George Riedesel, Millcreek Township Sewer Authority from WCO Thomas Edwards, Pennsylvania Fish and Boat Commission, dated November 9, 2004 | 76-78 |

| | |
|---|---|
| Letter to Mr. George Riedesel, Millcreek Township Sewer Authority from WCO Thomas Edwards, Pennsylvania Fish and Boat Commission, dated September 8, 2004 | 79-81 |
| Pennsylvania Department of Environmental Protection Growing Greener Watershed Grant Information | 82-83 |
| Pennsylvania Department of Environmental Protection Environmental Education Grant Information | 84 |

Respectfully submitted,

s/ Jennifer A. Murphy
Jennifer A. Murphy, Esquire
PA90851
Mid-Atlantic Environmental Law Center
4601 Concord Pike, P.O. Box 7474
Wilmington, DE 19803-0474
(302) 477-2182
(302) 477-2032 (fax)
jennifer.a.murphy@law.widener.edu
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document by electronic means utilizing the Court's CM/ECF system that will serve notice of electronic filing to Mark J. Shaw, Esq., McDonald, Illig, Jones & Britton, LLP, Attorney for Defendants on this 5th day of May, 2006.

    /s/ Jennifer A. Murphy
Jennifer A. Murphy
PA90851
Mid-Atlantic Environmental Law Center
c/o Widener University School of Law
4601 Concord Pike
P.O. Box 7474
Wilmington, DE  19803