IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIE COUNTY ENVIRONMENTAL COALITION, PENNENVIRONMENT, INC. and THE GAIA DEFENSE LEAGUE,<br>Plaintiffs | )<br>)<br>)<br>)<br>) |
| v. | ) CIVIL ACTION NO. 05-59 ERIE<br>) ELECTRONICALLY FILED |
| MILLCREEK TOWNSHIP SEWER AUTHORITY AND MILLCREEK TOWNSHIP,<br>Defendants | )<br>) JUDGE COHILL<br>)<br>) |

## ORDER

AND NOW, this __14th__ day of February, 2007, upon consideration of the Motion to Supplement Defendants' Motion for Summary Judgment and Defendants' Response to Plaintiffs' Motion for Summary Judgment, and any responses filed thereto,

IT IS ORDERED that the Motion to Supplement Defendants' Motion for Summary Judgment and Defendants' Response to Plaintiffs' Motion for Summary Judgment is hereby GRANTED, and Defendants shall file their supplemental documents within 20 days of the date of this Order.

_Maurice B. Cohill, Jr._
J.