**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ERIE COUNTY ENVIRONMENTAL COALITION, PENNENVIRONMENT, INC. and THE GAIA DEFENSE LEAGUE,**     **Plaintiffs** | )<br>)<br>)<br>)<br>) |
| v. | )    **CIVIL ACTION NO. 05-59** |
| **ERIE** | ) |
| **MILLCREEK TOWNSHIP SEWER AUTHORITY AND MILLCREEK TOWNSHIP,**     **Defendants** | )<br>)<br>)<br>) |

**PROPOSED ORDER GRANTING PLAINTIFFS'
MOTION TO FILE SUPPLEMENTAL RESPONSE IN OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

AND NOW, this _____ day of February, 2007 having considered Plaintiffs' Motion to file Supplemental Response in Opposition to Defendants' Supplemental Brief and Defendant's response thereto,

IT IS HEREBY ordered, declared, and adjudged that Plaintiffs' Motion to File Supplemental Response in Opposition to Defendants' Supplemental Brief is GRANTED, and Plaintiffs shall file their supplemental brief within \_\_\_\_ days of this Order.

_____
United States District Judge