IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ERIE COUNTY ENVIRONMENTAL COALITION, PENNENVIRONMENT, INC. and THE GAIA DEFENSE LEAGUE,**     Plaintiffs | )<br>)<br>)<br>)<br>) |
| v. | )   CIVIL ACTION NO. 05-59 |
| **ERIE** | ) |
| **MILLCREEK TOWNSHIP SEWER AUTHORITY AND MILLCREEK TOWNSHIP,**     Defendants | )<br>)<br>)<br>)<br>) |

**PROPOSED ORDER
GRANTING PLAINTIFFS'MOTION TO STRIKE
DEFENDANTS' SUR-REPLY BRIEF DATED APRIL 27, 2007**

AND NOW, this _____ day of May, 2007 having considered Plaintiffs' Motion to Strike Defendants' Sur-Reply dated April 27, 2007 and Defendants' response thereto,

IT IS HEREBY ordered, declared, and adjudged that Plaintiffs' Motion to Strike Defendants' Sur-Reply dated April 27, 2007 is GRANTED.

_____
United States District Judge