IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ERIE COUNTY ENVIRONMENTAL COALITION, et. al.,** | ) ) |
|     **Plaintiffs** | ) ) |
|     v. | ) CIVIL ACTION NO. 05-59 ERIE ) ELECTRONICALLY FILED |
| **MILLCREEK TOWNSHIP SEWER AUTHORITY, et. al.,** | ) ) |
|     **Defendants** | ) |

### PLAINTIFFS' NOTICE FOR WITHDRAWAL

Plaintiffs Erie County Environmental Coalition, PennEnvironment, and the Gaia Defense League notifies the Court and all parties of Jennifer A. Murphy's withdrawal as counsel in the above-captioned case. Michael D. Fiorentino will provide counsel in the matter for the Mid-Atlantic Environmental Law Center.

                                        */s/ Jennifer A. Murphy*
                                        Jennifer A. Murphy   PA90851
                                        Mid-Atlantic Environmental Law Center
                                        c/o Widener University School of Law
                                        4601 Concord Pike  P.O. Box 7474
                                        Wilmington, DE  19803

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document and proposed order by electronic means utilizing the Court's CM/ECF system that will serve notice of electronic filing to Mark J. Shaw, Esq., McDonald, Illig, Jones & Britton, LLP, Attorney for Defendants on the 20th day of June, 2007.

                                                  */s/ Jennifer A. Murphy*
                                                  Jennifer A. Murphy   PA90851
                                                  Mid-Atlantic Environmental Law Center
                                                  c/o Widener University School of Law
                                                  4601 Concord Pike  P.O. Box 7474
                                                  Wilmington, DE  19803