IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIE COUNTY ENVIRONMENTAL COALITION, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 05-59E ) |
| MILLCREEK TOWNSHIP SEWER AUTHORITY, et al., | ) ) ) ) |
| Defendants. | ) |

ORDER

AND NOW, to-wit, this 19th day of February, 2008, it is hereby ORDERED that Plaintiffs' Motion to Amend/Correct its First Motion for Summary Judgment by filing an Appendix and Statement of Facts (Doc. 46) be and hereby is GRANTED. To the extent that the content of these documents has not previously been filed, Plaintiff shall do so on or before March 1, 2008.

IT IS FURTHER ORDERED that Plaintiffs' Motion to Strike Millcreek's Sur-reply Brief in Response to Supplemental Plaintiffs' Reply to Defendants' Supplemental Brief in Opposition to Plaintiffs' Motion for Summary Judgment (Doc. 70) be and hereby is DENIED.

Any party filing a response shall so notify the Court, and shall file on or before March 14, 2008.

*[signature]*
Maurice B. Cohill, Jr.
Senior United States District Judge