IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ERIE COUNTY ENVIRONMENTAL COALITION, et. al.,** )<br>    **Plaintiffs** )<br> )<br>            v. )<br> )<br>**MILLCREEK TOWNSHIP SEWER AUTHORITY, et. al.,** )<br>    **Defendants** ) | ) Civil Action No. 05-59E |

**ORDER**

AND NOW, to-wit, this _____ day of March, 2008, it is hereby ORDERED that, for good cause shown, Plaintiffs' Motion for Leave to File Out of Time its Concise Statement of Material Facts and Appendix in Support of its Motion for Summary judgment is hereby GRANTED. Plaintiffs' Out of Time filing of these documents is accepted.

_____
Maurice B. Cohill, Jr.
Senior United States District Judge