IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIE COUNTY ENVIRONMENTAL COALITION, PENNENVIRONMENT, INC. and THE GAIA DEFENSE LEAGUE,<br>    Plaintiffs | )<br>)<br>)<br>)<br>) |
| v. | ) CIVIL ACTION NO. 05-59 ERIE<br>) ELECTRONICALLY FILED |
| MILLCREEK TOWNSHIP SEWER AUTHORITY AND MILLCREEK TOWNSHIP,<br>    Defendants | )<br>) JUDGE COHILL<br>)<br>) |

**ORDER**

AND NOW, to-wit, this ____ day of March, 2008, it is hereby ORDERED that, for good cause shown, Defendants' Motion for Extension of Time to Respond to Plaintiffs' Concise Statement of Material Facts and Appendix in Support of Its Motion for Summary Judgment is hereby GRANTED. Defendants shall file its response and any supplementary information on or before March 31, 2008.

                                                              Maurice B. Cohill, Jr.
                                                              Senior United States District Judge