IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIE COUNTY ENVIRONMENTAL ) <br> COALITION, PENNENVIRONMENT, ) <br> INC. and THE GAIA DEFENSE LEAGUE, ) <br>     Plaintiffs ) <br> ) <br>     v. ) <br> ) <br> MILLCREEK TOWNSHIP SEWER ) <br> AUTHORITY AND MILLCREEK ) <br> TOWNSHIP, ) <br>     Defendants ) | CIVIL ACTION NO. 05-59 ERIE <br> ELECTRONICALLY FILED <br><br> JUDGE COHILL |

## **ORDER**

AND NOW, this _____ day of _____, upon consideration of Defendants' Motion for Leave to Amend Defendants' Motion for Summary Judgment and to File Supplementary Materials to Defendants' Motion for Summary Judgment and Defendants' Response to Plaintiffs' Motion for Summary Judgment, and any responses filed thereto,

IT IS ORDERED that the Motion for Leave to Amend Defendants' Motion for Summary Judgment and to File Supplementary Materials to Defendants' Motion for Summary Judgment and Defendants' Response to Plaintiffs' Motion for Summary Judgment is hereby GRANTED, and Defendants shall file their supplemental documents within 20 days of the date of this Order.

_____
                                                                                                                        J.