IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIE COUNTY ENVIRONMENTAL COALITION, PENNENVIRONMENT, INC. and THE GAIA DEFENSE LEAGUE,<br>    Plaintiffs<br><br>        v.<br><br>MILLCREEK TOWNSHIP SEWER AUTHORITY AND MILLCREEK TOWNSHIP,<br>    Defendants | CIVIL ACTION NO. 05-59 ERIE<br>ELECTRONICALLY FILED<br><br>JUDGE COHILL |

**DEFENDANTS' AMENDED MOTION FOR SUMMARY JUDGMENT**

Defendants MILLCREEK TOWNSHIP SEWER AUTHORITY and MILLCREEK TOWNSHIP, by and through their attorneys, MacDonald, Illig, Jones & Britton LLP, file this Defendants' Amended Motion for Summary Judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure and LR 56.1 of the Local Civil Rules of the United States District Court for the Western District of Pennsylvania, and states the following in support thereof:

1.    Defendants hereby incorporate Paragraphs 1 through 13 of Defendants' Motion for Summary Judgment as if fully set forth herein.

2.    In addition to the documents incorporated by reference in Paragraph 5 of Defendants' Motion for Summary Judgment, Defendants support this Amended Motion for Summary Judgment with the following, all of which are incorporated herein by reference:

Exhibit A

(a) Responsive Concise Statement of Defendants Millcreek Township Sewer Authority and Millcreek Township;

(b) Appendix to Responsive Concise Statement of Defendants Millcreek Township Sewer Authority and Millcreek Township;

(c) Brief in Opposition to Plaintiffs' Motion for Summary Judgment on All Claims;

(d) Supplemental Affidavit of George W. Riedesel;

(e) Reply Brief of Defendants Millcreek Township Sewer Authority and Millcreek Township to the Response in Opposition to Defendants' Motion for Summary Judgment;

(f) Supplement to Brief in Support of Defendants' Motion for Summary Judgment and Brief in Opposition to Plaintiffs' Motion for Summary Judgment;

(g) Supplement to Concise Statement of Material Facts in Support of Motion for Summary Judgment on Behalf of Millcreek Township Sewer Authority and Millcreek Township;

(h) Second Supplemental Affidavit of George W. Riedesel;

(i) Sur-Reply Brief in Response to Supplemental Plaintiffs' Reply to Defendants' Supplemental Brief in Opposition to Plaintiffs' Motion for Summary Judgment; and

(j) Third Supplemental Affidavit of George W. Riedesel;

(l) Brief in Support of Defendants' Amended Motion for Summary Judgment, Second Supplement to Brief in Support of Defendants' Motion for Summary Judgment and Brief in Opposition to Plaintiffs' Motion for Summary Judgment;

(m) Second Supplement to Concise Statement of Material Facts in Support of Motion for Summary Judgment on Behalf of Millcreek Township Sewer Authority and Millcreek Township

(n) Fourth Supplemental Affidavit of George W. Riedesel;

  (o) Supplemental Affidavit of Brian P. McGrath; and

  (p) First Supplement to Responsive Concise Statement of Defendants Millcreek Township Sewer Authority and Millcreek Township.

3. Plaintiffs' claims for injunctive relief and civil penalties relating to the discharges from the Kearsarge Pump Station are moot as the MTSA and Millcreek have completed projects required by the 2003 COA that ensure that such discharges cannot reasonable be expected to occur at those locations in the future.

WHEREFORE, Defendants Millcreek Township Sewer Authority and Millcreek Township respectfully request this Honorable Court to enter summary judgment in its favor and against Plaintiffs Erie County Environmental Coalition, PennEnvironment, Inc. and the Gaia Defense League. Alternatively, Defendants Millcreek Township Sewer Authority and Millcreek Township respectfully request that this Court grant them Partial Summary Judgment against Plaintiffs Erie County Environmental Coalition, PennEnvironment, Inc. and the Gaia Defense League with respect to the wholly past violations, the claims that have become moot, the claim barred by the statute of limitations and the mandatory injunctive relief sought by the Plaintiffs.

- 4 -

Respectfully submitted,


      s / Mark J. Shaw
Mark J. Shaw
PA50763
Robert E. Gandley
PA82524
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7607
(814) 454-4647 (Facsimile)
mshaw@mijb.com

Attorneys for Defendants
  Millcreek Township Sewer Authority
  and Millcreek Township

Dated:  March 31, 2008

1068978

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIE COUNTY ENVIRONMENTAL COALITION, PENNENVIRONMENT, INC. and THE GAIA DEFENSE LEAGUE,<br>    Plaintiffs<br><br>        v.<br><br>MILLCREEK TOWNSHIP SEWER AUTHORITY AND MILLCREEK TOWNSHIP,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 05-59 ERIE<br>  ELECTRONICALLY FILED<br><br>  JUDGE COHILL |

## **ORDER**

AND NOW, this _____ day of _____, upon consideration of Defendants' Amended Motion for Summary Judgment and any responses filed thereto,

IT IS ORDERED that the Defendants' Amended Motion for Summary Judgment is hereby GRANTED, and judgment is entered in favor of Defendants Millcreek Township Sewer Authority and Millcreek Township and against Plaintiffs Erie County Environmental Coalition, PennEnvironment and The Gaia Defense League.

_____
                                                                                                                        J.