IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIE COUNTY ENVIRONMENTAL ) <br> COALITION, PENNENVIRONMENT, ) <br> INC. and THE GAIA DEFENSE LEAGUE, ) <br>     Plaintiffs ) <br> ) <br>     v. ) <br> ) <br> MILLCREEK TOWNSHIP SEWER ) <br> AUTHORITY AND MILLCREEK ) <br> TOWNSHIP, ) <br>     Defendants ) | CIVIL ACTION NO. 05-59 ERIE <br> ELECTRONICALLY FILED <br><br> JUDGE COHILL |

## **ORDER**

AND NOW, this _____ day of _____, upon consideration of Defendants' Amended Motion for Summary Judgment and any responses filed thereto,

IT IS ORDERED that the Defendants' Amended Motion for Summary Judgment is hereby GRANTED, and judgment is entered in favor of Defendants Millcreek Township Sewer Authority and Millcreek Township and against Plaintiffs Erie County Environmental Coalition, PennEnvironment and The Gaia Defense League.

_____
J.