IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIE COUNTY ENVIRONMENTAL COALITION, et al.,<br>    Plaintiffs | )<br>)<br>)<br>) |
| v. | )CIVIL ACTION NO. 05-59 ERIE<br>)ELECTRONICALLY FILED |
| MILLCREEK TOWNSHIP SEWER AUTHORITY, et al.,<br>    Defendants | )<br>)<br>) |

## ORDER

AND NOW, to-wit, this __8th__ day of May, 2008, it is hereby ORDERED that, Plaintiffs' Motion for Leave to File Responses to Defendants' Amended Motion for Summary Judgment, Defendants' Brief in Support of Amended Motion for Summary Judgment, and Defendants' Second Supplemental Concise Statement of Facts is hereby GRANTED.

IT IS FURTHER ORDERED that Plaintiffs shall file any Responses on or before May 22, 2008.

*Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
Senior United States District Judge