IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIE COUNTY ENVIRONMENTAL COALITION, et al., <br> Plaintiffs, <br><br> v. <br><br> MILLCREEK TOWNSHIP SEWER AUTHORITY, et al., <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 05-59 ERIE <br> ) ELECTRONICALLY FILED <br> ) <br> ) <br> ) |

### AFFIDAVIT OF HOWARD BUZZELL

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | } ss |
| COUNTY OF ERIE | } |

I, HOWARD BUZZELL, first having been duly sworn on oath and under penalty of perjury, do hereby state as follows:

1. My name is Howard Buzzell. I am the Superintendent of Maintenance for the City of Erie, Wastewater Treatment Plant, a position I have held since 2007.

2. In my capacity as Superintendent of Maintenance I am very familiar with sanitary sewer and stormwater conveyance systems of the City of Erie and of the neighboring townships such as Millcreek and Summit whose sanitary and stormwater flow are conveyed into the City of Erie system for treatment at the Erie Wastewater Treatment Plant.

3. In my previous position as Flow Monitoring Specialist for the City of Erie, Wastewater Treatment Plant, a position I held for seven years, I constantly monitored flow from all municipalities to and through the plant. One of my

current duties is to oversee and control the flow through the Plant. I routinely review all the flow data at the Wastewater Plant for the entire facility and the respective contributions to total flow from the City, and each of the surrounding townships, including Millcreek and Summit.

4.  I have seen the flow data for all of the contributing municipalities for the years 2002 through 2007.

5.  That portion of Millcreek's flow, which enters the City system through the Pittsburgh (Boyer) line after passage through the Kearsarge Pump Station, was 1.339 billion gallons in 2007, 1.551 billion gallons in 2006, 1.350 billion gallons in 2005, 1.403 billion gallons in 2004, 1.355 billion gallons in 2003, 1.189 billion gallons in 2002.

6.  The total flow through the Plant, representing flow from all municipalities, was 12.983 billion gallons in 2007, 13.357 billion gallons in 2006, 14.204 billion gallons in 2005, 15.425 billion gallons in 2004, 15.280 billion gallons in 2003, 15.099 billion gallons in 2002.

State of Pennsylvania
County of Erie

_____
Howard Buzzell

Sworn and subscribed before me
this _22_ day of May, 2008

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Cheryl L. Kita, Notary Public
City of Erie, Erie County
My Commission Expires July 9, 2009
Member, Pennsylvania Association of Notaries

PL. EXH. #2, p. 2