# MILLCREEK TOWNSHIP SEWER AUTHORITY

MILLCREEK MUNICIPAL BUILDING
3608 WEST 26TH STREET
ERIE, PENNSYLVANIA 16506

Phone (814) 835-6721                                                                 Fax (814) 835-6615

May 11, 2005

Ms. Jennifer Hill, Compliance Specialist
Water Management
PA DEP
230 Chestnut Street
Meadville PA 16335-3481

      RE:    Kearsarge Area Sanitary Sewer Overflows

Dear Ms. Hill:

    On April 5, 2005, this area was negatively impacted by melting snow and excessive runoff. As a result, Millcreek Township was forced to bypass at the Kearsarge Station only from 7:20 PM to 10 PM.

    A copy of the Engineer's Report is attached for your information.

    In accordance with the most recent COA, we have enclosed Check #110853 in the amount of $2,500 for this event, make payable to the "Commonwealth of Pa Clean Water Fund".

                          Very truly yours,
                           Millcreek Township Sewer Authority

                By: _____
                          George W. Riedesel, P.E.
                          Executive Director

Cc:    M.T.S.A.
       Twp. Supervisors
       Wm. Steff, S.T.S.A.
       Fish & Boat Commission

(COPY stamp in left margin)

PL. EXH. #3, p. 1

MSA-MT 2948

# MILLCREEK TOWNSHIP SEWER AUTHORITY

MILLCREEK MUNICIPAL BUILDING
3608 WEST 26TH STREET
ERIE, PENNSYLVANIA 16506

Phone (814) 835-6721                                                                                   Fax (814) 835-6615

April 15, 2005

Mr. Anthony Oprendek
PA DEP
230 Chestnut Street
Meadville PA  16335-3481

Mr. Doug Range
Erie County Health Dept.
606 West 2nd Street
Erie PA  16507

WCO Tom Edwards
PA Fish & Boat Commission
P O Box 814
Erie PA  16512

                                    RE:   April 5, 2005 Bypass
                                          Kearsarge Pumping Station

Gentlemen:

    This is to advise you that on April 5th the Assistant Operations Superintendent was required to open the bypass due to melting snow and excessive run-off from approximately 7:20 PM to 10 PM. Due to a short staff the Assistant inadvertently neglected to make the required calls. We regret any inconvenience that this may have caused.

    As per our agreed upon normal procedure, a full report will accompany the penalty payment.

                              Very truly yours,
                              Millcreek Township Sewer Authority


                              By: _____
                                  George W. Riedesel, P.E.
                                  Executive Director

Cc:   Millcreek Township Supervisors
      Millcreek Authority
      R. Bridger
      G. Snyder
      Wm. Steff, S.T.S.A.

PL. EXH. #3, p. 2

MSA-MT 2949

CTE | AECOM

CTE
155 West 8th Street, Erie, PA 16501-1036
T 814.453.4394  F 814.455.6590  www.cte.aecom.com

May 11, 2005

Mr. George Riedesel, P.E.
Millcreek Township Sewer Authority
3608 West 26th Street
Erie, PA 16506

Dear Mr. Riedesel:

Enclosed please find a table summaizing the overflow event at the Kearsarge Pump Station on April 5, 2005. The table tabulates the flow from the pump station, the amount of flow pumped forward to the City of Erie, and the amount of flow bypassed. You will notice again that prior to the bypass being opened, the flow to the City of Erie was greater than 4,500 gpm. This was caused by the increase in suction head as the pump station wet well surcharged.

The flow bypassed was 207,000 gallons. These numbers were obtained by utilizing metered flows less flows estimated to be passed forward to the City. Observed time intervals, when pumping was held constant, were applied to the estimated rates to get the total volume. We also have indicated when the bypass was operated and the wet well flood levels at the time changes were made.

This event appeared to be primarily due to snow melt and thus would be expected to have been primarily impacted by the basement sump pumps that the Authority is actively attempting to remove.

Very truly yours,

*[signature]*

Gerald C. Allender, P.E.
Senior Associate

GCA:lb

Enclosure

KEARSARGE PUMP STATION
OVERFLOW
DATE: 4/5/05

| Time | Q Meter (gpm) | 1.32 x Meter (gpm) | Interval (minutes) | Forward Flow (psi) | Forward Flow (gpm) | Bypass Open (turns) | Bypass (gpm) | Σ Bypass (gallon) | Wet Well (feet) |
|---|---|---|---|---|---|---|---|---|---|
| 5:55 PM | 3,506 | 4,600 | N/A | 56 | 4,600 | 0 | 0 | | 11.1 |
| 6:10 PM | 3,600 | 4,800 | N/A | 56 | 4,800 | 0 | 0 | | 11.2 |
| 6:40 PM | 3,550 | 4,700 | N/A | 56 | 4,700 | 0 | 0 | | 11.7 |
| 7:20 PM | 4,743 | 6,300 | 0.00 | 43 | 3,400 | 8 | 2,900 | | 12.3 |
| 7:45 PM | 3,500 | 4,600 | 25.00 | 47 | 3,500 | 4 | 1,100 | 72,500 | 7.0 |
| 8:50 PM | 3,600 | 4,800 | 65.00 | (47)* | 3,500 | 4 | 1,300 | 144,000 | 10.2 |
| 10:00 PM | 3,365 | 4,400 | 70.00 | (47)* | 3,500 | 4 | 900 | 207,000 | 7.0 |
| 10:00 PM | 3,365 | 4,400 | | - | 4,400 | 0 | 0 | | 7.0 |
| 8:15 AM | 2,850 | 3,800 | N/A | | 3,800 | 0 | 0 | | 6.5 |

* ( ) Assumed

N/A - Not Applicable

kearsargepumpstationoverflow 4-5-05.xl

PL. EXH. #3, p. 4

**MSA-MT 2951**