**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ERIE COUNTY ENVIRONMENTAL COALITION, et al.,** <br>     **Plaintiffs** <br><br>     v. <br><br> **MILLCREEK TOWNSHIP SEWER AUTHORITY, et al.,** <br>     **Defendants** | ) <br> ) <br> ) <br> ) <br> )  **CIVIL ACTION NO. 05-59 ERIE** <br> )  **ELECTRONICALLY FILED** <br> ) <br> ) <br> ) |

## ORDER

AND NOW, this _____ day of _____ 2008, upon consideration of the Defendants' Amended Motion for Summary Judgment and the Responses of the Plaintiffs', and all other briefs, responses, replies, and surreplies, and exhibits thereto to the Motions for Summary Judgment of all parties, it is hereby ORDERED that the Plaintiffs' Motion for Summary Judgment is hereby GRANTED, and Defendants' Amended Motion for Summary Judgment is DENIED. It is further ORDERED that: 1) Judgment is entered in favor of the Plaintiffs; and 2) Defendants Millcreek Township and Millcreek Township Sewer Authority are hereby assessed civil penalties payable to the U.S. Treasury in the amount of $_____.00

 

                                                                                             _____
                                                                                             Maurice B. Cohill, Jr.
                                                                                             Senior United States District Judge