IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIE COUNTY ENVIRONMENTAL COALITION, et al., <br>     Plaintiffs, <br><br>     v. <br><br> MILLCREEK TOWNSHIP SEWER AUTHORITY, et al., <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 05-59 ERIE <br> ) ELECTRONICALLY FILED <br> ) <br> ) <br> ) |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' SECOND SUPPLEMENT TO CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Erie County Environmental Coalition, PennEnvironment, and Gaia Defense League, by and through counsel, submit the following as their Response to Defendants' Second Supplement to Concise Statement of Material Facts:

209b.  Plaintiffs lack sufficient knowledge to admit or deny.

245f.  Plaintiffs lack sufficient knowledge to admit or deny.

245g.  Plaintiffs lack sufficient knowledge to admit or deny.

245h.  Plaintiffs lack sufficient knowledge to admit or deny.

245i.  Plaintiffs lack sufficient knowledge to admit or deny.

247a.  Denied.  No methodology has been provided by which the accuracy of the Defendants' estimate can be determined.

247b.  Plaintiffs lack sufficient knowledge to admit or deny.

247c.  Denied.  No methodology has been provided by which the accuracy of the Defendants' estimate can be determined.

247d.  Denied.  No methodology has been provided by which the accuracy of the Defendants' estimate can be determined.

247e.  Denied.  No methodology has been provided by which the accuracy of the Defendants' estimate can be determined.

247f.  Denied.  No methodology has been provided by which the accuracy of the Defendants' estimate can be determined.

247g.  Plaintiffs lack sufficient knowledge to admit or deny.

317h.  Plaintiffs lack sufficient knowledge to admit or deny.

317i.  Plaintiffs lack sufficient knowledge to admit or deny.

317j.  Plaintiffs lack sufficient knowledge to admit or deny.

317k.  Plaintiffs lack sufficient knowledge to admit or deny.

317l.  Plaintiffs lack sufficient knowledge to admit or deny.

317m.  Plaintiffs lack sufficient knowledge to admit or deny.

Respectfully submitted,

*/s/ Michael D Fiorentino*
Michael D. Fiorentino
PA Atty. ID #73576
Mid-Atlantic Environmental Law Center
4601 Concord Pike
Wilmington, DE 19803
(302) 477-2072
(302) 477-2032 (fax)
mdfiorentino@widener.edu
Attorney for Plaintiffs

Dated:  May 22, 2008

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Response to Defendants' Second Supplement to Concise Statement of Material Facts in Support of their Motion for Summary Judgment was filed by electronic means utilizing the Court's CM/ECF system that will serve notice of the electronic filing to Mark J. Shaw, Esq. and Robert Ernest Gandley, Esq., McDonald, Illig, Jones & Britton, LLP, Attorneys for Defendants, on this 22nd day of May, 2008.

 */s/ Michael D. Fiorentino*
Michael D. Fiorentino
Mid-Atlantic Environmental Law Center
4601 Concord Pike
Wilmington, DE  19803