IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIE COUNTY ENVIRONMENTAL COALITION, PENNENVIRONMENT, INC. and THE GAIA DEFENSE LEAGUE, <br> Plaintiffs | ) ) ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 05-59 ERIE |
| MILLCREEK TOWNSHIP SEWER AUTHORITY AND MILLCREEK TOWNSHIP, <br> Defendants | ) ) ) ) | |

**SUPPLEMENTAL APPENDIX TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT AND AMENDED MOTION FOR SUMMARY JUDGMENT**

Defendants MILLCREEK TOWNSHIP SEWER AUTHORITY and MILLCREEK

TOWNSHIP, by and through their attorneys, MacDonald, Illig, Jones & Britton LLP, hereby file

this Supplemental Appendix to Defendants' Motion for Summary Judgment and Amended

Motion for Summary Judgment, pursuant to Rule 56(c) of the Federal Rules of Civil Procedure

and LR 56.1 of the Local Rules of the United States District Court for the Western District of

Pennsylvania.

I hereby certify that this Supplemental Appendix contains a true and correct copy of the

following document:

**Page**

2007 Local Climatological Data Annual Summary with Comparative Data ...................... 744-751

Respectfully submitted,


_____s / Mark J. Shaw_____
Mark J. Shaw
PA50763
Robert E. Gandley
PA82524
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7607
(814) 454-4647 (Facsimile)
mshaw@mijb.com

Attorneys for Defendants
  Millcreek Township Sewer Authority
  and Millcreek Township

Dated:   June 5, 2008

1080147

# 2007
## LOCAL CLIMATOLOGICAL DATA
## ANNUAL SUMMARY WITH COMPARATIVE DATA

### ERIE,
### PENNSYLVANIA (KERI)

ISSN 0198-4497

## Daily Max/Min Temperature



## Daily Precipitation



## Daily Station Pressure



I CERTIFY THAT THIS IS AN OFFICIAL PUBLICATION OF THE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION,
AND IS COMPILED FROM RECORDS ON FILE AT THE NATIONAL CLIMATIC DATA CENTER.

| NATIONAL | NATIONAL | NATIONAL | |
|---|---|---|---|
| OCEANIC AND | ENVIRONMENTAL SATELLITE, DATA | CLIMATIC DATA CENTER | DIRECTOR |
| ATMOSPHERIC ADMINISTRATION | AND INFORMATION SERVICE | ASHEVILLE, NORTH CAROLINA | NATIONAL CLIMATIC DATA CENTER |

# METEOROLOGICAL DATA FOR 2007
## ERIE (KERI)

LATITUDE: 42° 4'N   LONGITUDE: -80° 10'W   ELEVATION (FT): GRND: 728  BARO: 756   TIME ZONE: EASTERN (UTC -5)   WBAN: 14860

| ELEMENT | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TEMPERATURE °F** | | | | | | | | | | | | | |
| MEAN DAILY MAXIMUM | 37.1 | 24.5 | 46.1 | 51.7 | 69.2 | 78.3 | 78.7 | 78.6 | 75.5 | 68.6 | 47.9 | 38.3 | 57.9 |
| HIGHEST DAILY MAXIMUM | 57 | 44 | 79 | 78 | 86 | 91 | 92 | 91 | 93 | 87 | 64 | 53 | 93 |
| DATE OF OCCURRENCE | 05+ | 20 | 26 | 23+ | 15 | 18+ | 10 | 02 | 06 | 05 | 21 | 23+ | SEP 06 |
| MEAN DAILY MINIMUM | 26.4 | 13.2 | 29.2 | 36.1 | 49.6 | 58.5 | 61.4 | 58.2 | 53.5 | 53.5 | 35.5 | 27.2 | 42.8 |
| LOWEST DAILY MINIMUM | 8 | -1 | 5 | 23 | 37 | 47 | 51 | 56 | 46 | 34 | 26 | 17 | -1 |
| DATE OF OCCURRENCE | 26 | 19+ | 06 | 07 | 18 | 06+ | 02 | 31+ | 17+ | 29 | 24 | 06 | FEB 19+ |
| AVERAGE DRY BULB | 31.8 | 18.9 | 37.7 | 43.9 | 59.4 | 68.4 | 70.1 | 71.5 | 66.9 | 61.1 | 41.7 | 32.8 | 50.4 |
| MEAN WET BULB | 29.0 | 17.8 | | 38.7 | 51.9 | 61.0 | 62.8 | 65.8 | 60.0 | 55.3 | 37.7 | 30.2 | |
| MEAN DEW POINT | 24.0 | 12.6 | 26.7 | 32.9 | 44.2 | 55.5 | 57.4 | 62.1 | 55.1 | 49.0 | 32.0 | 25.3 | 39.7 |
| NUMBER OF DAYS WITH: | | | | | | | | | | | | | |
| MAXIMUM >= 90° | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 1 | 1 | 0 | 0 | 0 | 5 |
| MAXIMUM <= 32° | 14 | 20 | 7 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 7 | 53 |
| MINIMUM <= 32° | 23 | 28 | 20 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 9 | 26 | 117 |
| MINIMUM <= 0° | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| **H/C** | | | | | | | | | | | | | |
| HEATING DEGREE DAYS | 1023 | 1287 | 843 | 627 | 231 | 42 | 10 | 11 | 56 | 190 | 690 | 991 | 6001 |
| COOLING DEGREE DAYS | 0 | 0 | 4 | 0 | 64 | 155 | 174 | 218 | 118 | 75 | 0 | 0 | 808 |
| **RH** | | | | | | | | | | | | | |
| MEAN (PERCENT) | 74 | 74 | 65 | 70 | 59 | 64 | 65 | 73 | 68 | 67 | 70 | 75 | 69 |
| HOUR 01 LST | 75 | 78 | 67 | 76 | 67 | 73 | 75 | 81 | 75 | 71 | 73 | 76 | 74 |
| HOUR 07 LST | 75 | 77 | 68 | 71 | 58 | 63 | 66 | 73 | 72 | 71 | 75 | 75 | 70 |
| HOUR 13 LST | 73 | 70 | 62 | 65 | 50 | 53 | 55 | 68 | 55 | 59 | 63 | 72 | 62 |
| HOUR 19 LST | 74 | 75 | 63 | 68 | 57 | 63 | 62 | 73 | 71 | 70 | 70 | 75 | 68 |
| **S** PERCENT POSSIBLE SUNSHINE | | | | | | | | | | | | | |
| **W/O** NUMBER OF DAYS WITH: | | | | | | | | | | | | | |
| HEAVY FOG(VISBY <= 1/4 MI) | 7 | 5 | 3 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 2 | 2 | 21 |
| THUNDERSTORMS | 0 | 0 | 1 | 1 | 1 | 2 | 3 | 3 | 2 | 0 | 1 | 0 | 14 |
| **CLOUDNESS** | | | | | | | | | | | | | |
| SUNRISE-SUNSET: (OKTAS) | | | | | | | | | | | | | |
| CEILOMETER (<= 12,000 FT.) | | | | | | | | | | | | | |
| SATELLITE (> 12,000 FT.) | | | | | | | | | | | | | |
| MIDNIGHT-MIDNIGHT: (OKTAS) | | | | | | | | | | | | | |
| CEILOMETER (<= 12,000 FT.) | | | | | | | | | | | | | |
| SATELLITE (> 12,000 FT.) | | | | | | | | | | | | | |
| NUMBER OF DAYS WITH: | | | | | | | | | | | | | |
| CLEAR | | | | | | | | | | | | | |
| PARTLY CLOUDY | | | | | | | | | | | | | |
| CLOUDY | | | | | | | | | | | | | |
| **PR** | | | | | | | | | | | | | |
| MEAN STATION PRESS. (IN.) | 29.23 | 29.20 | 29.31 | 29.12 | 29.34 | 29.20 | 29.19 | 29.21 | 29.31 | 29.24 | 29.24 | 29.26 | 29.24 |
| MEAN SEA-LEVEL PRESS. (IN.) | 30.04 | 30.03 | 30.14 | 29.93 | 30.13 | 29.98 | 29.97 | 29.99 | 30.10 | 30.03 | 30.05 | 30.08 | 30.04 |
| **WINDS** | | | | | | | | | | | | | |
| RESULTANT SPEED (MPH) | 5.9 | 6.7 | 2.1 | 4.3 | 0.2 | 2.4 | 2.4 | 1.4 | 2.9 | 5.1 | 4.6 | 4.8 | 3.4 |
| RES. DIR. (TENS OF DEGS.) | 24 | 24 | 22 | 27 | 01 | 24 | 25 | 22 | 21 | 21 | 23 | 22 | 24 |
| MEAN SPEED (MPH) | 11.8 | 11.4 | 11.5 | 10.9 | 8.2 | 7.6 | 7.6 | 6.8 | 7.9 | 9.4 | 11.0 | 10.9 | 9.6 |
| PREVAIL.DIR.(TENS OF DEGS.) | 21 | 26 | 05 | 26 | 04 | 19 | 19 | 18 | 17 | 19 | 19 | 23 | 17 |
| MAXIMUM 2-MINUTE WIND | | | | | | | | | | | | | |
| SPEED (MPH) | 31 | 37 | 30 | 36 | 31 | 26 | 22 | 25 | 26 | 30 | 31 | 35 | 37 |
| DIR. (TENS OF DEGS.) | 18 | 20 | 20 | 14 | 28 | 19 | 03 | 29 | 22 | 26 | 26 | 15 | 20 |
| DATE OF OCCURRENCE | 11 | 19 | 22 | 11 | 15 | 19 | 29 | 23 | 07 | 20 | 30 | 28 | FEB 19 |
| MAXIMUM 5-SECOND WIND: | | | | | | | | | | | | | |
| SPEED (MPH) | 43 | 48 | 41 | 48 | 43 | 38 | 30 | 46 | 36 | 39 | 45 | 45 | 48 |
| DIR. (TENS OF DEGS.) | 24 | 19 | 21 | 15 | 27 | 28 | 32 | 08 | 31 | 25 | 28 | 15 | 15 |
| DATE OF OCCURRENCE | 08 | 19 | 22 | 11 | 15 | 08 | 19 | 23 | 11 | 20 | 27 | 28 | APR 11 |
| **PRECIPITATION** | | | | | | | | | | | | | |
| WATER EQUIVALENT: TOTAL (IN.) | 6.23 | 1.86 | 2.62 | 2.52 | 1.87 | 1.66 | 4.24 | 6.20 | 2.03 | 2.69 | 5.33 | 4.93 | 42.18 |
| GREATEST 24-HOUR (IN.) | 1.24 | 0.42 | 1.46 | 0.65 | 0.78 | 0.87 | 2.46 | 2.48 | 1.26 | 1.26 | 1.85 | 1.54 | 2.48 |
| DATE OF OCCURRENCE | 14-15 | 13-14 | 14-15 | 25 | 26-27 | 19 | 26-27 | 20-21 | 08-09 | 22-23 | 21-22 | 11-12 | AUG 20-21 |
| NUMBER OF DAYS WITH: | | | | | | | | | | | | | |
| PRECIPITATION 0.01 | 26 | 21 | 13 | 18 | 9 | 5 | 10 | 11 | 8 | 10 | 17 | 18 | 166 |
| PRECIPITATION 0.10 | 16 | 6 | 7 | 7 | 4 | 4 | 6 | 8 | 5 | 6 | 8 | 11 | 88 |
| PRECIPITATION 1.00 | 1 | 0 | 1 | 0 | 0 | 0 | 3 | 3 | 1 | 1 | 2 | 0 | 12 |
| **SNOWFALL** | | | | | | | | | | | | | |
| SNOW,ICE PELLETS,HAIL TOTAL (IN.) | 37.7 | 35.4 | 12.5 | 3.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.0 | 19.3 | 112.7 |
| GREATEST 24-HOUR (IN.) | 8.3 | 7.4 | 5.5 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.5 | 12.0 | 12.0 |
| DATE OF OCCURRENCE | 25 | 14 | 16 | 14 | | | | | | | 06 | 05 | DEC 05 |
| MAXIMUM SNOW DEPTH (IN.) | 12 | 17 | 10 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 7 | 17 |
| DATE OF OCCURRENCE | 31 | 18+ | 01 | 15+ | | | | | | | 07+ | 06 | FEB 18+ |
| NUMBER OF DAYS WITH: | | | | | | | | | | | | | |
| SNOWFALL >= 1.0 | 9 | 12 | 4 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 3 | 30 |

published by: NCDC Asheville, NC

App. 745

# NORMALS, MEANS, AND EXTREMES
## ERIE (KERI)

LATITUDE: 42 ° 4 'N  LONGITUDE: -80 ° 10'W  ELEVATION (FT): GRND: 728  BARO: 756  TIME ZONE: EASTERN  (UTC -5)  WBAN: 14860

| ELEMENT | POR | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TEMPERATURE °F** | | | | | | | | | | | | | | |
| NORMAL DAILY MAXIMUM | 30 | 33.5 | 35.4 | 44.7 | 55.6 | 67.4 | 76.2 | 80.4 | 79.0 | 72.0 | 61.0 | 49.3 | 38.6 | 57.8 |
| MEAN DAILY MAXIMUM | 82 | 33.4 | 33.3 | 42.5 | 53.8 | 65.7 | 74.3 | 79.6 | 78.2 | 71.2 | 61.0 | 48.3 | 37.6 | 56.6 |
| HIGHEST DAILY MAXIMUM | 54 | 70 | 75 | 82 | 89 | 90 | 100 | 99 | 94 | 94 | 88 | 80 | 75 | 100 |
| YEAR OF OCCURRENCE | | 2005 | 2000 | 1998 | 1990 | 1996 | 1988 | 1990 | 2002 | 1959 | 1963 | 1961 | 1982 | JUN 1988 |
| MEAN OF EXTREME MAXS. | 82 | 55.6 | 56.3 | 70.5 | 77.7 | 83.3 | 88.8 | 89.9 | 88.9 | 85.8 | 78.7 | 69.0 | 58.7 | 75.3 |
| NORMAL DAILY MINIMUM | 30 | 20.3 | 20.9 | 28.2 | 37.9 | 48.7 | 58.5 | 63.7 | 62.7 | 55.9 | 45.5 | 36.4 | 26.8 | 42.1 |
| MEAN DAILY MINIMUM | 82 | 20.6 | 19.4 | 27.3 | 36.8 | 47.6 | 57.0 | 62.9 | 61.8 | 54.8 | 45.4 | 35.6 | 26.1 | 41.3 |
| LOWEST DAILY MINIMUM | 54 | -18 | -17 | -9 | 12 | 26 | 32 | 44 | 37 | 33 | 24 | 7 | -6 | -18 |
| YEAR OF OCCURRENCE | | 1994 | 1979 | 1980 | 1982 | 1970 | 1972 | 1963 | 1982 | 1974 | 1975 | 1976 | 1983 | JAN 1994 |
| MEAN OF EXTREME MINS. | 82 | 1.8 | 0.8 | 9.4 | 23.1 | 33.5 | 42.9 | 50.5 | 49.3 | 41.0 | 32.0 | 22.5 | 9.5 | 26.4 |
| NORMAL DRY BULB | 30 | 26.9 | 28.2 | 36.5 | 46.8 | 58.1 | 67.4 | 72.1 | 70.9 | 64.0 | 53.3 | 42.9 | 32.7 | 50.0 |
| MEAN DRY BULB | 82 | 27.0 | 26.4 | 34.9 | 45.4 | 56.7 | 65.7 | 71.2 | 70.0 | 63.0 | 53.2 | 42.0 | 31.9 | 49.0 |
| MEAN WET BULB | 24 | 25.3 | 25.6 | 31.7 | 41.4 | 51.5 | 60.9 | 65.3 | 64.6 | 58.2 | 48.0 | 38.7 | 29.7 | 45.1 |
| MEAN DEW POINT | 24 | 21.3 | 21.2 | 26.7 | 36.2 | 47.3 | 57.3 | 62.0 | 61.5 | 54.8 | 43.8 | 33.9 | 25.5 | 41.0 |
| NORMAL NO. DAYS WITH: | | | | | | | | | | | | | | |
| MAXIMUM >= 90 | 30 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.5 | 1.1 | 0.7 | 0.1 | 0.0 | 0.0 | 0.0 | 2.5 |
| MAXIMUM <= 32 | 30 | 15.5 | 13.1 | 6.4 | 0.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.2 | 9.0 | 45.6 |
| MINIMUM <= 32 | 30 | 27.4 | 24.4 | 22.6 | 10.4 | 0.6 | * | 0.0 | 0.0 | 0.0 | 1.4 | 11.0 | 23.5 | 121.3 |
| MINIMUM <= 0 | 30 | 1.7 | 1.4 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.3 | 3.6 |
| **H/C** | | | | | | | | | | | | | | |
| NORMAL HEATING DEG. DAYS | 30 | 1196 | 1046 | 900 | 567 | 260 | 58 | 4 | 15 | 116 | 386 | 679 | 1016 | 6243 |
| NORMAL COOLING DEG. DAYS | 30 | 0 | 0 | 1 | 5 | 30 | 115 | 208 | 183 | 71 | 7 | 0 | 0 | 620 |
| **RH** | | | | | | | | | | | | | | |
| NORMAL (PERCENT) | 30 | 75 | 75 | 71 | 68 | 70 | 72 | 72 | 74 | 74 | 71 | 72 | 75 | 72 |
| HOUR 01 LST | 30 | 76 | 77 | 75 | 73 | 77 | 80 | 80 | 82 | 81 | 75 | 74 | 76 | 77 |
| HOUR 07 LST | 30 | 78 | 78 | 77 | 75 | 76 | 79 | 80 | 82 | 82 | 78 | 76 | 77 | 78 |
| HOUR 13 LST | 30 | 72 | 71 | 66 | 62 | 62 | 64 | 64 | 65 | 65 | 63 | 68 | 72 | 66 |
| HOUR 19 LST | 30 | 75 | 76 | 71 | 65 | 63 | 65 | 65 | 70 | 74 | 73 | 73 | 75 | 70 |
| **S** PERCENT POSSIBLE SUNSHINE | | | | | | | | | | | | | | |
| **WO** MEAN NO. DAYS WITH: | | | | | | | | | | | | | | |
| HEAVY FOG (VISBY <= 1/4 MI) | 44 | 1.6 | 1.9 | 2.6 | 1.8 | 1.7 | 0.8 | 0.3 | 0.6 | 0.3 | 0.4 | 1.3 | 1.5 | 14.8 |
| THUNDERSTORMS | 53 | 0.2 | 0.3 | 1.4 | 2.8 | 4.0 | 5.7 | 6.3 | 5.8 | 4.1 | 2.0 | 1.3 | 0.3 | 34.2 |
| **CLOUDINESSₒₒ** MEAN: | | | | | | | | | | | | | | |
| SUNRISE-SUNSET (OKTAS) | | | | | | | 6.4 | | | | | | | |
| MIDNIGHT-MIDNIGHT (OKTAS) | | | | | | | | | | | | | | |
| MEAN NO. DAYS WITH: | | | | | | | | | | | | | | |
| CLEAR | | | | 3.0 | | 6.0 | 5.0 | | | | | | | |
| PARTLY CLOUDY | 1 | 2.0 | 3.0 | 2.0 | | 4.0 | 6.0 | | | | | | | |
| CLOUDY | 1 | 6.0 | 6.0 | 10.0 | | 8.0 | 8.0 | | | | | | | |
| **PR** MEAN STATION PRESSURE (IN) | 24 | 29.24 | 29.26 | 29.23 | 29.18 | 29.20 | 29.19 | 29.21 | 29.25 | 29.27 | 29.27 | 29.26 | 29.26 | 29.24 |
| MEAN SEA-LEVEL PRES. (IN) | 24 | 30.06 | 30.08 | 30.05 | 29.98 | 29.99 | 29.98 | 29.98 | 30.03 | 30.03 | 30.06 | 30.06 | 30.07 | 30.03 |
| **WINDS** MEAN SPEED (MPH) | 24 | 12.3 | 11.2 | 11.1 | 10.3 | 9.6 | 8.9 | 8.5 | 8.3 | 9.3 | 10.3 | 12.1 | 12.1 | 10.3 |
| PREVAIL.DIR (TENS OF DEGS) | 33 | 21 | 27 | 27 | 19 | 19 | 19 | 20 | 19 | 19 | 19 | 19 | 21 | 19 |
| MAXIMUM 2-MINUTE: | | | | | | | | | | | | | | |
| SPEED (MPH) | 12 | 39 | 39 | 41 | 37 | 36 | 36 | 43 | 36 | 35 | 36 | 40 | 40 | 43 |
| DIR. (TENS OF DEGS) | | 19 | 26 | 24 | 20 | 15 | 21 | 26 | 25 | 04 | 28 | 26 | 24 | 26 |
| YEAR OF OCCURRENCE | | 1998 | 2001 | 2006 | 2001 | 2003 | 1998 | 1999 | 2000 | 2004 | 2006 | 2003 | 2000 | JUL 1999 |
| MAXIMUM 5-SECOND | | | | | | | | | | | | | | |
| SPEED (MPH) | 12 | 52 | 61 | 66 | 63 | 47 | 45 | 61 | 46 | 58 | 52 | 63 | 53 | 66 |
| DIR. (TENS OF DEGS) | | 16 | 25 | 25 | 29 | 15 | 21 | 27 | 08 | 25 | 27 | 27 | 21 | 25 |
| YEAR OF OCCURRENCE | | 1996 | 2001 | 2006 | 2002 | 2003 | 1998 | 1999 | 2007 | 2005 | 1996 | 2003 | 1999 | MAR 2006 |
| **PRECIPITATION** NORMAL (IN) | 30 | 2.53 | 2.28 | 3.13 | 3.38 | 3.34 | 4.28 | 3.28 | 4.21 | 4.73 | 3.92 | 3.96 | 3.73 | 42.77 |
| MAXIMUM MONTHLY (IN) | 54 | 6.23 | 5.73 | 6.78 | 7.11 | 6.38 | 8.35 | 7.70 | 11.06 | 10.65 | 9.87 | 10.40 | 6.94 | 11.06 |
| YEAR OF OCCURRENCE | | 2007 | 1978 | 1976 | 1961 | 2004 | 1996 | 1970 | 1977 | 1977 | 1954 | 1985 | 1990 | AUG 1977 |
| MINIMUM MONTHLY (IN) | 54 | 0.87 | 0.57 | 0.63 | 1.63 | 1.00 | 0.75 | 0.52 | 0.50 | 1.33 | 1.13 | 1.52 | 1.38 | 0.50 |
| YEAR OF OCCURRENCE | | 1981 | 1978 | 1960 | 1975 | 1991 | 1991 | 2001 | 2002 | 1995 | 1963 | 1978 | 1960 | AUG 2002 |
| MAXIMUM IN 24 HOURS (IN) | 54 | 1.63 | 2.16 | 2.38 | 2.53 | 2.23 | 4.66 | 3.22 | 3.91 | 6.11 | 4.35 | 3.67 | 2.39 | 6.11 |
| YEAR OF OCCURRENCE | | 1998 | 1961 | 1987 | 1977 | 1969 | 1996 | 1970 | 1994 | 1979 | 1954 | 1985 | 1979 | SEP 1979 |
| NORMAL NO. DAYS WITH: | | | | | | | | | | | | | | |
| PRECIPITATION >= 0.01 | 30 | 19.4 | 14.9 | 14.9 | 13.9 | 12.5 | 11.0 | 9.9 | 10.7 | 11.6 | 13.0 | 16.1 | 19.2 | 167.1 |
| PRECIPITATION >= 1.00 | 30 | 0.2 | 0.2 | 0.4 | 0.3 | 0.5 | 1.3 | 0.8 | 1.3 | 1.3 | 0.6 | 0.3 | 0.4 | 7.6 |
| **SNOW** NORMAL (IN) | 30 | 26.3 | 17.3 | 11.2 | 2.3 | 0.* | 0.0 | 0.0 | 0.0 | 0.0 | 0.3 | 9.0 | 25.3 | 91.7 |
| MAXIMUM MONTHLY (IN) | 52 | 62.4 | 35.4 | 31.8 | 17.2 | 0.4 | T | T | T | T | 4.0 | 42.2 | 66.9 | 66.9 |
| YEAR OF OCCURRENCE | | 1978 | 2007 | 1996 | 1957 | 1989 | 1990 | 1990 | 1992 | 1993 | 1954 | 2000 | 1989 | DEC 1989 |
| MAXIMUM IN 24 HOURS (IN) | 52 | 12.9 | 17.8 | 16.1 | 11.8 | 0.4 | T | T | T | T | 2.4 | 23.0 | 19.2 | 23.0 |
| YEAR OF OCCURRENCE | | 1986 | 1979 | 2004 | 2005 | 1989 | 1990 | 1999 | 1992 | 1993 | 2001 | 1956 | 1989 | NOV 1956 |
| MAXIMUM SNOW DEPTH (IN) | 50 | 28 | 25 | 20 | 9 | 0 | 0 | 0 | 0 | 0 | 2 | 27 | 39 | 39 |
| | | 1985 | 1977 | 1984 | 1987 | | | | | | 1974 | 1950 | 1989 | DEC 1989 |
| NORMAL NO. DAYS WITH: | | | | | | | | | | | | | | |
| SNOWFALL >= 1.0 | 30 | 6.6 | 4.7 | 3.2 | 0.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 2.4 | 6.6 | 24.4 |

## PRECIPITATION (inches) 2007  ERIE (KERI)

| YEAR | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | ANNUAL |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|--------|
| 1978 | 3.61 | 0.57 | 1.79 | 2.45 | 2.76 | 2.68 | 0.65 | 4.56 | 4.83 | 5.81 | 1.52 | 3.81 | 35.04 |
| 1979 | 3.50 | 2.15 | 2.50 | 4.71 | 3.70 | 3.58 | 4.27 | 5.09 | 8.44 | 6.63 | 5.84 | 4.90 | 55.31 |
| 1980 | 1.57 | 1.29 | 4.11 | 3.79 | 2.23 | 4.83 | 5.42 | 6.76 | 5.48 | 6.51 | 2.56 | 2.49 | 47.04 |
| 1981 | 0.87 | 5.21 | 1.58 | 6.09 | 2.13 | 4.84 | 3.04 | 3.85 | 4.26 | 5.04 | 2.22 | 2.84 | 41.97 |
| 1982 | 3.85 | 1.24 | 3.50 | 1.81 | 3.06 | 6.02 | 4.40 | 2.20 | 4.07 | 2.74 | 5.33 | 3.34 | 41.56 |
| 1983 | 1.49 | 1.07 | 3.63 | 2.93 | 3.91 | 3.84 | 5.52 | 4.74 | 5.27 | 3.77 | 6.11 | 3.97 | 46.25 |
| 1984 | 1.65 | 2.42 | 1.91 | 2.63 | 5.83 | 4.49 | 1.94 | 2.09 | 5.29 | 1.82 | 3.62 | 4.10 | 37.79 |
| 1985 | 2.56 | 2.75 | 5.08 | 1.76 | 2.94 | 3.50 | 4.97 | 1.66 | 2.22 | 5.20 | 10.40 | 2.83 | 45.87 |
| 1986 | 2.33 | 2.72 | 2.10 | 2.88 | 5.24 | 7.71 | 2.54 | 1.83 | 7.97 | 4.86 | 2.99 | 4.13 | 47.30 |
| 1987 | 2.15 | 1.05 | 4.28 | 1.87 | 1.78 | 5.15 | 3.91 | 7.82 | 5.45 | 5.76 | 2.25 | 3.39 | 44.86 |
| 1988 | 1.50 | 2.47 | 2.44 | 3.00 | 3.21 | 1.26 | 4.14 | 3.78 | 3.21 | 8.25 | 2.99 | 2.62 | 38.87 |
| 1989 | 1.95 | 2.41 | 4.70 | 2.02 | 6.14 | 5.14 | 1.35 | 3.96 | 3.76 | 3.33 | 3.87 | 3.25 | 41.88 |
| 1990 | 2.30 | 5.73 | 1.29 | 3.52 | 5.74 | 2.84 | 2.53 | 6.49 | 7.74 | 4.15 | 2.69 | 6.94 | 51.96 |
| 1991 | 2.16 | 1.62 | 3.38 | 3.64 | 1.00 | 0.75 | 3.49 | 3.07 | 3.25 | 3.00 | 3.18 | 3.17 | 31.71 |
| 1992 | 2.60 | 1.91 | 2.11 | 4.04 | 1.78 | 1.95 | 6.06 | 4.11 | 6.81 | 4.01 | 5.37 | 3.34 | 44.09 |
| 1993 | 3.36 | 2.03 | 3.59 | 2.34 | 1.28 | 3.94 | 2.80 | 2.85 | 4.52 | 4.41 | 4.10 | 2.88 | 38.10 |
| 1994 | 2.58 | 1.35 | 2.99 | 4.87 | 2.02 | 5.80 | 1.12 | 7.72 | 3.39 | 2.46 | 3.01 | 3.19 | 40.50 |
| 1995 | 3.37 | 1.66 | 1.29 | 3.08 | 2.69 | 1.45 | 2.20 | 3.54 | 1.33 | 4.51 | 4.99 | 3.25 | 33.36 |
| 1996 | 3.26 | 2.03 | 2.04 | 6.07 | 3.37 | 8.35 | 2.99 | 1.43 | 9.63 | 3.28 | 3.26 | 2.96 | 48.67 |
| 1997 | 1.66 | 3.00 | 4.80 | 2.25 | 4.36 | 4.30 | 2.90 | 3.07 | 3.16 | 2.43 | 3.23 | 4.85 | 40.01 |
| 1998 | 5.35 | 1.34 | 2.99 | 4.86 | 2.67 | 2.64 | 2.33 | 2.54 | 1.63 | 1.92 | 1.80 | 3.59 | 33.66 |
| 1999 | 4.98 | 1.88 | 1.86 | 4.09 | 3.20 | 3.00 | 2.42 | 2.77 | 5.15 | 2.94 | 4.48 | 3.84 | 40.61 |
| 2000 | 2.48 | 1.95 | 2.05 | 5.09 | 4.29 | 5.62 | 4.86 | 5.52 | 2.55 | 3.38 | 5.67 | 4.86 | 48.32 |
| 2001 | 1.69 | 2.36 | 2.96 | 2.54 | 3.75 | 2.96 | 0.52 | 4.29 | 2.38 | 4.10 | 2.36 | 4.46 | 34.37 |
| 2002 | 3.54 | 3.64 | 4.40 | 4.74 | 5.65 | 2.81 | 2.43 | 0.50 | 7.77 | 4.37 | 4.90 | 3.98 | 48.73 |
| 2003 | 2.97 | 2.92 | 2.95 | 1.96 | 5.12 | 2.52 | 4.89 | 1.55 | 6.77 | 3.72 | 2.66 | 2.97 | 41.00 |
| 2004 | 3.86 | 0.96 | 3.91 | 3.53 | 6.38 | 1.82 | 5.82 | 2.42 | 5.05 | 4.23 | 2.95 | 5.68 | 46.61 |
| 2005 | 5.35 | 2.01 | 1.71 | 4.79 | 1.27 | 1.73 | 3.89 | 4.06 | 4.42 | 3.00 | 4.98 | 2.96 | 40.17 |
| 2006 | 2.45 | 2.52 | 2.03 | 3.13 | 3.50 | 2.99 | 3.44 | 3.30 | 7.53 | 6.58 | 3.16 | 3.68 | 44.31 |
| 2007 | 6.23 | 1.86 | 2.62 | 2.52 | 1.87 | 1.66 | 4.24 | 6.20 | 2.03 | 2.69 | 5.33 | 4.93 | 42.18 |
| POR= 82 YRS | 2.63 | 2.22 | 2.90 | 3.46 | 3.38 | 3.50 | 3.43 | 3.38 | 4.07 | 3.53 | 3.77 | 3.22 | 39.49 |

WBAN : 14860

## AVERAGE TEMPERATURE (°F) 2007  ERIE (KERI)

| YEAR | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | ANNUAL |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|--------|
| 1978 | 19.8 | 14.5 | 27.9 | 41.8 | 56.0 | 65.2 | 69.5 | 71.1 | 62.3 | 49.3 | 40.6 | 31.0 | 45.8 |
| 1979 | 19.5 | 14.1 | 36.5 | 42.2 | 53.9 | 63.5 | 67.6 | 69.5 | 64.3 | 53.6 | 43.7 | 34.5 | 46.9 |
| 1980 | 26.6 | 20.9 | 31.0 | 43.3 | 55.7 | 61.3 | 69.6 | 72.2 | 63.7 | 48.1 | 38.9 | 27.5 | 46.6 |
| 1981 | 19.6 | 30.3 | 33.1 | 47.4 | 53.9 | 66.0 | 72.1 | 70.6 | 61.9 | 49.7 | 41.6 | 31.4 | 48.1 |
| 1982 | 19.2 | 23.4 | 34.4 | 42.5 | 60.9 | 61.3 | 70.9 | 66.2 | 62.5 | 54.2 | 44.8 | 40.3 | 48.4 |
| 1983 | 30.6 | 31.6 | 38.5 | 45.3 | 55.0 | 67.0 | 73.0 | 72.4 | 65.7 | 54.4 | 45.2 | 25.9 | 50.4 |
| 1984 | 21.6 | 35.5 | 28.5 | 47.0 | 53.8 | 68.6 | 69.6 | 72.0 | 61.8 | 56.4 | 42.4 | 37.3 | 49.5 |
| 1985 | 21.7 | 25.9 | 37.4 | 51.4 | 59.8 | 63.4 | 70.2 | 70.7 | 66.9 | 54.6 | 46.3 | 27.2 | 49.6 |
| 1986 | 27.5 | 27.0 | 38.7 | 48.2 | 59.6 | 65.2 | 72.0 | 69.2 | 65.0 | 53.6 | 40.0 | 32.9 | 49.9 |
| 1987 | 28.0 | 27.3 | 37.5 | 48.3 | 60.5 | 69.2 | 74.6 | 70.0 | 64.5 | 48.2 | 45.1 | 35.8 | 50.8 |
| 1988 | 27.2 | 25.9 | 36.3 | 46.0 | 58.2 | 65.6 | 74.5 | 72.9 | 63.0 | 48.2 | 44.6 | 32.4 | 49.6 |
| 1989 | 33.4 | 24.8 | 35.6 | 43.1 | 56.1 | 66.4 | 71.9 | 69.4 | 63.2 | 54.8 | 41.2 | 21.7 | 48.5 |
| 1990 | 36.0 | 33.3 | 40.4 | 49.4 | 55.2 | 67.0 | 70.9 | 69.9 | 63.4 | 54.8 | 46.0 | 36.7 | 51.9 |
| 1991 | 28.1 | 32.7 | 39.0 | 51.5 | 64.8 | 70.3 | 73.2 | 72.6 | 63.8 | 55.8 | 41.3 | 34.6 | 52.3 |
| 1992 | 30.4 | 30.4 | 34.7 | 46.6 | 57.5 | 63.9 | 69.4 | 67.8 | 64.0 | 51.1 | 42.4 | 34.7 | 49.4 |
| 1993 | 32.5 | 24.1 | 31.7 | 48.1 | 57.8 | 68.4 | 75.4 | 73.4 | 61.2 | 51.1 | 41.7 | 30.5 | 49.7 |
| 1994 | 18.4 | 24.2 | 33.2 | 49.1 | 54.2 | 68.5 | 73.3 | 69.1 | 63.4 | 53.7 | 48.1 | 36.8 | 49.3 |
| 1995 | 31.4 | 24.4 | 37.8 | 43.0 | 57.5 | 70.1 | 73.7 | 74.7 | 62.1 | 55.8 | 38.1 | 27.6 | 49.7 |
| 1996 | 24.5 | 25.9 | 30.0 | 44.3 | 55.8 | 68.2 | 69.2 | 70.6 | 63.2 | 53.5 | 36.8 | 34.6 | 48.1 |
| 1997 | 25.9 | 31.9 | 36.7 | 43.6 | 50.8 | 66.9 | 69.4 | 67.5 | 62.2 | 53.3 | 39.8 | 33.9 | 48.5 |
| 1998 | 34.5 | 35.7 | 39.8 | 47.9 | 63.5 | 67.6 | 71.5 | 72.1 | 66.9 | 54.5 | 45.2 | 38.2 | 53.1 |
| 1999 | 26.5 | 34.0 | 33.2 | 47.6 | 60.2 | 69.5 | 75.7 | 68.9 | 64.7 | 52.5 | 46.5 | 35.0 | 51.2 |
| 2000 | 27.6 | 32.9 | 41.9 | 46.0 | 59.8 | 67.5 | 67.8 | 68.4 | 63.3 | 54.0 | 40.4 | 24.0 | 49.5 |
| 2001 | 27.6 | 30.6 | 32.4 | 49.0 | 59.6 | 67.0 | 70.6 | 71.9 | 61.3 | 54.3 | 49.2 | 37.5 | 50.9 |
| 2002 | 34.1 | 33.8 | 36.4 | 48.8 | 53.6 | 68.5 | 73.7 | 72.1 | 67.8 | 51.3 | 41.0 | 30.3 | 51.0 |
| 2003 | 20.7 | 21.7 | 36.2 | 44.6 | 55.0 | 64.8 | 70.0 | 71.4 | 63.2 | 51.1 | 46.3 | 34.4 | 48.3 |
| 2004 | 20.8 | 26.8 | 38.5 | 47.5 | 60.3 | 65.2 | 69.7 | 67.3 | 65.5 | 52.9 | 44.2 | 32.2 | 49.2 |
| 2005 | 26.3 | 28.7 | 30.5 | 46.5 | 52.4 | 72.5 | 73.9 | 73.3 | 66.7 | 54.5 | 45.5 | 28.7 | 50.0 |
| 2006 | 37.5 | 30.4 | 35.8 | 48.2 | 57.9 | 65.5 | 73.5 | 71.1 | 61.7 | 49.8 | 45.2 | 38.2 | 51.2 |
| 2007 | 31.8 | 18.9 | 37.7 | 43.9 | 59.4 | 68.4 | 70.1 | 71.5 | 66.9 | 61.1 | 41.7 | 32.8 | 50.4 |
| POR= 82 YRS | 27.0 | 26.4 | 34.9 | 45.4 | 56.7 | 65.7 | 71.2 | 70.0 | 63.0 | 53.2 | 42.0 | 31.9 | 48.9 |

WBAN : 14860

**HEATING DEGREE DAYS (base 65°F) 2007  ERIE (KERI)**

| YEAR | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1978-79 | 15 | 2 | 125 | 481 | 723 | 1046 | 1406 | 1424 | 874 | 678 | 369 | 106 | 7249 |
| 1979-80 | 36 | 17 | 84 | 378 | 634 | 939 | 1188 | 1275 | 1045 | 644 | 299 | 161 | 6700 |
| 1980-81 | 12 | 2 | 108 | 520 | 775 | 1156 | 1400 | 967 | 982 | 523 | 345 | 42 | 6832 |
| 1981-82 | 3 | 6 | 153 | 467 | 694 | 1034 | 1413 | 1159 | 942 | 672 | 158 | 123 | 6824 |
| 1982-83 | 11 | 47 | 126 | 336 | 605 | 762 | 1062 | 933 | 814 | 585 | 312 | 67 | 5660 |
| 1983-84 | 10 | 0 | 89 | 336 | 591 | 1207 | 1338 | 847 | 1123 | 539 | 360 | 25 | 6465 |
| 1984-85 | 11 | 5 | 141 | 262 | 673 | 853 | 1337 | 1088 | 846 | 423 | 202 | 87 | 5928 |
| 1985-86 | 5 | 3 | 75 | 316 | 558 | 1164 | 1152 | 1056 | 811 | 502 | 207 | 74 | 5923 |
| 1986-87 | 5 | 32 | 84 | 350 | 742 | 989 | 1138 | 1048 | 844 | 495 | 225 | 31 | 5983 |
| 1987-88 | 0 | 21 | 67 | 513 | 592 | 902 | 1166 | 1128 | 883 | 565 | 236 | 96 | 6169 |
| 1988-89 | 5 | 10 | 102 | 528 | 605 | 1006 | 972 | 1121 | 905 | 651 | 301 | 45 | 6251 |
| 1989-90 | 2 | 16 | 128 | 320 | 706 | 1335 | 892 | 879 | 773 | 500 | 309 | 58 | 5918 |
| 1990-91 | 9 | 0 | 113 | 323 | 564 | 866 | 1137 | 898 | 800 | 412 | 148 | 15 | 5285 |
| 1991-92 | 0 | 0 | 130 | 304 | 704 | 934 | 1065 | 996 | 934 | 556 | 258 | 94 | 5975 |
| 1992-93 | 5 | 23 | 110 | 423 | 673 | 928 | 1002 | 1137 | 1025 | 507 | 227 | 51 | 6111 |
| 1993-94 | 0 | 0 | 162 | 430 | 692 | 1061 | 1438 | 1137 | 979 | 480 | 346 | 61 | 6786 |
| 1994-95 | 0 | 12 | 90 | 344 | 503 | 868 | 1034 | 1130 | 835 | 654 | 237 | 28 | 5735 |
| 1995-96 | 14 | 0 | 127 | 285 | 803 | 1153 | 1245 | 1126 | 1079 | 614 | 321 | 19 | 6786 |
| 1996-97 | 10 | 0 | 109 | 353 | 840 | 934 | 1206 | 920 | 870 | 638 | 430 | 57 | 6367 |
| 1997-98 | 16 | 20 | 111 | 389 | 750 | 957 | 940 | 813 | 794 | 506 | 107 | 82 | 5485 |
| 1998-99 | 0 | 4 | 47 | 323 | 585 | 824 | 1186 | 860 | 980 | 516 | 187 | 52 | 5564 |
| 1999-00 | 0 | 5 | 89 | 380 | 549 | 925 | 1153 | 926 | 710 | 565 | 206 | 64 | 5572 |
| 2000-01 | 23 | 19 | 137 | 342 | 729 | 1261 | 1152 | 956 | 1004 | 486 | 185 | 68 | 6362 |
| 2001-02 | 12 | 1 | 155 | 337 | 469 | 844 | 953 | 866 | 879 | 506 | 368 | 53 | 5443 |
| 2002-03 | 2 | 4 | 45 | 444 | 713 | 1070 | 1365 | 1206 | 888 | 612 | 306 | 69 | 6724 |
| 2003-04 | 4 | 5 | 87 | 425 | 554 | 943 | 1362 | 1105 | 816 | 529 | 186 | 71 | 6087 |
| 2004-05 | 2 | 34 | 59 | 368 | 620 | 1009 | 1192 | 1010 | 1064 | 546 | 387 | 19 | 6310 |
| 2005-06 | 0 | 1 | 31 | 349 | 578 | 1121 | 847 | 961 | 897 | 497 | 261 | 54 | 5597 |
| 2006-07 | 1 | 3 | 119 | 466 | 587 | 825 | 1023 | 1287 | 843 | 627 | 231 | 42 | 6054 |
| 2007- | 10 | 11 | 56 | 190 | 690 | 991 | | | | | | | |

WBAN : 14860

**COOLING DEGREE DAYS (base 65°F) 2007  ERIE (KERI)**

| YEAR | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1978 | 0 | 0 | 0 | 0 | 32 | 94 | 162 | 198 | 48 | 0 | 0 | 0 | 534 |
| 1979 | 0 | 0 | 0 | 3 | 29 | 69 | 125 | 163 | 71 | 0 | 0 | 0 | 492 |
| 1980 | 0 | 0 | 0 | 0 | 20 | 56 | 162 | 234 | 75 | 32 | 0 | 0 | 551 |
| 1981 | 0 | 0 | 0 | 2 | 8 | 81 | 230 | 187 | 65 | 4 | 0 | 0 | 573 |
| 1982 | 0 | 0 | 0 | 4 | 35 | 19 | 201 | 90 | 59 | 8 | 5 | 4 | 425 |
| 1983 | 0 | 0 | 0 | 0 | 7 | 135 | 261 | 235 | 117 | 15 | 0 | 0 | 770 |
| 1984 | 0 | 0 | 0 | 7 | 18 | 145 | 161 | 227 | 52 | 3 | 0 | 0 | 613 |
| 1985 | 0 | 0 | 0 | 21 | 45 | 45 | 172 | 187 | 140 | 4 | 3 | 0 | 617 |
| 1986 | 0 | 0 | 2 | 6 | 46 | 86 | 228 | 169 | 88 | 3 | 0 | 0 | 628 |
| 1987 | 0 | 0 | 0 | 0 | 92 | 164 | 304 | 182 | 61 | 0 | 2 | 0 | 805 |
| 1988 | 0 | 0 | 0 | 0 | 29 | 119 | 305 | 263 | 52 | 10 | 0 | 0 | 778 |
| 1989 | 0 | 0 | 0 | 0 | 35 | 94 | 225 | 159 | 80 | 7 | 0 | 0 | 600 |
| 1990 | 0 | 0 | 16 | 40 | 13 | 123 | 198 | 159 | 73 | 13 | 2 | 0 | 637 |
| 1991 | 0 | 0 | 0 | 14 | 148 | 181 | 259 | 244 | 102 | 25 | 0 | 0 | 973 |
| 1992 | 0 | 0 | 0 | 9 | 30 | 70 | 148 | 117 | 85 | 0 | 0 | 0 | 459 |
| 1993 | 0 | 0 | 0 | 4 | 13 | 161 | 331 | 269 | 55 | 7 | 0 | 0 | 840 |
| 1994 | 0 | 0 | 0 | 9 | 18 | 170 | 266 | 147 | 48 | 3 | 0 | 0 | 661 |
| 1995 | 0 | 0 | 0 | 0 | 8 | 189 | 287 | 308 | 45 | 6 | 0 | 0 | 843 |
| 1996 | 0 | 0 | 0 | 0 | 43 | 122 | 148 | 181 | 61 | 3 | 0 | 0 | 558 |
| 1997 | 0 | 0 | 0 | 0 | 0 | 119 | 157 | 107 | 30 | 33 | 0 | 0 | 446 |
| 1998 | 0 | 0 | 23 | 0 | 70 | 167 | 208 | 232 | 108 | 5 | 0 | 0 | 813 |
| 1999 | 0 | 0 | 0 | 0 | 42 | 195 | 341 | 132 | 87 | 2 | 0 | 0 | 799 |
| 2000 | 0 | 0 | 1 | 0 | 56 | 147 | 118 | 128 | 91 | 6 | 0 | 0 | 547 |
| 2001 | 0 | 0 | 0 | 13 | 24 | 135 | 194 | 224 | 52 | 11 | 0 | 0 | 653 |
| 2002 | 0 | 0 | 0 | 27 | 18 | 163 | 277 | 230 | 135 | 26 | 0 | 0 | 876 |
| 2003 | 0 | 0 | 0 | 9 | 3 | 66 | 168 | 211 | 38 | 3 | 0 | 0 | 498 |
| 2004 | 0 | 0 | 0 | 0 | 11 | 51 | 84 | 157 | 112 | 80 | 1 | 0 | 496 |
| 2005 | 0 | 0 | 0 | 0 | 1 | 253 | 284 | 262 | 89 | 30 | 0 | 0 | 919 |
| 2006 | 0 | 0 | 0 | 0 | 47 | 79 | 271 | 200 | 25 | 0 | 0 | 0 | 622 |
| 2007 | 0 | 0 | 4 | 0 | 64 | 155 | 174 | 218 | 118 | 75 | 0 | 0 | 808 |

App.  748

## SNOWFALL (inches)  2007 ERIE (KERI)

| YEAR | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | TOTAL |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1978-79 | 0.0 | 0.0 | 0.0 | 0.0 | 1.8 | 10.6 | 33.4 | 27.8 | 2.2 | 0.7 | 0.0 | 0.0 | 76.5 |
| 1979-80 | 0.0 | 0.0 | 0.0 | 0.1 | 22.2 | 4.8 | 9.2 | 12.2 | 6.7 | T | 0.0 | 0.0 | 55.2 |
| 1980-81 | 0.0 | 0.0 | 0.0 | T | 4.9 | 21.0 | 27.9 | 22.5 | 13.1 | T | 0.0 | 0.0 | 89.4 |
| 1981-82 | 0.0 | 0.0 | 0.0 | T | 0.4 | 17.3 | 27.1 | 9.0 | 7.3 | 10.2 | 0.0 | 0.0 | 71.3 |
| 1982-83 | 0.0 | 0.0 | 0.0 | T | 9.2 | 8.9 | 6.7 | 9.2 | 5.6 | 1.6 | 0.0 | 0.0 | 41.2 |
| 1983-84 | 0.0 | 0.0 | 0.0 | 0.0 | 1.4 | 41.1 | 18.7 | 27.2 | 21.6 | T | 0.0 | 0.0 | 110.0 |
| 1984-85 | 0.0 | 0.0 | 0.0 | 0.0 | 4.7 | 16.7 | 57.2 | 19.0 | 3.5 | 5.2 | 0.0 | 0.0 | 106.3 |
| 1985-86 | 0.0 | 0.0 | 0.0 | 0.0 | 1.9 | 59.9 | 30.6 | 22.9 | 4.2 | 5.4 | 0.0 | 0.0 | 124.9 |
| 1986-87 | 0.0 | 0.0 | 0.0 | 0.0 | 4.6 | 8.0 | 31.3 | 10.1 | 11.6 | 2.6 | 0.0 | 0.0 | 68.2 |
| 1987-88 | 0.0 | 0.0 | 0.0 | T | T | 24.3 | 30.8 | 31.2 | 16.8 | 0.4 | 0.0 | 0.0 | 103.5 |
| 1988-89 | 0.0 | 0.0 | 0.0 | 1.8 | 0.5 | 28.1 | 10.2 | 21.5 | 10.5 | 3.5 | 0.4 | 0.0 | 76.5 |
| 1989-90 | 0.0 | 0.0 | 0.0 | T | 19.6 | 66.9 | 13.7 | 8.3 | 2.3 | 4.1 | 0.0 | T | 114.9 |
| 1990-91 | 0.0 | T | T | T | 2.0 | 15.4 | 24.3 | 15.4 | 2.1 | 0.4 | 0.0 | 0.0 | 59.6 |
| 1991-92 | 0.0 | 0.0 | 0.0 | T | 13.7 | 30.0 | 32.6 | 8.0 | 12.8 | 7.7 | 0.0 | 0.0 | 104.8 |
| 1992-93 | 0.0 | T | 0.0 | T | 23.0 | 15.6 | 10.0 | 31.7 | 27.3 | 0.9 | 0.0 | 0.0 | 108.5 |
| 1993-94 | 0.0 | 0.0 | T | 0.3 | 3.5 | 25.7 | 46.9 | 27.8 | 22.2 | 4.9 | 0.0 | 0.0 | 131.3 |
| 1994-95 | 0.0 | 0.0 | 0.0 | 0.0 | 1.1 | 1.0 | 27.0 | 15.3 | 5.2 | 4.1 | 0.0 | 0.0 | 53.7 |
| 1995-96 | 0.0 | 0.0 | 0.0 | T | 20.4 | 39.6 | 23.3 | 11.8 | 31.8 | | | | |
| 1996-97 | | | | | | | | | | | | | |
| 1997-98 | | | | | | | 9.8 | 0.7 | 16.6 | 0.0 | 0.0 | 0.0 | |
| 1998-99 | 0.0 | 0.0 | 0.0 | 0.0 | 0.4 | 28.3 | 57.9 | 9.7 | 14.8 | T | 0.0 | 0.0 | 111.1 |
| 1999-00 | T | 0.0 | 0.0 | T | 0.6 | 29.7 | 24.3 | 10.7 | 6.5 | 0.7 | 0.0 | 0.0 | 72.5 |
| 2000-01 | 0.0 | 0.0 | 0.0 | T | 42.2 | 49.7 | 16.3 | 8.5 | 28.9 | 3.5 | 0.0 | 0.0 | 149.1 |
| 2001-02 | 0.0 | 0.0 | 0.0 | 2.4 | T | 37.1 | 16.1 | 17.4 | 31.1 | 0.9 | 0.0 | 0.0 | 105.0 |
| 2002-03 | 0.0 | 0.0 | 0.0 | T | 21.1 | 26.9 | 51.8 | 32.6 | 8.1 | 2.5 | 0.0 | 0.0 | 143.0 |
| 2003-04 | 0.0 | 0.0 | 0.0 | 0.2 | 1.0 | 17.7 | 59.9 | 5.6 | 22.4 | 5.2 | 0.0 | 0.0 | 112.0 |
| 2004-05 | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 | 30.1 | 38.8 | 16.8 | 20.1 | 14.8 | T | 0.0 | 122.6 |
| 2005-06 | 0.0 | 0.0 | 0.0 | 0.0 | 11.3 | 32.4 | 9.0 | 20.1 | 4.4 | 5.7 | 0.0 | 0.0 | 82.9 |
| 2006-07 | 0.0 | 0.0 | 0.0 | 0.2 | 6.4 | 12.5 | 37.7 | 35.4 | 12.5 | 3.8 | 0.0 | 0.0 | 108.5 |
| 2007- | 0.0 | 0.0 | 0.0 | 0.0 | 4.0 | 19.3 | | | | | | | |
| POR= 81 YRS | T | T | T | 0.4 | 9.1 | 19.6 | 19.9 | 13.9 | 11.7 | 2.7 | T | T | 77.3 |

WBAN : 14860

## REFERENCE NOTES :

PAGE 1:
THE TEMPERATURE GRAPH SHOWS NORMAL MAXIMUM AND NORMAL MINIMUM DAILY TEMPERATURES (SOLID CURVES) AND THE ACTUAL DAILY HIGH AND LOW TEMPERATURES (VERTICAL BARS).

PAGE 2 AND 3:
H/C INDICATES HEATING AND COOLING DEGREE DAYS.
RH INDICATES RELATIVE HUMIDITY
W/O INDICATES WEATHER AND OBSTRUCTIONS
S INDICATES SUNSHINE.
PR INDICATES PRESSURE.
CLOUDINESS ON PAGE 3 IS THE SUM OF THE CEILOMETER AND SATELLITE DATA NOT TO EXCEED EIGHT EIGHTHS(OKTAS).

GENERAL:
T INDICATES TRACE PRECIPITATION, AN AMOUNT GREATER THAN ZERO BUT LESS THAN THE LOWEST REPORTABLE VALUE.
+ INDICATES THE VALUE ALSO OCCURS ON EARLIER DATES.
BLANK ENTRIES DENOTE MISSING OR UNREPORTED DATA.
NORMALS ARE 30-YEAR AVERAGES (1971 - 2000).
ASOS INDICATES AUTOMATED SURFACE OBSERVING SYSTEM.
PM INDICATES THE LAST DAY OF THE PREVIOUS MONTH.
POR (PERIOD OF RECORD) BEGINS WITH THE JANUARY DATA MONTH AND IS THE NUMBER OF YEARS USED TO COMPUTE THE MEAN. INDIVIDUAL MONTHS WITHIN THE POR MAY BE MISSING.
WHEN THE POR FOR A NORMAL IS LESS THAN 30 YEARS, THE NORMAL IS PROVISIONAL AND IS BASED ON THE NUMBER OF YEARS INDICATED.
0.* OR * INDICATES THE VALUE OR MEAN-DAYS-WITH IS BETWEEN 0.00 AND 0.05.
CLOUDINESS FOR ASOS STATIONS DIFFERS FROM THE NON-ASOS OBSERVATION TAKEN BY A HUMAN OBSERVER. ASOS STATION CLOUDINESS IS BASED ON TIME-AVERAGED CEILOMETER DATA FOR CLOUDS AT OR BELOW 12,000 FEET AND ON SATELLITE DATA FOR CLOUDS ABOVE 12,000 FEET.
THE NUMBER OF DAYS WITH CLEAR, PARTLY CLOUDY, AND CLOUDY CONDITIONS FOR ASOS STATIONS IS THE SUM OF THE CEILOMETER AND SATELLITE DATA FOR THE SUNRISE TO SUNSET PERIOD.

GENERAL CONTINUED:
CLEAR INDICATES 0 - 2 OKTAS, PARTLY CLOUDY INDICATES 3 - 6 OKTAS, AND CLOUDY INDICATES 7 OR 8 OKTAS.
WHEN AT LEAST ONE OF THE ELEMENTS (CEILOMETER OR SATELLITE) IS MISSING, THE DAILY CLOUDINESS IS NOT COMPUTED.
WIND DIRECTION IS RECORDED IN TENS OF DEGREES (2 DIGITS) CLOCKWISE FROM TRUE NORTH. "00" INDICATES CALM. "36" INDICATES TRUE NORTH.
RESULTANT WIND IS THE VECTOR AVERAGE OF THE SPEED AND DIRECTION.
AVERAGE TEMPERATURE IS THE SUM OF THE MEAN DAILY MAXIMUM AND MINIMUM TEMPERATURE DIVIDED BY 2.
SNOWFALL DATA COMPRISE ALL FORMS OF FROZEN PRECIPITATION, INCLUDING HAIL.
A HEATING (COOLING) DEGREE DAY IS THE DIFFERENCE BETWEEN THE AVERAGE DAILY TEMPERATURE AND 65 F.
DRY BULB IS THE TEMPERATURE OF THE AMBIENT AIR.
DEW POINT IS THE TEMPERATURE TO WHICH THE AIR MUST BE COOLED TO ACHIEVE 100 PERCENT RELATIVE HUMIDITY.
WET BULB IS THE TEMPERATURE THE AIR WOULD HAVE IF THE MOISTURE CONTENT WAS INCREASED TO 100 PERCENT RELATIVE HUMIDITY.

ON JULY 1, 1996, THE NATIONAL WEATHER SERVICE BEGAN USING THE "METAR" OBSERVATION CODE THAT WAS ALREADY EMPLOYED BY MOST OTHER NATIONS OF THE WORLD. THE MOST NOTICEABLE DIFFERENCE IN THIS ANNUAL PUBLICATION WILL BE THE CHANGE IN UNITS FROM TENTHS TO EIGHTS(OKTAS) FOR REPORTING THE AMOUNT OF SKY COVER.

NOTE:
The "Period of Record:(POR) for all "averages" is based on the "Summary of the Day First Order Station" and "Cooperative Summary of the Day" archives.

App.  749

# 2007
# ERIE
# PENNSYLVANIA (KERI)

Erie is located on the southeast shore of Lake Erie and observations are made at Erie International Airport, which is 6 miles southwest of the center of the city and about 1 mile from the lake shore. The terrain rises gradually in a series of ridges paralleling the shoreline to 500 feet above the lake level 3 to 4 miles inland and to 1,000 feet about 15 miles inland.   Snowfall from instability showers moving southward off the lake usually increases due to the upslope terrain. Snowfall is somewhat higher south of the city than along the lake shore.

During the winter months, the many cold air masses moving south from Canada are modified by the relatively warm waters of Lake Erie.  However, the temperature difference between air and  water produces an excess of cloudiness and frequent snow from November through March.

Spring weather is quite variable in Erie,  but generally cloudy and cool.  Proximity to the  lake frequently prevents killing frosts that  occur inland.  This has led to the establishment of numerous vineyards and orchards in a narrow  belt along the shore. Summer heat waves are tempered by cool lake breezes that  may  reach  several  miles inland,   and  days  with  temperatures above 90 degrees are infrequent.   Summer thunderstorms are usually less destructive in Erie than inland areas because of the stabilizing effects of Lake Erie.

Autumn, with long dry periods and an abundance  of sunshine, is usually the most pleasant  period  of the year in Erie.  The growing season is  extended by the influence of the warmer waters of the lake. Precipitation is well distributed  throughout  the year, although the number of days with  measurable amounts varies considerably from a low average  of about one day in three for the period June through September to  about  one-half  of  the  days  from November through March,  when  snow  flurries  and squalls move in from the lake.

App.  750

# Station Location

ERIE

| LOCATION | Occupied From | Occupied To | Airline Distances and Directions from previous Location | Latitude NORTH | Longitude WEST | ELEVATION ABOVE SEA LEVEL GROUND TEMPERATURE SITE | WIND INSTRUMENT | EXTREME THERMOMETERS | PSYCHROMETER | SUNSHINE SWITCH | TIPPING BUCKET RAIN GAUGE | WEIGHING RAIN GAUGE | 8 INCH RAIN GAUGE | HYGROTHERMOMETER | AUTOMATIC OBSERVING EQUIPMENT * | REMARKS / * TYPE M = AMOS T = AUTOB S = ASOS W = AWOS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *NOTE: AIRPORT | | | | | | | | | | | | | | | | |
| Port Erie Airport South end Terminal Bldg | 10/16/29 | 1/31/60 | NA | 42° 05' | 80° 11' | 732 | 62 c30 | 5 | 5 | | | d4 | 3 | | | CAA to 10/20/55. c. Effective 9/1/53. d. Installed 9/1/53. |
| New Terminal Building Port Erie Airport + 4411 West 12th Street 5 mi. SW of Erie P.O. + Erie International AP (Effective 1/1/68) | 2/1/60 | 12/16/83 | 800 ft. ENE | 42° 05' | 80° 11' | 732 g731 | 55 e20 | 25 j k10 | 25 35 | | | 4 h32 | 4 h32 | f4 | | e. Effective 9/28/65. f. Commissioned 100' S of thermometer site 12/10/65. g. Effective 12/10/65. h. Moved to roof 10/30/73. i. Minor move 11/19/73. j. Removed 6/1981. k. Effective 6/1981. |
| NWS Office Erie International AP | 12/16/83 | 10/01/95 | 400 ft. NW | 42° 05' | 80° 11' | 731 | m20 | 5 | 5 | | | 3 | 3 | m10 n6 | | m. Not moved 12/16/83. n. Minor move & type change 11/2/84. |
| Terminal Building | 10/01/95 | Present | NA | 42° 05' | 80° 11' | o753 | | | | | | | | | S | ASOS Commissioned 10/01/95 o. Ground Elevation |

**For Hard Copy Subscription:**
Price and ordering information: NCDC Subscripting Service Center, 310 State Route 956, Building 300, Rocket Center, WV 26726.

**INQUIRES/COMMENTS CALL: Toll Free (866) 742-3322**
Visit our Web Site for other weather data: www.ncdc.noa.gov

**Non-Subscription Request:**
NCDC Customer Services;
Phone: 828-271-4800
Fax: 828-271-4876
Email: ncdc.orders@noaa.gov

OFFICAL BUSINESS
PENALTY FOR PRIVATE USE $300
CHANGE SERVICE REQUESTED

FIRST CLASS
POSTAGE & FEES PAID
United States Department of Commerce
NOAA Permit No. G - 19

* NOTES: For earlier station history see previous editions.

160702008103
MACDONALD ILLIG JONES & BR
LIBRARY
100 STATE ST    STE 700
ERIE PA 16507

App. 751

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2008, the foregoing Supplemental Appendix to Defendants' Motion for Summary Judgment and Amended Motion for Summary Judgment was filed electronically with the Clerk of Court using the Electronic Case Filing system. Notice of this filing will be sent to all parties by operation of the Court's ECF system and constitutes service of this filing under Rule 5(b)(2)(D) of the Federal Rules of Civil Procedure. Parties may access this filing through the Court's ECF system.

s/ Mark J. Shaw
Mark J. Shaw
PA 50763
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7607
(814) 454-4647 (facsimile)
mshaw@mijb.com (e-mail)